Roger Sullivan
Jinnifer Jeresek Mariman
Ethan Welder
McGARVEY LAW
345 First Avenue East
Kalispell, MT  59901
(406) 752-5566
rsullivan@mcgarveylaw.com
jmariman@mcgarveylaw.com
ewelder@mcgarveylaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana Corporation for profit; GROGAN ROBINSON LUMBER COMPANY, a Montana Corporation for profit; and DOES A-Z,<br><br>Defendants. | Case No. 4-21-cv-00097-BMM<br><br>**PLAINTIFFS' NOTICE OF TENTATIVE SETTLEMENT WITH ROBINSON ENTITIES** |

Plaintiffs Jackson Wells, as Personal Representative for the Estate of Thomas E. Wells, and Judith Hemphill, as Personal Representative for the Estate of Joyce H. Walder, hereby provide notice of tentative settlement of their claims against Robinson Insulation Company and Grogan Robinson Lumber Company.

The Plaintiffs have both submitted Robinson Insured Claims Settlement Trust Claim Forms, supporting documents, and signed settlement releases to the Trustee of the Robinson Insured Claims Settlement Trust on February 9.  Upon approval of these materials and transfer of

settlement funds by the Trustee, Plaintiffs will promptly file a dismissal of the Robinson entities with the Court.

DATED this 11th day of February, 2022.

                            McGARVEY LAW

                            By: /s/ Roger Sullivan
                                Roger Sullivan
                                *Attorneys for Plaintiffs*