Chad M. Knight
Anthony M. Nicastro
Nadia H. Patrick
KNIGHT NICASTRO MACKAY, LLC
304 W. 10th Street
Kansas City, MO 64105
Email: knight@knightnicastro.com
       nicastro@knightnicastro.com
       npatrick@knightnicastro.com
Telephone: (720) 770-6235
Facsimile: (816) 396-6233
**ATTORNEYS FOR DEFENDANT
BNSF RAILWAY COMPANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana Corporation for profit; GROGAN ROBINSON LUMBER COMPANY, a Montana Corporation for profit; and DOES A-Z,<br><br>Defendants. | Case No.: 4:21-cv-00097-BMM<br><br>**DECLARATION OF NADIA H. PATRICK** |

**DECLARATION OF NADIA H. PATRICK**
PAGE 1

**KNIGHT NICASTRO MACKAY, LLC**
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235

I, Nadia H. Patrick, declare:

1. I am an attorney representing Defendant BNSF Railway Company in this matter. If called as a witness, I would and could competently testify on my own personal knowledge of the information set forth below.

2. Attached hereto are true and correct copies of the documents designated Exhibits A through P:

- A. Plaintiff's Response to Defendants' Motion for Partial Summary Judgment re: Strict Liability for Other Activities, dated 1/21/2021, filed in *Tracie Barnes v. BNSF Railway Company, et al.,* Cause No. DV-15-2016-00111-AE, in the Asbestos Claims Court of the State of Montana.

- B. Order re: Plaintiffs' Motion for Partial Summary Judgment re: Preemption and Abnormally Dangerous Activity and Defendant BNSF's Combined Motion for Summary Judgment on Duty, Strict Liability and Preemption/Preclusion by Judge Amy Eddy, dated January 15, 2019, filed *In Re Asbestos Litigation*, Cause No. AC-17-0694, in the Asbestos Claims Court of the State of Montana.

- C. W.R. Grace & Co. Mine-Mill Operations Dust Survey Report, dated 1975.

- D. Deposition transcript of Harry Eschenbach dated January 4, 2000, in *Robert D. Nelson, et al., v. W.R. Grace & Co.*, Cause No. DV-98-107, et al., in the Nineteenth Judicial District of the State of Montana, Lincoln County, attached in relevant part.

- E. U.S. Army Corps of Engineers Omaha District, Final Feasibility Study Report, dated May, 2015, Figures 2-19 and 2-20.

- F. Deposition transcript of John Swing dated September 14, 2016, in *Kelly G. Watson v. BNSF Railway Company*, et al., Cause No. ADV-10-0740, in the Montana Eighth Judicial District, Cascade County, attached in relevant part.

**DECLARATION OF NADIA H. PATRICK**  
PAGE 2

**KNIGHT NICASTRO MACKAY, LLC**  
304 WEST 10TH STREET  
KANSAS CITY, MO 64105  
P: (720) 770-6235

G. Deposition transcript of Julie Hart, Ph.D., CIH, dated November 18, 2022, attached in relevant part.

H. USEPA 2015 Risk Exposure Assessment.

I. Historical Report of Frederick Quivik, dated 2002, attached in relevant part.

J. Deposition transcript of Thomas Wells dated March 25, 2020, attached in relevant part.

K. Notice of Videotaped Perpetuation Deposition of Thomas Wells, dated March 24, 2020.

L. Deposition transcript of Kelsea Walder dated June 24, 2022, attached in relevant part.

M. Final Remedial Action Report Operable Unit 6, May, 11, 2021.

N. Montana Department of Health Memorandum, dated February 11, 1974.

O. Affidavit of James Roberts, dated February 8, 2007, *In re: W.R. Grace & Co., et al.*, Chapter 11, Cause No. 01-1139, In the United States Bankruptcy Court for the District of Delaware.

P. GNRR Economic Analysis and Report on Zonolite, dated 1959.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

//

**DECLARATION OF NADIA H. PATRICK**
PAGE 3

**KNIGHT NICASTRO MACKAY, LLC**
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235

DATED this 16th day of March, 2023.

                                                KNIGHT NICASTRO MACKAY, LLC

By: _____
            Nadia H. Patrick

**DECLARATION OF NADIA H. PATRICK**  
PAGE 4

**KNIGHT NICASTRO MACKAY, LLC**  
304 WEST 10TH STREET  
KANSAS CITY, MO 64105  
P: (720) 770-6235

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Roger Sullivan
Jinnifer Jeresek Mariman
Ethan Welder
McGARVEY LAW
345 First Avenue East
Kalispell, MT 59901
rsullivan@mcgarveylaw.com
jmariman@mcgarveylaw.com
ewelder@mcgarveylaw.com

Alexandra Bailey Abston (PHV)
Rachel Lanier (PHV)
Sam Taylor, II (PHV)
LANIER LAW FIRM, P.C.
10940 W. Sam Houston Parkway N.
Suite 100
Houston, TX 77064
Alex.abston@lanierlawfirm.com
Rachel.lanier@lanierlawfirm.com
Sam.taylor@lanierlawfirm.com
*Attorneys for Plaintiffs*

KNIGHT NICASTRO MACKAY, LLC

By:/s/ Chad M. Knight
    Chad M. Knight
    *Attorneys for Defendant*
    *BNSF Railway Company*

**DECLARATION OF NADIA H. PATRICK**
PAGE 5

**KNIGHT NICASTRO MACKAY, LLC**
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235