```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MONTANA
                  GREAT FALLS DIVISION
```

---

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased. | Case No. 4:21-cv-00097-BMM |
| Plaintiffs, | |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana corporation for Profit; GROGAN ROBINSON LUMBER COMPANY, a Montana corporation for profit; and DOES A-Z, | |
| Defendants. | |

---

DEPOSITION OF

KELSEA WALDER

(Taken on behalf of the Defendant, BNSF Railway Company.)

Taken at McGarvey Law Firm
345 First Avenue East
Kalispell, Montana
Friday, June 24, 2022 - 11:10 a.m.

Reported by Beth Gilman, RPR, and Notary Public
for the State of Montana, County of Flathead

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

**EXHIBIT L**

**Page 5**

1  KELSEA WALDER, after having been duly
2  sworn, was examined and testified as follows:
3              EXAMINATION
4  BY MR. NICASTRO:
5      Q.   All right.  If you could please introduce
6  yourself for our record.
7      A.   I'm Kelsea Walder, and that's spelled
8  K-E-L-S-E-A, W-A-L-D-E-R.
9      Q.   And what is your current address?
10     A.   8101 Monticello Circle, Westminster,
11 California, 92683.
12     Q.   Have you ever given a deposition before?
13     A.   No.
14     Q.   Okay.  You probably heard some of this maybe
15 preparing for your deposition, but I'll run through it
16 anyway on the record, just some of the basic rules of
17 a deposition.
18          First, if you need to take a break at any
19 time for any reason, that's perfectly fine; just let
20 me know and we'll take a break.  We just ask that if
21 there's a pending question, you answer the pending
22 question.
23          We need to make sure that we don't talk over
24 each other so that the court reporter has a very clean
25 record of what's being said.  It's very hard to do

**Page 6**

1  that if we talk over each other, so I will do my best
2  to wait until you have finished answering one of my
3  questions, and then hopefully you will do your best to
4  wait until I'm done asking my question before giving
5  an answer.
6           If you don't understand a question during
7  the deposition, please let us know, otherwise when we
8  go back and look at the transcript we're going to
9  assume that you understood the question that was
10 given.
11          The other rule is that we need to make sure
12 that we're giving verbal responses.  We can see each
13 other and we understand what head nods are, but our
14 record is clearer if we have verbal responses.
15          So do you understand all those rules?
16     A.   Yes, I do.
17     Q.   Very good.  What's your date of birth?
18     A.   June 9, '92.
19     Q.   Okay.  And so I'm horrible at math.  How old
20 would that make you today?
21     A.   That would make me 30.
22     Q.   Thirty.  All right.  And the Westminster
23 (sic.) Circle address that you gave, how long have you
24 lived at that address?
25     A.   On and off since 2010.

**Page 7**

1      Q.   Where did you live before that?
2      A.   I lived on Heil Avenue, Westminster,
3  California.
4      Q.   How do you spell Heil?
5      A.   H-E-I-L.
6      Q.   And how long did you live there?
7      A.   Kindergarten until junior year of high
8  school.
9      Q.   And where did you live before then, if you
10 can recall?
11     A.   Exact address I do not know.  I lived in a
12 trailer park in Santa Ana.
13     Q.   Okay.  California, I assume?
14     A.   Yes.
15     Q.   Are you married?
16     A.   No.
17     Q.   Do you have any children?
18     A.   No.
19     Q.   So I've asked to take your deposition today
20 because you've been identified as a witness in a case
21 that has been filed by Judith Hemphill as the PR to
22 the estate of Joyce Walder.  So just so I understand
23 on the record, what is your relationship, if any, to
24 those two individuals?
25     A.   Judith is my aunt.  I am the youngest

**Page 8**

1  daughter of Joyce Walder.
2      Q.   Okay.  So Ms. Walder is your mother.  Do you
3  have any other siblings?
4      A.   Yes.  I have one older brother, Austin; two
5  older sisters, Chandra and Charleigh.  And then I have
6  a half sister that I've never met from my father,
7  which is Nova.
8      Q.   Nova?
9      A.   Yes, but I've never met her.  She has not
10 been part of the family for a very, very long time,
11 since well before I was born.
12     Q.   All right.  Can you give me just a rough
13 estimate of ages for those individuals you just
14 identified?  Start with Austin.
15     A.   Austin was born on October 5th of 1990,
16 Chandra was born July 1st of '88, Charleigh was born
17 in -- she's seven years older than I am, so she would
18 be 37.  She was born in eighty--
19     Q.   Eighty-five maybe?
20     A.   I think so.  That sounds right.
21     Q.   And Nova, any idea how old she is?
22     A.   No.
23     Q.   And so Judith Hemphill is your aunt?
24     A.   Yes.
25     Q.   And is she your -- your mother's biological

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751