Roger Sullivan
Jinnifer Jeresek Mariman
Ethan Welder
John F. Lacey
McGARVEY LAW
345 First Avenue East
Kalispell, MT  59901
(406) 752-5566
rsullivan@mcgarveylaw.com
jmariman@mcgarveylaw.com
ewelder@mcgarveylaw.com
jlacey@mcgarveylaw.com

Mark Lanier
Rachel Lanier
Sam Taylor II
LANIER LAW FIRM, PC
10940 W. Sam Houston Pkwy N., Ste. 100
Houston, TX 77064
Mark.Lanier@lanierlawfirm.com
Rachel.Lanier@lanierlawfirm.com
Sam.Taylor@lanierlawfirm.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br>vs.<br><br>BNSF RAILWAY COMPANY, et al.<br><br>Defendants. | CV-21-97-GF-BMM<br><br>**PLAINTIFFS' MOTION TO STRIKE THE EXPERT REPORTS OF JOHN KIND, PHD, CIH, CSP DATED JUNE 10, 2022 AND FEBRUARY 7, 2023** |

Come now the Plaintiffs, in accordance with the Court's scheduling order, and pursuant to Fed. R. Civ. P. Rules 26 and 37, file this Motion to Strike the Expert Reports of John Kind, Ph.D., CIH, CSP dated June 10, 2022 and February 7, 2023 ("Plaintiffs' Motion").

Separately filed in support of Plaintiffs' Motion are the following:

(1) Declaration of Jinnifer Jeresek Mariman in Support of [Plaintiffs' Motion]; and

(2) Plaintiffs' Brief in Support of [Plaintiffs' Motion].

Based upon these filings, Plaintiffs' Motion respectfully requests the Court strike the expert reports of John Kind, Ph.D., CIH, CSP dated June 10, 2022, and February 7, 2023. Dr. Kind should also be precluded from offering any opinions or testimony regarding his stricken reports and/or portions thereof.

DATED this 14th day of April, 2023.

/s/ Jinnifer Jeresek Mariman
JINNIFER JERESEK MARIMAN
*Attorney for Plaintiffs*