Roger Sullivan
Jinnifer Jeresek Mariman
Ethan Welder
John Lacey
McGARVEY LAW
345 First Avenue East
Kalispell, MT  59901
(406) 752-5566
rsullivan@mcgarveylaw.com
jmariman@mcgarveylaw.com
ewelder@mcgarveylaw.com
jlacey@mcgarveylaw.com

Mark Lanier
Rachel Lanier
Sam Taylor II
LANIER LAW FIRM, PC
10940 W. Sam Houston Pkwy N., Ste. 100
Houston, TX 77064
Mark.lanier@lanierlawfirm.com
Rachel.lanier@lanierlawfirm.com
Sam.taylor@lanierlawfirm.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br>vs.<br><br>BNSF RAILWAY COMPANY, et al.<br><br>Defendants. | **CV-21-97-GF-BMM**<br><br>**DECLARATION OF JINNIFER JERESEK MARIMAN IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE EXPERT REPORTS OF JOHN KIND, PHD, CIH, CSP DATED JUNE 10, 2022 AND FEBRUARY 7, 2023** |

1

I, Jinnifer Jeresek Mariman, attorney for Plaintiffs, declare as follows:

I submit this declaration in support of Plaintiffs' Motion to Strike the Expert Reports of John Kind, Ph.D., CIH, CSP dated June 10, 2022 and February 7, 2023. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could and would competently do so under oath.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant BNSF Railway Company's Expert Witness Disclosure and Exhibit A thereto;

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of John Kind (Doc. 74), and attachment thereto (Doc. 74-2); and

3. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant BNSF Railway Company's Third Supplemental Expert Witness Disclosure and Exhibit N thereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 14th day of April, 2023.

/s/ Jinnifer Jeresek Mariman
JINNIFER JERESEK MARIMAN
*Attorney for Plaintiffs*