# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, et al.<br><br>Defendants. | CV-21-97-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that the Final Pretrial conference is RESET for March 22, 2024 at 1:30 p.m. at the Paul Hatfield Federal Courthouse in Helena, Montana. The proposed final pretrial order is due on or before March 20, 2024. The Jury Trial will be held at the Paul Hatfield Federal Courthouse in Helena, Montana on April 8, 2024. Jury Instructions, trial briefs and proposed voir dire are due by April 1, 2024.

DATED this 9th day of February, 2024.

Brian Morris, Chief District Judge
United States District Court