# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana Corporation for profit; GROGAN ROBINSON LUMBER COMPANY, a Montana Corporation for profit; and DOES A-Z,<br><br>Defendants. | Case No.: 4:21-cv-00097-BMM<br><br>**ORDER GRANTING DEFENDANT BNSF RAILWAY COMPANY'S UNOPPOSED MOTION TO APPEAR BY ZOOM** |

Defendant BNSF Railway Company, having moved the Court for the appearance of attorney Chad M. Knight via zoom at the Final Pretrial Conference, and for good cause appearing;

IT IS HEREBY ORDERED that attorney Chad M. Knight may appear by zoom at the Final Pretrial Conference in this matter set for 1:00 PM on March 19, 2024, with attorneys Anthony M. Nicastro and Cole Anderson appearing in-person. Defendant BNSF will contact the Clerk of Court's Office for a zoom link.

Dated this 18th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court