IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>　　　　Plaintiffs,<br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana Corporation for profit; GROGAN ROBINSON LUMBER COMPANY, a Montana Corporation for profit; and DOES A-Z,<br><br>　　　　Defendants. | Case No.: 4:21-cv-00097-BMM<br><br>ORDER EXCUSING PROPOSED JURORS FOR HARDSHIP |

**IT IS HEREBY ORDERED** that the following prospective jurors are excused for hardship:

      101247632
      101295264
      101306764
      101221353
      101305798
      101222898
      101225706
      101245321
      101268584
      101226316

                101237936
                101229280
                101225056
                101262779
                101299749
                101259830
                101297700
                101237269
                101221035
                101220588
                101287611
                101250913
                101240705

DATED this 21st day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court