# Exhibit A



## Deposition of
## **Thomas Wells**

**Date:** March 25, 2020

**Case:** IN RE ASBESTOS LITIGATION, Consolidated Cases:
Thomas Wells v. BNSF Railway Company, et al.

**No.** AC 17-0694

**Court Reporter:** Susan L. Law, CCR, CSR

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513
www.spreporting.com

Page 1

IN THE ASBESTOS CLAIMS COURT FOR THE STATE OF MONTANA

IN RE ASBESTOS LITIGATION,
        Consolidated Cases
-------------------------------------------------------

THOMAS WELLS,                    )
                                 )
          Plaintiff,             )
                                 ) Cause No. AC17-0694
v.                               )
                                 )
BNSF RAILWAY COMPANY,            )
et al.,                          )
                                 )
          Defendants.            )


     VIDEOTAPED TELEPHONIC PERPETUATION DEPOSITION OF
                      THOMAS WELLS
           Taken on Behalf of the Plaintiff
                   March 25, 2020




               Susan L. Law, CCR, CSR

Thomas Wells
March 25, 2020

## Page 2

1
2                              I N D E X
3                                              Page
     Examination by MS. MARIMAN:                5
     Examination by MR. DUERK:                 36
4    Examination by MR. HUEY:                   76
     Further Examination by MS. MARIMAN:       79
5
6                             EXHIBITS
7    Exhibit No. 1, Residential History        80
     Exhibit No. 2, Work History               80
8    Exhibit No. 3, Residential Maps           80
     Exhibit No. 4, Notated Pictures           80
9    Exhibit No. 5, Address History            80
     Exhibit No. 6, Work History               80
10
11
     (The original exhibits were retained by the court
12   reporter and attached to Ms. Mariman's transcript.)
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1        APPEARING TELEPHONICALLY:  The Defendant,
2   State of Montana, was represented by Dale Cockrell,
    Esq., of the law firm of Moore, Cockrell, Goicoechea &
    Johnson, 145 Commons Loop, Suite 200, Kalispell,
3   Montana 59901.
4   ALSO PRESENT TELEPHONICALLY:
    Jackson Wells
5   Sean Wells
6   Tod Lehecka
7        The deposition was videotaped by Ali Wills,
    in association with Paszkiewicz Court Reporting, 26
8   Ginger Park Parkway, Glen Carbon, Illinois 62034.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1   IN THE ASBESTOS CLAIMS COURT FOR THE STATE OF MONTANA
2   IN RE ASBESTOS LITIGATION,
        Consolidated Cases
3   --------------------------------------------
4   THOMAS WELLS,            )
                             )
5         Plaintiff,         )
                             )  Cause No. AC17-0694
6   v.                       )
                             )
7   BNSF RAILWAY COMPANY,    )
    et al.,                  )
8                            )
          Defendants.        )
9
     VIDEOTAPED TELEPHONIC PERPETUATION
10   DEPOSITION OF THOMAS WELLS, produced, sworn and
     examined on behalf of the Plaintiff, the 25th day of
11   March, 2020, at the offices of Paszkiewicz Court
     Reporting, 26 Ginger Creek Parkway, Glen Carbon,
12   Illinois 62034, before Susan L. Law, Certified
     Shorthand Reporter and Certified Court Reporter.
13
14            A P P E A R A N C E S
15       APPEARING TELEPHONICALLY:  The Plaintiff was
     represented by Jennifer Mariman, Esq., of the law firm
16   of McGarvey, Heberling, Sullivan & Lacey, 345 First
     Avenue East, Kalispell, Montana 59901.
17       APPEARING TELEPHONICALLY:  The Defendant,
     Robinson Insulation, was represented by Nathan Huey,
18   Esq., of the law firm of Gordon Rees Scully &
     Mansukhani, 201 West Main Street, Suite 101, Missoula,
19   Montana 59802.
20       APPEARING TELEPHONICALLY:  The Defendant,
     Burlington Northern & Santa Fe, was represented by
21   Adam Duerk, Esq., of the law firm of Knight Nicastro
     MacKay, 283 West Front Street, Suite 203, Missoula,
22   Montana 59802.
23       APPEARING TELEPHONICALLY:  The Defendant,
     Burlington Northern & Santa Fe, was represented by
24   Nadia Patrick, Esq., of the law firm of Knight
     Nicastro MacKay, 929 Pearl Street, Suite 350, Boulder,
25   Colorado 80302

## Page 5

1        IT IS HEREBY STIPULATED AND AGREED by and
2   between counsel for the parties that this deposition
3   may be taken by Susan L. Law, Certified Shorthand
    Reporter and Certified Court Reporter, and afterwards
4   transcribed into print and that signature by the
5   witness is not waived.
6
7        VIDEO TECHNICIAN:  We are now on the
8   record.  This is the videotaped deposition of Thomas
9   E. Wells.  Today's date is March 25, 2020.  The time
    is 2:04 p.m. Mountain Time.
10
11       The attorneys present will be indicated on
12   the stenographic record.  The court reporter will now
13   swear in the witness.
14                     O-O-O
15            THOMAS WELLS,
16   of lawful age, being produced, sworn and examined on
17   behalf of the Plaintiff, and after responding "I do"
18   to the oath administered by the court reporter,
19   deposes and says:
20            * * * * * * * * * * * *
21   EXAMINATION BY MS. MARIMAN:
22       Q.  Good afternoon, Tom.
23       A.  Good afternoon.
24       Q.  Can you hear me okay?
25       A.  Yes.

Thomas Wells
March 25, 2020

## Page 6

```
 1        Q.  Good.  Tom, would you please introduce
 2   yourself to the jury?
 3        A.  Well, my name is Tom Wells.  I'm 65 years
 4   old.  I live in LaConner, Washington.  I recently
 5   moved there after living in LaConner and Mount Vernon
 6   over the past 30 or some years.  Worked in education,
 7   agriculture, and that's generally about it.
 8        Q.  All right.  Tom, I understand you're -- I
 9   understand that you're in pain and managing that pain
10   with medications.  Does that pain or the medications
11   affect your ability to answer my questions truthfully
12   and accurately?
13        A.  Possibly.
14        Q.  Can you understand my questions?
15        A.  Does my pain inner-fect -- affect my
16   ability to function?
17        Q.  No, that's not my question, Tom.  Let me
18   try that again for you.  Okay?
19             Does your pain or the medications you're
20   taking affect your ability to answer questions
21   truthfully and accurately?
22        A.  No.
23        Q.  Can you think of anything that will affect
24   your ability to answer questions truthfully and
25   accurately?
```

## Page 7

```
 1        A.  No.
 2        Q.  Tom, how old are you?
 3        A.  I am 65.
 4        Q.  Where were you born?
 5        A.  Teaneck, New Jersey.
 6        Q.  And where were you raised?
 7        A.  Well, I was raised through age 14 in New
 8   Jersey, age 18 in Southern California, and age 22, I
 9   guess, through college in Missoula.  Well, actually it
10   was in the college years, a bit longer than that.
11   That was Missoula, Montana.
12        Q.  Okay.  And the -- what did your mother and
13   father do for a living?
14        A.  My father was an airline pilot for United
15   Airlines.  My mother started as a stewardess at the
16   same time, and then they met, got married, at which
17   time she retired.
18        Q.  Did she become a stay-at-home mom at that
19   point?
20        A.  Yes.
21        Q.  And, Tom, were you ever married?
22        A.  Yes.
23        Q.  To whom?
24        A.  Lucille Wells.
25        Q.  When did you get married?
```

## Page 8

```
 1        A.  1978, the fall.
 2        Q.  And the rest of the time you were married
 3   what was her general occupation?
 4        A.  She was just getting started -- or actually
 5   hadn't quite started at Pike -- Pike -- Pike time
 6   teaching career yet, part-time.
 7        Q.  And once she started that career, what did
 8   she teach?
 9        A.  She taught a variety of classes, including
10   lower elementary and library.
11        Q.  I understand you are now divorced; is that
12   correct?
13        A.  Correct.
14        Q.  And when did you get divorced?
15        A.  We got divorced in November -- no.  We got
16   divorced in February of 2014.
17        Q.  In the records you provided to us we have
18   July 20, 2015.  Does that refresh your recollection?
19        A.  Yes.
20        Q.  Okay.  Is that when you got divorced or
21   finalized the divorce?
22        A.  I believe so.
23        Q.  I understand Lucy is now institutionalized
24   with serious health issues; is that correct?
25        A.  Yes.
```

## Page 9

```
 1        Q.  Did you and Lucy have any children?
 2        A.  Yes.
 3        Q.  Who did you have?
 4        A.  Jackson, age 32 now, and Sean, age 29.
 5        Q.  And those are your two sons; correct?
 6        A.  Correct.
 7        Q.  Could you explain to the jury very briefly
 8   your education?
 9        A.  Yeah.  I got a bachelor of arts in
10   geometry -- excuse me, geography in, I believe it was,
11   '78 and then went on and did some overseas teaching
12   in -- oh, wait a second.  I taught in the Peace Corps.
13   Went in the Peace Corps in '79 while Lucy worked a
14   little bit longer to get her library certificate.
15   Then we went in the Peace Corps, and so that was two
16   years out of the country in South Korea.  Then we came
17   back and I decided that teaching-overseas life looked
18   pretty nice.  So I went back and worked some for the
19   forest service in '81 and Lucy continued working on a
20   library degree and education certificate.
21        Q.  Did you get a masters of education at some
22   time?
23        A.  I did, yes.
24        Q.  And where did you get that from?
25        A.  Western Washington University.
```

Thomas Wells
March 25, 2020

**Page 10**

1    Q.  And you previously provided us a date of
2  1994 for that.  Does that sound correct?
3    A.  I'm guessing, yeah.
4    Q.  Are you presently retired?
5    A.  Yes.
6    Q.  And you're retired from being a teacher; is
7  that correct?
8    A.  Correct.
9    Q.  What subjects did you teach?
10    A.  I taught math and science, middle school.
11    Q.  And did you teach for a total of
12  approximately 31 years?
13    A.  Yes.
14    Q.  Let's talk about the places you've lived
15  and worked.  I have sent you and all defense counsel a
16  document labeled Exhibit 1, which is a list of all the
17  addresses you've lived at, and you helped us in
18  preparing Exhibit 1 and I believe you have it in front
19  of you as well.
20    A.  Right.
21    Q.  Is this history labeled as Exhibit 1
22  truthful and accurate?
23    A.  Well --
24    OFF-CAMERA SPEAKER:  (Unintelligible.)
25  BY MS. MARIMAN:

**Page 11**

1    Q.  No, this is Exhibit 1.  This is -- let me
2  show the camera.  Here you go.  Can you guys see that
3  one?
4    A.  Well, I can see it better in -- held in
5  front of me.
6    Q.  I believe it says Exhibit 1 at the top.
7    OFF-CAMERA SPEAKER:  Right there are the
8  addresses.
9    A.  Missoula, Highway 2, Libby.
10    OFF-CAMERA SPEAKER:  (Unintelligible.)
11    A.  Sylvanite, Highway 2 going to Libby.  Okay.
12  BY MS. MARIMAN:
13    Q.  And, Tom, I just want to confirm.  Are you
14  looking at the document that is typewritten?
15    A.  Yes.
16    Q.  And on the top --
17    A.  Yes.
18    Q.  -- it says "In Re:  Tom Wells, Exhibit 1"
19  in the middle.
20    A.  Yeah.
21    Q.  Okay.  So this Exhibit 1, is it truthful
22  and accurate?
23    OFF-CAMERA SPEAKER:  Yeah.
24    A.  Yeah.  I was just thinking.  There it says
25  I went to Colombia before Guatemala.  No.  Guatemala,

**Page 12**

1  then Columbia, that's correct?
2  BY MS. MARIMAN:
3    Q.  Okay.  We'll make that Exhibit 1 to your
4  deposition.
5    As far as where you've worked, I've sent
6  you and defense counsel a document labeled Exhibit 2
7  across the top, which is a list of your work history
8  which we prepared --
9    A.  Yeah.
10    Q.  -- with your help.
11    A.  Yep.
12    Q.  Is this work history labeled as Exhibit 2
13  truthful and accurate?
14    A.  Yep.
15    MS. MARIMAN:  Okay.  We're going to make
16  that Exhibit 2 to Tom's deposition.
17  BY MS. MARIMAN:
18    Q.  Now, I've sent you and all defense counsel
19  a document labeled Exhibit 3, which are maps you
20  helped us create that depict where you lived and
21  worked.
22    A.  Right.
23    Q.  Are the maps labeled as Exhibit 3 truthful
24  and accurate?
25    A.  Yes.

**Page 13**

1    Q.  And we'll make that Exhibit 3 to your
2  deposition?
3    A.  Okay.
4    Q.  And then finally -- oh, I'm sorry, Tom.
5  Did you have a question?
6    A.  No.  No, I was just verifying the maps.
7    Q.  Okay.  And then finally, I sent you and all
8  of defense counsel a document labeled Exhibit 4, which
9  are photos you took during the time you were working
10  for the forest service in Lincoln County, and at the
11  bottom there's some notations there as well.  I
12  understand that what's in quotation marks is what was
13  printed on the back of the slides you took; is that
14  correct?
15    A.  Yeah.
16    Q.  And then the notations are your description
17  of the photo; is that correct?
18    A.  Yeah.
19    Q.  Okay.  So are the photos a true and correct
20  copy of the photos you took?
21    A.  Yeah, they're originals.
22    Q.  Okay.  And the notations that are on those
23  that -- that reflect what was written on the back of
24  the slides and your description of the -- of the
25  photo, are those true and accurate?

Thomas Wells
March 25, 2020

**Page 14**

1    A.  Yeah.
2    Q.  Okay.  Let's talk more about your time in
3  Lincoln County, Montana.  Okay?
4    A.  Okay.
5    Q.  Okay.  So I understand you did seasonal
6  work for the forest service while you were in college;
7  is that correct?
8    A.  Yeah.  Yes.
9    Q.  And you've told me that Missoula was on a
10  quarter system; is that correct?
11    A.  I think so back then, yeah.
12    Q.  Can you tell the jury what years you worked
13  for the forest service in Lincoln County, Montana?
14    A.  Yeah.  Summer '76, '77, '78.
15    Q.  Okay.  And the -- when you say summer of
16  '76, '77, '78, how many months -- which months were
17  you in Lincoln County working for the forest service
18  during those times?
19    A.  It would be July -- June, July, August,
20  September, and most of November.
21    Q.  So June through most of November; is that
22  correct?
23    A.  Yep.
24    Q.  Okay.  And did you work for the forest
25  service in 1981 as well?

**Page 15**

1    A.  Yes.
2    Q.  What months did you work for the forest
3  service in 1981?
4    A.  July or April -- July or August or June.
5    Q.  And that was when you returned from the
6  Peace Corps; is that right?
7    A.  Yeah.
8    Q.  Okay.
9    A.  Yeah, I had a W-2 in there.
10    Q.  Okay.  What were you doing for the forest
11  service?
12    A.  Surveying.
13    Q.  And what were you surveying?
14    A.  P lines, primary lines for logging roads.
15    Q.  And were you initially hired as a soils
16  tech when they first hired you?
17    A.  Yes.
18    Q.  And then due to the demands of logging
19  roads, et cetera, you were quickly trained as a
20  surveyor; is that correct?
21    A.  Yeah.  It seemed like aptitude for the job
22  and not much demand in the soil technician area.
23    Q.  What days would you typically work?
24    A.  Either Monday through Friday or Monday
25  through Thursday.

**Page 16**

1    Q.  And how many hours a week would you work?
2    A.  Either 50 or 40.
3    Q.  And were you doing ten-hour days?
4    A.  Occasionally.
5    Q.  Did sometimes you work four tens Mondays
6  through Thursday?
7    A.  Yes.
8    Q.  Okay.  When you were working for the forest
9  service, where were you stationed out of?
10    A.  I think definitely some of the time at
11  Libby.  I'm not sure if we ever worked four tens out
12  of Troy.  So it was kind of a mix.
13    Q.  And did you ever go to the W.R. Grace Mine
14  site?
15    A.  No.
16      MR. COCKRELL:  Objection.  Form.  That was
17  Dale Cockrell for the State.
18      MS. MARIMAN:  Okay.
19  BY MS. MARIMAN:
20    Q.  Tom, did your work ever take you anywhere
21  other than Libby or Troy?
22    A.  Did my work -- work ever take me, like, up
23  to the Sylvanite?
24    Q.  Yes.
25    A.  I worked up at the -- in the forest up

**Page 17**

1  above, you know, the mining area.
2    Q.  Are you talking about the Yaak area?
3    A.  I'm talking about the national forest up on
4  the Kootenai.
5    Q.  And are you talking about the Yaak,
6  Y-A-A-K, area?
7    A.  Yes.
8    Q.  Okay.
9    A.  Yeah, I didn't do my work -- I didn't do my
10  work right around the mine.  I did it north -- I guess
11  it would be north, northwest.
12    Q.  In the Yaak area?
13    A.  Yeah.  If we had an old map, we could
14  probably sort it right out.
15    Q.  And we have forest service maps and we can
16  do that if needed in the future.
17      So I want to ask you about 1976, the first
18  summer you worked -- or the first summer and fall you
19  worked for the forest service when you lived out at
20  the Sylvanite bunkhouse.  Is that where you lived?
21    A.  Yes.
22    Q.  And would you spend time in Libby when you
23  weren't working?
24    A.  Sometimes, yeah.
25    Q.  What would you do?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Thomas Wells
March 25, 2020

Page 18

1    A.  Oh, go to the bars, shop.
2    Q.  Would you do any shopping -- oh, I'm sorry.
3  Go ahead.
4        Approximately how frequently do you think
5  you would go?
6    A.  Between recreational activity and the
7  shopping, a couple times a week.
8    Q.  Okay.  Now, I want to ask you about 1977,
9  the next summer and fall when you worked for the
10 forest service when you lived off Highway 2 not far
11 from the drive-in theater.  Who did you live with
12 there?
13   A.  Three other guys.
14   Q.  Do you remember any of their names?
15   A.  No.  I remember one had a Rock name called
16 Nick -- or Rock.  Excuse me.  He had a Rock -- he had
17 a nickname, Rock.
18   Q.  Okay.  And when you weren't at work, did
19 you spend time at your house in Libby or recreate in
20 Libby?  You.
21   A.  Yeah.
22   Q.  What would you do in Libby?
23   A.  Golf at a little golf course there.  Do
24 some fishing.  Once again, do some shopping.  A little
25 bit of -- a little bit of garden recreational work.

Page 19

1  We didn't get very far with that.  We weren't around
2  enough, it didn't seem, to be successful.
3    Q.  And with the gardening, do you recall did
4  you put any soil amendments or fertilizer in them?
5    A.  Yeah, we probably threw some fertilizer on
6  it.
7    Q.  Okay.  Do you know where you would have
8  gotten that fertilizer?
9    A.  The hardware store.
10   Q.  Okay.  Do you -- did you also still go to
11 the local watering holes after work occasionally?
12   A.  Oh, yeah.
13   Q.  And the house that you lived in, did it
14 have air conditioning?
15   A.  Not that I recall.  I just remembered it
16 always being kind of -- kind of hot, dry, dusty.
17   Q.  And did you keep the windows open because
18 it was hot?  Was that yes?
19   A.  Yes.
20   Q.  And just to summarize, when you weren't at
21 work, you spent your time around the house or
22 recreating in Libby; is that correct?
23   A.  Yeah.  Finding swimming holes also.
24   Q.  Okay.  Okay.  And that was in that 1977
25 timeframe we're talking about?

Page 20

1    A.  Yep.
2    Q.  Let's -- I want to ask you about 1978 when
3  you lived in a trailer next to the Libby rail yard.
4  Do you remember that?
5    A.  Yes.
6    Q.  Who did you live with?
7    A.  My wife to be.
8    Q.  And that's Lucy?
9    A.  Yes.
10   Q.  Did you spend -- when you weren't at work,
11 did you spend your time in Libby or at the house?
12   A.  Yes.
13   Q.  And what would you do when you were at the
14 house or when you were spending time in Libby?
15   A.  Hang out.
16   Q.  Were there any types of activities that you
17 liked to do?
18   A.  Any what?
19   Q.  Any activities that you liked to do when
20 you were living at your house in Libby in 1978?
21   A.  Oh, just the regular stuff.  We liked to go
22 swimming, you know, if we could find a swimming hole.
23 I think Lucy would come out and walk the golf course
24 with me occasionally.  She didn't play.
25   Q.  And did you walk anywhere from your house?

Page 21

1    A.  We'd walk into town.  Look forward to --
2    Q.  How would you do that?
3    A.  After work look forward to a nice stroll
4  into town and have a couple of cold ones at the end.
5    Q.  And when you talk -- when you talk about
6  town, are you talking about Mineral Avenue in downtown
7  Libby where the Mint and VFW and Pastime were?
8    A.  Yeah.  Yep.
9    Q.  How would you -- how would -- what route
10 would you take when you walked to town?
11   A.  Routes.  You just go straight out the door
12 and there's a -- just a straight street that ran right
13 to whatever that is, Main that has all the bars on it,
14 or we could go right along the track.
15   Q.  And which route -- how -- how frequently
16 would you walk along the track?
17   A.  Well, I think when it was breezy, it was
18 nicer along the track because there was a little bit
19 of air off the water and a little -- maybe a little
20 less particulate in the air.
21   Q.  How many times per week do you think you
22 would walk along the track down to that Mineral Avenue
23 area?
24   A.  A couple.
25   Q.  And would you also walk down that way on

Thomas Wells
March 25, 2020

Page 22

1  the weekends as well?
2      A.  Yeah.  I mean, often -- about half the time
3  probably we left town on the weekends, especially if
4  it was a four-day workweek just because we had a nice
5  place over on Flathead Lake.
6      Q.  Okay.  And what do you recall about the
7  walk along the rail yard?
8      A.  The walk along the railroad?
9      Q.  Yeah.  What do you recall about it?
10     A.  Yeah.  I remember things drying up pretty
11 good by August, and when you'd get walking -- walking
12 down along the tracks, you'd get a lot of roughly,
13 crinkly, wind-blowing kind of like little hurricane or
14 something blowing through.
15     Q.  Okay.  And --
16     A.  A lot of stuff stirred up.
17     Q.  And the trailer that you lived at, it was
18 right next to the rail yard; is that correct?
19     A.  Yes.
20     Q.  Did it have air conditioning?
21     A.  The trailer?  No.
22     Q.  Yes.
23     A.  I'm pretty sure not.
24     Q.  Would you keep your windows open?
25     A.  Yes.  That's the way I remember it.

Page 23

1      Q.  Was the house dusty?
2      A.  Yeah.
3      Q.  And how would you clean the house?
4      A.  Towels and rags.
5      Q.  All right.  And do you -- would you shake
6  out blankets, if needed?
7      A.  Yeah.
8      Q.  Did you vacuum at all?
9      A.  Oh, yeah, probably would have vacuumed.
10     Q.  Let's talk about the rail yard itself.  Was
11 it dusty?
12     A.  Yes.
13     Q.  And did you ever see dust come off the rail
14 yard?
15     A.  Yes.
16     Q.  Can you describe that?
17     A.  Well, if just the wind were blowing, a
18 natural wind, or especially when another train went
19 through at high speed, would make it quite a mess.
20     Q.  And can you -- can you describe -- you
21 talked about a train going through.  Are you talking
22 about the nonstop trains that went through the Libby
23 rail yard?
24     A.  Well, they would stir up more stuff for
25 sure.

Page 24

1      Q.  What was it like when they stirred up dust?
2      A.  Yeah.
3      Q.  What was it like when they stirred up the
4  dust?
5      A.  Well, it was a mess.  It was dusty.  You
6  know, you'd wash the car and then pretty soon you have
7  to wash it again.
8      Q.  What did it feel like in the trailer when
9  one of those nonstop through trains went by?
10     A.  Rock and roll.
11     Q.  Did the trailer shake?
12     A.  Yes.
13     Q.  Now, when you were walking along the track,
14 did you ever see black shiny flakes about the size of
15 a pencil eraser on the ground?
16     A.  Yeah.  I mean, just walking along, you tend
17 to look down, especially when you're on a railroad
18 track, and there's a lot of unsure footing.  So, yeah,
19 you would look down and see -- yeah, you would see
20 some black stuff mixed in.  Yep.
21     Q.  Did -- did you ever know what the railroad
22 was actually shipping?
23     A.  No, I didn't.
24     Q.  Okay.  Let's talk about what you did for
25 recreation in 1978 when you were living at that

Page 25

1  trailer next to the rail yard.  What would you do for
2  recreation?
3      A.  All right.  Just hang around.  We were
4  working a lot, but we would also go out after work and
5  look for cold -- cold beer to drink.  We would -- if
6  it were tolerable, we would just sit outside sometimes
7  with friends and shoot the breeze.  We might go walk
8  the golf course.  We might -- we might look for a
9  swimming hole.  That sort of stuff.  Took a little
10 summer stuff -- summertime Montana, young 20s stuff.
11     Q.  I understand.  Did you ever go down to
12 Libby Logger Days?
13     A.  Yeah.
14     Q.  And --
15     A.  Did it.
16     Q.  Do you recall how many times you went to
17 Logger Days?
18     A.  Once or twice.  I don't remember.
19     Q.  And was that located down by the rail yard
20 as well?
21     A.  Yeah.  I think it was a baseball field.
22     Q.  Okay.  Did you compete in any activities?
23     A.  I was in the log roll one year where you
24 grease up your legs, I think, and try to balance on a
25 log going sideways.

7 (Pages 22 to 25)

Thomas Wells
March 25, 2020

## Page 26

1  Q.  Did you win or did you get rolled?
2  A.  I got rolled.
3  Q.  I want to ask you about 1981 when you
4  returned from the Peace Corps and worked for the
5  forest service one last quarter, and you had testified
6  earlier you thought that was around July or August; is
7  that correct?
8  A.  I think so, yeah.
9  Q.  I want to ask you about the house you lived
10 in where Bull Lake Road intersected Highway 2 near
11 Troy.  Who did you live with?
12 A.  Oh, I lived with a kid from back east.  He
13 must have been going to forestry school at U of M.
14 Q.  Okay.
15 A.  I don't recall his name.
16 Q.  And when you were not at work, would you
17 spend time in the Libby area as well?
18 A.  With this person?
19 Q.  No, just generally yourself.  Would you
20 spend time in the Libby area when you weren't at work?
21 A.  Yeah.  I was married by then, and he was --
22 he was working quite a bit.  So most weekends in that
23 stretch I went down to Missoula.
24 Q.  Did -- and would you ever go to Libby for
25 shopping or a cold beer after work, by chance, in

## Page 27

1  1981?
2  A.  Occasionally.
3  Q.  Okay.  The house -- the house where you
4  lived, did it have air conditioning?
5  A.  I doubt it, but actually it was a newer
6  house.  It may have.
7  Q.  Okay.  Do you like to have your windows
8  open?
9  A.  Huh?
10 Q.  Do you recall if you kept your windows
11 open?
12 A.  Well, during the summer, certainly.
13 Q.  Okay.  And --
14 A.  We closed them up at night maybe.
15 Q.  And I want to circle back to one thing.
16 During the course of either your work or any of your
17 activities, did you ever have an occasion to go out to
18 the W.R. Grace Mine?
19 A.  Nope.
20 Q.  Okay.  Tom, I understand you've been
21 diagnosed with mesothelioma; is that correct?
22 A.  That's correct.
23 Q.  Before you got sick, can you tell the jury
24 what your health was like?
25 A.  Yeah.  My health was good.  I was, if I

## Page 28

1  have to say, proud of myself.  I lived a healthy,
2  pretty clean life, and I set my goals in my 30s to
3  retire when I was 60 and have the ability to be
4  physical, to be active, and I had felt that I had
5  made -- made those achievements.
6  Q.  And in your family both of your parents
7  have lived into their 90s; is that correct?
8  A.  Yes.  Yes, my mom is still going at 95, and
9  my dad passed away at 94.
10 Q.  So when making your retirement goals, were
11 you trying to put yourself in a position of being
12 healthy for a long retirement?
13 A.  Yes.  They were healthy and active well
14 into their 80s.
15 Q.  Can you tell the jury what some of your
16 hobbies were before you got sick?
17 A.  Yeah.  I did some mountain climbing, played
18 lots of golf with my buddies.  One of my favorite
19 things to do.  Oh, played -- skied.  Skied a lot.  So
20 skiing in the winter, golfing in the summer, hiking,
21 camping.  Loved it all.  Loved it all.
22 Q.  Did you like to run?
23 A.  Yes, I did.  I ran a half marathon at 60 --
24 well, right around 60, I guess.
25 Q.  So just a few years ago?

## Page 29

1  A.  Yep.
2  Q.  And since then, did you -- did you -- have
3  you been running in a competitive race within the last
4  year or two?
5  A.  No.  No.  I raced it and made my goal of
6  1:45, but that was -- that wasn't really pleasurable.
7  It was a little bit more work.
8  Q.  That was at age -- at age 60 you did that?
9  A.  Somewhere right around 60.
10 Q.  Wow.  Did you -- did you like to play
11 volleyball?
12 A.  Loved it.  I was playing in the rec
13 volleyball until I was 63, and I would have continued
14 except I had a couple of minor leg things going on.  I
15 was planning on going back.
16 Q.  How about basketball?
17 A.  Not so much basketball.
18 Q.  And what about pickleball?
19 A.  Took up pickleball the last two years.
20 Really enjoyed it.
21 Q.  How about for those on the jury who might
22 not know what pickleball is, can you tell them what it
23 is?
24 A.  It's like a mini version of tennis.  You
25 use a racket, but you don't move around quite as much,

8  (Pages 26 to 29)

Thomas Wells
March 25, 2020

## Page 30

1  but you get your --
2  Q.  Okay.
3  A.  -- you get your quickness tested.
4  Q.  Did you enjoy fishing?
5  A.  Fishing, yep.  That was right on the list.
6  Q.  And is that --
7  A.  Salmon -- salmon, occasional fish to
8  tropical waters.
9  Q.  How about any -- any digging for oysters or
10  anything along the coast like that?
11  A.  Yep.  Did lots of that because I took on a
12  part-time job with a fellow who has an oyster/clam
13  business.  So we would work -- oh, during the harvest
14  season and planting, we might work two or three days a
15  week.  Very strenuous work, but good physical work.
16  Q.  Okay.
17  A.  Loved it.
18  Q.  Can you tell the jury, to the best of your
19  recollection, what exactly you've been diagnosed with?
20  A.  Yeah.  Unfortunately, I've been dialed
21  (sic) with a cancer that has no cure.  So I, of
22  course, looked at the possibilities for a cure, and
23  the one remaining was a surgical removal of all
24  affected parts and then just radiation and chemo
25  maintenance, which after the first three chemos wasn't

## Page 31

1  working, very painful, and they recommended that I
2  really have no -- no future at this point.  What I'm
3  doing is prolonging the inevitable, and as long as I
4  could holler the pain and tolerate -- tolerate the
5  pain, then I was free to go on and continue this
6  course, but the pain's becoming intolerable.
7  Q.  Tom, can you explain to the jury how your
8  symptoms came about and when?
9  A.  Yeah.  Well, starting last summer I
10  developed a little bit of an ache across my back, and
11  that would have been early September.  I also had a
12  foot problem, some soreness in my foot.  Well, I
13  assumed the pain in the foot was some sort of strain
14  and it would wear off, and then the back problem
15  related to the shoulder got worse instead of better.
16  You know, I thought it was something that would just
17  heal with time.
18  So I went in to see the doc in September,
19  and she said, "Well" -- oh, it was a cough also.  At
20  the same time with the -- with the shoulder aching, I
21  developed a cough, a pretty serious one.  It wouldn't
22  go away.  And so I went in to have the check -- the
23  cough -- the cough checked, which led to a belief that
24  there was a tie to the soreness back there, and so we
25  looked into the cough being somehow sinus related or

## Page 32

1  related to a post-nasal drip.  So we tested those
2  things with -- with pills and sort of normal
3  treatments.
4  Well, I went off on a couple of long hiking
5  trips at that point back in Southeastern Utah and
6  Southern Nevada, and on one of those trips I got lost
7  down in the desert, and a nine-hour day trip ended up
8  to a two-hour overnight, unplanned journey, and I
9  really physically deleted (sic) myself.  The cough got
10  way worse, and I turned around and went right back to
11  Mount Vernon Hospital, and I said, "I got to get in
12  right away," and she said okay, got me in, and they
13  immediately said, "Oh, we need further x-rays.  Let's
14  see exactly what's going on here."  And my primary
15  care physician was convinced it was a form of
16  pneumonia, but when the CT scan came in against
17  contrast, they said, "No, this is mesothelioma," and
18  they said, "You know, we don't know a whole lot up
19  here -- about it up here, but here's what we think you
20  need to do.  Get a second opinion, although we can do
21  everything up here that they can do down there."
22  So I just kind of looked into -- I was
23  pretty devastated, especially looked into the part
24  where they thought I was beyond an operational
25  treatment.  So we ended up discussing both courses,

## Page 33

1  the nonoperative and the operative, and they kind of
2  told me up here that you're past -- you know, you're
3  not going to get through it, and so I was kind of
4  resigned to this course, but then I talked to some
5  people up here who -- who steered me down the course
6  of, hey, get a second opinion, you never know, and so
7  I went down there and got a second opinion.  And they
8  held out a glimmer of hope that there might be some
9  surgical option and that, you know, why not take a
10  look.  So I went down there for my next course, and
11  they said, "Well, let us just see how this goes.
12  We'll evaluate it.  We'll come out with an evaluation
13  and then we'll decide what to do."
14  Well, they started with a -- "You know, we
15  have an option here for -- for operation," and I said,
16  "Okay.  Well, I'd like to do that."  So they got me
17  all set up down there and then they did another
18  evaluation, like, just two weeks after the second one
19  because I was just so -- so sore and down and they
20  agreed that -- that I was no longer a surgical patient
21  and that it wasn't looking good.  So they did a third
22  one and did a full-on plasma chemo the way they were
23  going to do and looked at that and said, "You know,
24  well, what you're telling me now is, you know,
25  you're -- you're on to palliative care treatment from

Thomas Wells
March 25, 2020

Page 34

1  here on out and it's just going to be a matter of how
2  long it takes and that's up to you."
3  And things have really started to go
4  downhill since then. They cancelled the third chemo.
5  So right now I'm just at the will of the -- the
6  medicines, I guess.
7  Q. Can you -- can you tell the jury how the
8  diagnosis and your future is affecting you.
9  A. Definitely. I'm in -- I'm in great pain
10  and alls I see is this getting worse and getting worse
11  for my relatives who are having to take every day out
12  of their life, their busy lives and their careers and
13  do that to indefinitely.
14  Q. Who's taking care of you right now, Tom?
15  A. My two sons and my best friend mainly.
16  Q. Have this and the medical bills caused you
17  financial stress?
18  A. Yes.
19  Q. Have you sold your house as a result of
20  that?
21  A. I have.
22  Q. Is there anything else you would like to
23  tell the jury, Tom?
24  A. No. Just that I have been placed in a
25  horrible spot here, and the best chance I see at

Page 35

1  release -- relieve for everybody is to just get it
2  over with. My pain, they're suffering. It's just not
3  something I want to try to play hero through because I
4  don't think there's a miracle waiting.
5  MS. MARIMAN: Tom, I want to thank you for
6  your time and I really wish I could have been there,
7  as I'm sure the defense counsel would have as well.
8  So for that --
9  A. Yeah.
10  MS. MARIMAN: -- we'll let some questions.
11  A. Well, I appreciate -- appreciate you making
12  an attempt to expedite this. It's tough.
13  OFF-CAMERA SPEAKER: You want to take a
14  little break in between? We can do that.
15  MS. MARIMAN: Tom, how are you feeling?
16  A. Yeah, we're thinking maybe take a short
17  break. Is that all right?
18  MS. MARIMAN: That would be fine. Yeah,
19  how long would you like, Tom?
20  A. Five minutes.
21  MS. MARIMAN: Is that good with everyone
22  else?
23  TELEPHONIC DEFENSE COUNSEL: Works here,
24  yes.
25  TELEPHONIC DEFENSE COUNSEL: It's fine

Page 36

1  here.
2  TELEPHONIC DEFENSE COUNSEL: Fine here.
3  A. Okay.
4  VIDEO TECHNICIAN: Okay. So we are going
5  off the record. It's --
6  TELEPHONIC DEFENSE COUNSEL: Hey Jin --
7  Jin, how about five to ten minutes?
8  MS. MARIMAN: That sounds good. You guys
9  just go ahead and sign back in when you're ready.
10  Okay?
11  VIDEO TECHNICIAN: Going off the record at
12  2:56 p.m.
13  (Break.)
14  VIDEO TECHNICIAN: Okay. It is 3:08 p.m.,
15  and we are back on record.
16  EXAMINATION BY MR. DUERK:
17  Q. Mr. Wells, my name is Adam Duerk. I'm an
18  attorney with Burlington Northern Santa Fe Railroad.
19  Can you hear me okay?
20  A. I can hear you just fine, Adam.
21  Q. All right. Thank you, Mr. Wells. If at
22  any time you need to take a break or ask for
23  clarification in any of the questions that I'm asking
24  you, would you please indicate that you'd like to do
25  so?

Page 37

1  A. Okay.
2  Q. Mr. Wells, is it fair for me to assume that
3  if you answer a question that I've asked, that you
4  understood it?
5  A. Yes.
6  Q. All right. Mr. Wells, we're here at your
7  preservation deposition today to try to make a clear
8  record about your testimony, and in order to do so,
9  rather than nodding your head affirmatively or shaking
10  your head to say no, we need to make an oral record.
11  Is that clear?
12  A. Okay.
13  Q. If we start to speak over one another, I'll
14  go ahead and stop and let you finish, but when we
15  speak over one another, that's very difficult for the
16  court reporter to take down. Understood?
17  A. Yes.
18  Q. All right.
19  A. Understood.
20  Q. Thank you. And again, it's not my intent
21  to play any word games or mind games with you as we
22  make this record. So if I ask a question that doesn't
23  make any sense, would you please stop me and ask me to
24  pose the question a different way rather than just
25  guessing at my meaning?

10  (Pages 34 to 37)

Thomas Wells
March 25, 2020

## Page 38

1    A.  Yes.
2    Q.  All right.  Thank you, Mr. Wells.
3    A.  You're welcome.
4    Q.  In terms of this case, we have four
5  exhibits that we've used on the record.  I'll be using
6  just a few more today and I'll walk through those
7  exhibits one by one.  Okay?
8    A.  Okay.
9    Q.  All right.  Do you have Exhibit Number 5 in
10  front of you?  What is labeled as a document Address
11  History for Thomas E. Wells.
12    A.  Address History.  Yes, it looks like I have
13  it here.
14    Q.  Okay.  Sir, do you see a date stamp in the
15  top right corner of this document that says, "Received
16  December 2, 2019"?
17    A.  "Received December 2, 2019", yes.
18    Q.  All right.  And this is a two-page
19  document; is that right?
20    A.  Yes.
21    Q.  Was this a record that was filled out by
22  you, sir?  Is that your handwriting?
23    A.  I think that's my handwriting.
24    Q.  All right.  And in terms of the document
25  itself, the printed section, address history, where

## Page 39

1  did this document come from?
2    A.  I don't know.  Jin's office maybe.
3    Q.  Okay.  And did you fill out this document
4  sometime on or about December of 2019 this year?
5    A.  That could very well be, yes.
6    Q.  All right.  And as you look through the
7  information on this document, does this information
8  appear to be true and accurate related to your address
9  history?
10    A.  Well, I think so.
11    Q.  All right.  If we could now turn to Exhibit
12  6.  This is a document that should be titled Work
13  History.  Do you see the Work History document in
14  front of you?
15    A.  Yes, I do.
16    Q.  All right.  Again, this document has your
17  name on it in the top left-hand corner; is that right?
18    A.  Yep.
19    Q.  It is date stamped, "Received December 2,
20  2019".  Is that accurate?
21    A.  December the 2019.  2019.  So that would
22  have been November?
23    Q.  This would be December 2 of last year,
24  2019.
25    OFF-CAMERA SPEAKER:  (Unintelligible.)

## Page 40

1    A.  Okay.
2  BY MR. DUERK:
3    Q.  Is this a document that you filled in?  In
4  other words, is this your handwriting on Exhibit 6?
5    A.  Well, I'm just a little hung up.  There's
6  12 months in a year.
7    Q.  Yes.
8    Q.  Right?  So 2019 is November -- is
9  December 19?
10    OFF-CAMERA SPEAKER:  No, it's the year.
11  He's asking you about the year.
12    A.  Huh?
13    OFF-CAMERA SPEAKER:  He's asking you to say
14  okay, that you already read that.  2019 is just the
15  year.  It's 2019.
16    A.  Oh, 2019 is the year?
17    OFF-CAMERA SPEAKER:  Yes.
18    A.  All right.  So in 2019 of last year.
19  BY MR. DUERK:
20    Q.  Yes.
21    A.  Okay.
22    Q.  Does that appear to be the correct date
23  when you filled this out, December of 2019?
24    OFF-CAMERA SPEAKER:  Last December.
25    A.  Okay.

## Page 41

1  BY MR. DUERK:
2    Q.  Sir, do you see the handwritten portion of
3  Exhibit 6?
4    A.  All right.
5    OFF-CAMERA SPEAKER:  Yes.
6    A.  8-20.
7    OFF-CAMERA SPEAKER:  He's just asking if
8  you see it there.  Say yes.
9    A.  He is what?
10    OFF-CAMERA SPEAKER:  (Unintelligible.)  He
11  just asked you to confirm it.
12    A.  Okay.
13  BY MR. DUERK:
14    Q.  Sir, my question is this.  Is that your
15  handwriting on this document?
16    A.  Yeah, I believe it is.
17    Q.  All right.  And does this document
18  accurately set forth your work history?
19    A.  It looks like it, yeah.
20    Q.  All right.  Do you see the right-hand
21  column, "Asbestos Exposure on Job"?
22    A.  Yes.
23    Q.  All right.  For most of these entries, for
24  Mount Vernon School District for Burlington Edison
25  School District, for Colegio Albania, for Colegio

11  (Pages 38 to 41)

Thomas Wells
March 25, 2020

**Page 42**

1    Maya, for the U.S. Forest Service, and for the U.S.
2    Peace Corps in South Korea, you said that in terms of
3    asbestos exposure on the job, no, there was no
4    asbestos exposure on the job, to the best of your
5    knowledge.  Is that fair?
6        A.  Yes.
7        Q.  All right.  In terms of the next entries,
8    U.S. Forest Service, Kootenai; U.S. Forest Service,
9    Kootenai and Troy, for both of those entries, and then
10   the last jobs, various job -- part-times jobs in
11   Missoula, you also handwrote your responses to whether
12   or not there was asbestos exposure; is that right?
13       A.  Yes.
14       Q.  Okay.  And for asbestos exposure while you
15   were working for the forest service, you said:
16           "Lived in Libby maybe, maybe, and maybe.
17   You visited Libby often."
18           Is that right?
19       A.  Yeah.
20       Q.  All right.  In terms of the places that you
21   were living while you were working for the forest
22   service at -- during your direct examination, you
23   talked about living on the Bull River or nearby the
24   Bull River; is that right?
25       A.  The what river?

**Page 43**

1        Q.  You lived at the Bull River and -- when you
2    were living on Highway 2.
3            MS. MARIMAN:  Objection.  I think it
4    misstates his testimony.  I think he testified that he
5    lived where Bull River Road intersected with Highway
6    2.
7            MR. DUERK:  All right.
8    BY MR. DUERK:
9        Q.  And, sir --
10       A.  Bull River, right.
11       Q.  Right.  And, sir, to the best of your
12   recollection, did the Bull River Road go along the
13   Bull River close to where you lived?
14       A.  No.
15       Q.  Okay.
16       A.  It crossed it.
17       Q.  Okay.
18       A.  But we didn't parallel it for very long.  I
19   mean, the Bull River -- Bull River Highway runs along
20   it for quite a ways, but that road --
21       Q.  All right.
22       A.  -- was a ways off the Bull River Road.
23       Q.  Okay.  That may have been my mistake.  I
24   apologize.
25       A.  Okay.

**Page 44**

1        Q.  So just to be clear, when you were working
2    for the forest service, that happened during three
3    distinct -- well, it looks like four periods of time
4    you lived around that -- you lived in the Libby and
5    Troy area for the first time from June of 1976 until
6    November of 1976 at the Sylvanite Ranger Station; is
7    that correct?
8        A.  In the greater Sylvanite, Libby, and Troy
9    area, yes.
10       Q.  And you've submitted some photographs of
11   the area around the Sylvanite Ranger Station; is that
12   right?
13       A.  Correct.
14       Q.  And fair to say that the Sylvanite Ranger
15   Station is not in Libby, Montana; correct?
16       A.  Correct.
17       Q.  How many miles away from Libby, Montana is
18   the Sylvanite Ranger Station, if you could estimate
19   for me in terms of miles?
20       A.  Well, I'm going to guess 15-ish.
21       Q.  Okay.  Then I believe during your direct
22   testimony, you estimated that you would go into town,
23   into Libby occasionally when you were working out of
24   the Sylvanite Ranger Station.
25       A.  Yeah.

**Page 45**

1        Q.  Did I hear that right?  Okay.
2            There was another period of time when you
3    lived in the Libby area from June 1977 until
4    November 1977 when you lived off Highway 2; is that
5    correct?
6        A.  Yeah.  Let me check the dates.
7        Q.  Sure.  If it would help, I think you've got
8    Exhibit 1 in front of you, your residential history.
9        A.  So '78?
10       Q.  No.  I'm sorry.  June of 1977 until
11   November of 1977 I show your address as Highway 2,
12   Libby, Montana; correct?
13       A.  Yep.
14       Q.  All right.  And we spoke a little bit about
15   that residence.  Was that the timeframe when you lived
16   in a trailer?
17       A.  Yeah.
18       Q.  All right.  And do you recall anything
19   about the particulars of that trailer in terms of the
20   flooring material in the trailer?
21       A.  Not really, no.
22       Q.  Do you recall if it had a tile floor?
23       A.  I don't recall if it had a tile floor.
24       Q.  Do you recall if any of the insulation in
25   that trailer was provided by the W.R. Grace Company?

12  (Pages 42 to 45)

Thomas Wells
March 25, 2020

## Page 46

1    A.  No.
2    Q.  Do you recall any vermiculite product in
3  use in that trailer?
4    A.  I can't say that I recognize the presence
5  of vermiculite in the trailer.
6    Q.  Okay.  Do you recall any insulating
7  wrapping tape being used in that trailer?
8    A.  No.
9    Q.  Okay.  Do you recall whether that trailer
10  or that trailer yard had any gravel in it?
11    A.  The yard at the trailer?
12    Q.  The yard or the driveway, sir.
13    A.  Yeah, there might have been gravel.
14    Q.  All right.  You mentioned earlier that you
15  had done some gardening when you were working --
16    A.  Yeah.
17    Q.  -- and living in the Libby area.  Were you
18  gardening -- have you been a gardener consistently
19  through your life?
20    A.  Kind of, yeah.
21    Q.  Yeah.  And what sorts of plants or flowers
22  have you grown through the years?
23    A.  Carrots, spinach, radishes, all the early
24  stuff, and then try to grow some corn, some peppers,
25  squash.  So those were the main biggies.

## Page 47

1    Q.  Okay.  And were you gardening for each of
2  the timeframes when you lived in the Libby area?
3    A.  We were gardening what?
4    Q.  Were you gardening during each of those
5  timeframes when you lived in the Libby area?
6    A.  Yeah.  I don't think so when we lived up at
7  the station.
8    Q.  Right.
9    A.  Maybe.  Maybe, and then when we lived out
10  on -- in the house with the four -- three other guys,
11  we may have tried a little bit there, but being all
12  guys, it probably wasn't much of an effort.
13    Q.  Okay.  What --
14    A.  And then the third year when I lived with
15  my ex-wife, I think we probably gave it a little bit
16  of an effort there, but once again with coming and
17  going, it wasn't a major effort.  I think watering got
18  left out a bit and generally not very well cared for.
19    Q.  Okay.  Let's talk about that third time
20  living in the Libby area.  Based on Exhibit 1, that
21  timeframe would have been June 1978 until
22  November 1978; is that correct?
23    A.  That's Exhibit 1?  Is that what it says?
24    Q.  That's what it says here on Exhibit 1, that
25  you were at the Second Street Extension in Libby,

## Page 48

1  Montana --
2    A.  Yep.
3    Q.  -- from June of 1978 to November of '78; is
4  that correct?
5    A.  Sounds right, yeah.
6    Q.  And that was the timeframe when you may
7  have done some gardening with your ex-wife at that
8  address; correct?
9    A.  Yeah, maybe a little bit.
10    Q.  In terms of that house, sir, do you recall
11  any linoleum tiles or any other types of tiles inside
12  the house?
13    A.  There probably was some linoleum.  Just
14  guessing the time period of the house.
15    Q.  Okay.  Did you ever go into the attic or
16  crawl space of that house in Libby at Second Street?
17    A.  No, I don't recall ever being in the crawl
18  space.
19    Q.  Okay.  Do you recall ever looking into the
20  attic in that Second Street house in Libby?
21    A.  No.
22    Q.  Do you recall ever seeing vermiculite
23  insulation in that Second Street Libby home?
24    A.  I don't recall it, no.
25    Q.  Okay.  Do you recall ever seeing any type

## Page 49

1  of tape around any of the pipes in that Libby home?
2    A.  No.
3    Q.  Do you recall if the home had a gravel
4  driveway?
5    A.  I don't recall, but it kind of seems like
6  it did.
7    Q.  Okay.
8    A.  I can't say for sure on that.
9    Q.  Okay.  Do you recall ever getting any type
10  of products from -- from the local hardware store for
11  the gardening that you did at that Second Street
12  Extension?
13    A.  Maybe I said, you know, if -- if we did the
14  gardening, which I kind of seem to remember muddling
15  around with a little bit, we would have probably
16  stopped by the hardware store and got some fertilizer.
17    Q.  Okay.  In terms of the next episode where
18  you lived in the Troy area, this would have occurred
19  in 1981 after you returned from Korea, and I'm looking
20  again on Exhibit 1.
21    A.  '71.  No, '81.  Yes.
22    Q.  '81 is what I have on this sheet, sir.  I'm
23  showing this --
24    A.  That's correct.
25    Q.  Okay.  Thank you.

13 (Pages 46 to 49)

Thomas Wells
March 25, 2020

Page 50

1    A.  That's correct.
2    Q.  I see August of 1981 until November of 1981
3  you were at Bull Lake --
4    A.  Sounds about right.
5    Q.  And there you were at the Bull Lake Road
6  house; is that correct?
7    A.  I was at the Bull -- lived at -- on the
8  Bull Lake Road, yeah.
9    Q.  All right.  And in terms of that house,
10  what do you recall of that house?  Two-story house,
11  one-story house?
12    A.  I remember it was a one-story house, fairly
13  new built, nice wood finish inside, and it had quite a
14  bit of air.
15    Q.  Okay.
16    A.  It was -- it was new.
17    Q.  All right.  So built close to 1981 or a
18  little bit before.  Fair?
19    A.  Yeah.
20    Q.  All right.  Do you recall the kitchen or
21  other floors of that house?  Were there any tiles,
22  linoleum or otherwise in that house?
23    A.  I remember wood and kind of a stair
24  stepping down.  As you went in, you kind of worked
25  your way downstairs into sort of an open-design

Page 51

1  kitchen and living room, dining room.
2         (Court reporter interrupted.)
3         (Discussion held off the record.)
4    VIDEO TECHNICIAN:  It is 3:30 p.m.  We are
5  going off record.
6         (Break.)
7    VIDEO TECHNICIAN:  It is 3:36 p.m. and we
8  are back on record.
9  BY MR. DUERK:
10    Q.  Mr. Wells, can you hear me?
11    A.  Yes.
12    Q.  All right.  Before we went off the record,
13  we were talking about the house that you lived in on
14  Bull Lake Road in Troy in 1980 --
15    A.  That was a house.
16    Q.  Right.  And according to your testimony, it
17  sounded like that was a fairly new house; correct?
18    A.  Yes.
19    Q.  So that was built sometime before you moved
20  into it in 1981; correct?
21    A.  Correct.
22  BY MR. DUERK:
23    Q.  In terms of that house, were you aware of
24  whether there was vermiculite insulation in the attic?
25    A.  No, I'm not aware.

Page 52

1    Q.  All right.  Are you aware of any tape on
2  any of the hot water pipes or any of the other pipes
3  in the home?
4    A.  No, I'm not.
5    Q.  And you lived there for a period of
6  approximately four months; is that correct?
7    A.  In '81 or '70?
8    A.  In '81.
9    A.  This is the -- the Moss Creek.
10    A.  Bull Lake Road house.
11    A.  Bull Lake, yes.
12    Q.  Do you know -- do you happen to remember
13  the address of that house?
14    A.  No.
15    Q.  All right.  Mr. Wells, my questions go to
16  the house at Bull Lake and the other places that you
17  lived in Libby.  Okay?
18    A.  Okay.
19    Q.  Since 1981 have you been back to any of
20  those residences?
21    A.  No.
22    Q.  Do you know if any of those residences,
23  whether they are houses or the trailer, are still
24  standing?
25    A.  I don't know that, no.

Page 53

1    Q.  Are you aware of whether any of those
2  houses were abated for asbestos?
3    A.  I don't know that.
4    Q.  So fair to say that you're not aware of
5  whether any of the places that you lived in the Libby
6  area were abated for asbestos or torn down due to
7  asbestos exposure?
8    A.  That's correct.
9    Q.  All right.  You mentioned that occasionally
10  you would spend time with friends when you were living
11  in the Libby area; correct?
12    A.  Correct.
13    Q.  Do you recall if any of those friends
14  worked for W.R. Grace?
15    A.  I don't believe so.
16    Q.  Did you spend time with any of those
17  friends in their houses?
18    A.  I don't really remember going to anybody
19  else's house.  The main summer we would have been
20  hanging out together, we were all sort of living
21  together in the house on Second Street.
22    Q.  Okay.
23    A.  So if there was a gathering, it was usually
24  at our house.
25    Q.  All right.  You've said that you've been a

14  (Pages 50 to 53)

Thomas Wells
March 25, 2020

## Page 54

1  runner during the course of your life.  Were you doing
2  any jogging or running when you were living in the
3  Libby or Troy areas?
4     A.  You know, I really didn't start the jogging
5  until I was probably in my early teaching days when I
6  got more focused on a physical health program,
7  maintaining one.
8     Q.  Okay.  Were you involved in any other
9  sports or recreational activities during the time that
10  you lived in Libby, such as volleyball, baseball, or
11  softball?
12    A.  Played a lot of golf.
13    Q.  Okay.
14    A.  And I guess, you know, hiked.  Hiked and
15  fished and hiked, but the golfing -- or the jogging
16  was more when I became settled in with kids and kind
17  of a routine lifestyle.
18    Q.  Okay.  In terms of some of your other
19  employment through the years, you have an interesting
20  employment and residential history when it comes to
21  the Peace Corps.
22    A.  Yeah.
23    Q.  It sounds like you were in the Peace Corps,
24  according to Exhibit 1, from April 1979 until July of
25  1981; is that correct?

## Page 55

1     A.  Yes.
2     Q.  And where were you living in South Korea?
3     A.  Well, I was mainly in the East Sea Region.
4  Gained some -- some famousness during the last winter
5  Olympics because they were -- the non-Alpine racing
6  events were held in the town I lived in, Gangneung.
7     Q.  Okay.  So you were in a mountainous section
8  of South Korea.  Fair?
9     A.  Well, Gangneung was actually down near the
10  coast.  They could do all those things indoors.
11    Q.  Okay.
12    A.  But they hauled -- hauled them uphill and
13  depended heavily on manmade snow for the Alpine
14  events.
15    Q.  All right.  And what was your specific role
16  with the Peace Corps in South Korea?
17    A.  I was a health care worker.
18    Q.  What kinds of specific jobs did you
19  perform?
20    A.  Tuberculosis, tracking down cases,
21  diagnosing them, and treating them.
22    Q.  All right.  What did you do recreationally
23  in South Korea during the years that you lived there?
24    A.  Played frisbee.  We hiked a lot.  We were
25  up in the mountains.  Well, we were where the sea

## Page 56

1  meets the mountains.  We could hike up into the
2  mountains easily from where we were.
3     Q.  Were you living in -- were you living in a
4  house, a dormitory?  What was the living
5  accommodation?
6     A.  We were sharing a room with a family, so
7  they had a house with a spare room.
8     Q.  Okay.  And do you recall what the flooring
9  was made of?
10    A.  The flooring?
11    Q.  Yes.
12    A.  Yeah.  The flooring was made of charcoal.
13    Q.  Okay.
14    A.  And they have a system of heating the floor
15  called -- called ondol heating where the kitchen is a
16  few steps lower than the floor to the main room, and
17  you burn these round pieces of coal in these flumes
18  that flume out under the house.  It's like -- the
19  heated flooring is basically what it is.
20    Q.  All right.  Then the next time that you
21  were on a -- I believe this is a Peace Corps detail --
22  was August of 1983 until July of 1986 in Guatemala; is
23  that correct?
24    A.  Well, we were teaching overseas, but it was
25  not in -- it was not in the Peace Corps.

## Page 57

1     Q.  Okay.  And where in Guatemala were you
2  teaching during those years?
3     A.  Yeah.  We were living in Guatemala City,
4  but taught at a school outside of the city.  We would
5  commute.
6     Q.  Do you remember the name of the town?
7     A.  Well, the school was in Colegio Maya.  The
8  town, I don't know if it had a name.  It must
9  have had a little, like, colonial educational (sic) or
10  something.  Some little marker to mark it as the
11  school area.
12    Q.  Do you -- do you recall whether the streets
13  of that town were paved?
14    A.  Sort of.
15    Q.  Okay.  Again --
16    A.  Parts are paved.  Parts had been paved.
17  Parts were not paved.
18    Q.  Okay.  Do you recall whether that was a
19  mount -- a more mountainous region in Guatemala?
20    A.  It was.
21    Q.  All right.  Mr. Wells, did you ever travel
22  to any of the volcanos in Guatemala while you were
23  there?
24    A.  Yes.
25    Q.  Okay.  And could you see any of the

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Thomas Wells
March 25, 2020

### Page 58

1  volcanos from the little town where you were teaching?
2      A.  Yes.
3      Q.  Is it fair to say that there's quite a bit
4  of volcanic terrain in Guatemala?
5      A.  Yes, there is.
6      Q.  In fact, there are over 25 volcanos in
7  Guatemala; correct?
8      A.  Correct.
9      Q.  To the best of your knowledge, the bulk of
10  those 20-plus volcanos are what are called
11  stratovolcanos or volcanos with a cinder cone; is that
12  right?
13      A.  Yes.
14      Q.  In the town where you were teaching in
15  Guatemala, was there agricultural -- were there
16  agricultural projects going on in that town?
17      A.  Yeah.
18      Q.  And did you participate in any of that
19  agricultural work in part?
20      A.  What?
21      Q.  Did you ever assist with any of those
22  agricultural activities in part?
23      A.  No.
24      Q.  Okay.  And what subjects did you teach at
25  the little town in Guatemala?

### Page 59

1      A.  Yeah, I taught math and sciences in high
2  school.
3      Q.  Okay.  How did you get around in that
4  little town in Guatemala?
5      A.  Well, the first year we shuttled with
6  people or took the bus because the kids all came from
7  the city.
8      Q.  Yeah.
9      A.  So we could hitch a ride, but the second
10  and third years we had actually driven our car down so
11  we had our car down there.
12      Q.  Okay.  Was it fairly hot in Guatemala when
13  you were there?
14      A.  It's not hot up at the school level.  The
15  school was over 5,000 feet, but it was hot down in the
16  valley basin.
17      Q.  Okay.  And would you drive with the windows
18  down when you were in Guatemala?
19      A.  Yes.
20      Q.  Okay.  What was the dry season in Guatemala
21  when you were there?
22      A.  The drive?
23      Q.  I'm sorry.  Was there a dry season when you
24  were in Guatemala?
25      A.  Oh, dry season.  Yes, there was.  Dry

### Page 60

1  season -- let me get this straight.  I have to
2  remember this.  The dry season would begin in, like,
3  May, I think, and end in November.
4      Q.  All right.  Did it ever get dusty in
5  Guatemala during that dry season?
6      A.  Yeah.
7      Q.  Okay.  Fair to say that the building
8  materials in Guatemala at the time that you were
9  living there, a little bit different than those in the
10  United States.  Fair?
11      A.  That's probably fair to say, yeah.
12      Q.  Okay.  Not as common to find the same sorts
13  of windows and doors in Guatemala as we have here in
14  the United States.  Also fair?
15      A.  Yeah, I'd say so.
16      Q.  Okay.  So sealing out the elements, rain,
17  wind, and dust in Guatemala, more difficult to do that
18  there than here in the United States.  Fair?
19      A.  I would say the standards were nowhere near
20  as high.  The materials they brought in, I don't even
21  know.
22      Q.  Okay.  Mr. Wells, do you happen to remember
23  any of the names of the volcanos that were around the
24  small town where you taught or Guatemala City?
25      A.  Yeah.

### Page 61

1      Q.  What were the --
2      A.  There was Volcan de Agua, Fuego, so fire
3  and water, Acatenango.  There were others.  I'd have
4  to look them up.
5      Q.  Do you recall any of those volcanos
6  erupting while you were there?
7      A.  Once or twice small eruptions.  Not any
8  major ones.
9      Q.  All right.  But the soil where you were
10  living and working was volcanic soil in nature;
11  correct?
12      A.  Yes.  Yes.
13      Q.  And the other place that you were teaching
14  was in Colombia in South America; correct?
15      A.  Uh-huh.
16      Q.  And that was from August of 1986 until June
17  of 1987; is that right?
18      A.  Sounds about right.
19      Q.  All right.  And what were you teaching
20  while you were there?
21      A.  I was teaching elementary school math and
22  science and Lucy was teaching library.
23      Q.  Where were you living in Colombia?  Do you
24  remember the name of the town?
25      A.  Colegio Albania.

16 (Pages 58 to 61)

Thomas Wells
March 25, 2020

Page 62

1   Q.  And what was the nearest city to Colegio
2   Albania?
3       A.  Might have been Colegio Albania, although
4   that's the school name, but on the map I think it just
5   showed Albania.
6       Q.  Do you recall the type of living
7   arrangements there?  Were you in a house or an
8   apartment?
9       A.  Dormitories.  Well, little houses.  They
10  were little concrete-constructed houses.  Brand new.
11      Q.  Okay.  Do you recall --
12      A.  It was a mine basically.
13          (Court reporter asked for clarification.)
14      A.  It was a mine.
15      Q.  Do you recall what was being mined from
16  that mining area?
17      A.  Copper.
18      Q.  Did you see any of the mining equipment
19  while you were living in that part of South America?
20      A.  Yeah.
21      Q.  Okay.  And what mining equipment do you
22  recall seeing?
23      A.  Giant things.  You know, those things with
24  the wheels that are five times a human's height and
25  mega things.

Page 63

1       Q.  Yep.  Sir, do you recall visiting any of
2   Colombia's volcanos while you were there?
3       A.  I'm trying to think about that.  We visited
4   some spectacular country, but -- it might have been
5   volcanos, but they weren't that distinctive shape that
6   just jumps out at you in Guatemala.  So they might
7   have been composite volcanos.
8       Q.  Understood.  And in --
9           (Court reporter asked for clarification.)
10      A.  They may be composite volcanos rather than
11  shield volcanos.
12      Q.  And, sir, fair to say that you are familiar
13  with the distinction between stratovolcanos being
14  conical in nature with large eruptions and explosive
15  eruptions in nature versus shield volcanos which are
16  lower rounded volcanos which typically ooze lava?
17      A.  Right.
18      Q.  Is that a distinction that's familiar to
19  you?
20      A.  Yes.
21      Q.  All right.  And, sir, when you were living
22  in Colombia, did you live in a region of volcanic
23  soils close to these mines or the mine that you lived
24  at?
25      A.  You're asking me if I was aware of the

Page 64

1   distinction?
2       Q.  No, I'm -- I have a different question.  In
3   the area that you were living when you were living in
4   Colombia, was that also an area of volcanic soils?
5       A.  Not so much.
6       Q.  Okay.
7       A.  No.
8       Q.  Fair enough.
9       A.  It was out in the coastal area on the
10  northeast side of where the peninsula or where the
11  Isthmus of Panama joins.
12      Q.  Yeah.  And, sir, during the years that you
13  lived in Colombia, did you live there during the dry
14  season?
15      A.  Yeah.  I mean, we lived there ten out of
16  12 months.
17      Q.  And fair to say that during the dry season
18  in Colombia also, things were occasionally dusty when
19  you were living there close to the mine; correct?
20      A.  Yeah.
21      Q.  All right.  I'm -- sir, your address and
22  residence list indicates that you've lived in
23  Washington State for many years now.  Is that fair?
24      A.  Me?
25      Q.  Yes, sir.

Page 65

1       A.  Yeah, I've lived in Washington now for --
2   well, I moved here in '87, so 34 years.
3       Q.  All right.  And if I'm looking at some of
4   these photos correctly on Exhibit 3, the last page of
5   Tom Wells Washington Employment Locations, I see Bay
6   View Elementary, West View Elementary, and Mount Baker
7   Elementary schools.  Are those all three schools where
8   you worked?
9       A.  What was the first one?
10      Q.  I'm sorry.  Bay View Elementary.
11      A.  Well, no.  The first one I taught at was
12  West View.
13      Q.  Okay.
14      A.  And then Mount Baker.
15      Q.  Okay.
16      A.  Well, no.  Yeah, and then from West --
17  well, I went to the -- what's the one up on Josh
18  Wilson?
19          OFF-CAMERA SPEAKER:  Bay View.
20      A.  Bay View?
21          OFF-CAMERA SPEAKER:  Yeah.
22      A.  So yeah, I did go to Bay View second, and
23  then I went to Mount Baker third.
24  BY MR. DUERK:
25      Q.  Okay.  And, sir, those three elementary

17 (Pages 62 to 65)

Thomas Wells
March 25, 2020

Page 66

1  schools are educational institutions or schools where
2  you taught for the better part of three decades; is
3  that right?
4      A.  That's right.
5      Q.  And all of those schools are close to Mount
6  Baker in the Pacific Northwest; is that correct?
7      A.  That's true.
8      Q.  And Mount Baker is itself one of the fire
9  mountains in the northwest or an old volcano; is that
10  right?
11      A.  Yep.
12      Q.  And could you see Mount Baker from each of
13  those locations?
14      A.  Yeah.
15      Q.  Okay.  In terms of each of those school
16  buildings, those were all school buildings that were
17  built, in part, in the 1980s or earlier before
18  renovations; is that right?
19      A.  No.  Two -- two of them were built after,
20  one built before.
21      Q.  Okay.  Which one was the one that was built
22  before the 1980s?
23      A.  That would have been West View.
24      Q.  All right.  And you worked at West View
25  Elementary from 1987 until 1992; correct?

Page 67

1      A.  Yes.
2      Q.  West View Elementary during those years had
3  linoleum floors; correct?
4      A.  If you say so.
5      Q.  Well, I'm not the witness, sir.  I -- so
6  if --
7      A.  I'm not an expert on flooring.
8      Q.  That's okay.
9      A.  I don't know.
10      Q.  All right.  Can you describe what the
11  flooring looked like?  Was it made of tile?  How about
12  we start there.
13      A.  Yeah, it was just thin sheets, the way I
14  remember it.
15      Q.  Okay.  And do you remember any of the
16  heating pipes or water pipes in West View Elementary
17  being wrapped with any sort of tape?
18      A.  Yeah, I kind of remember the boiler and the
19  pipes coming out of the boiling room as being heavily
20  wrapped in white tape.
21      Q.  All right.
22      A.  I do remember that.
23      Q.  And -- okay.  And do you know whether or
24  not West View Elementary was insulated with any type
25  of asbestos-containing insulation?

Page 68

1      A.  I don't know what was under the tape.
2      Q.  All right.  In terms of the next place that
3  you worked, Bay View Elementary, now, it sounds like
4  Bay View Elementary was a slightly newer school; is
5  that right?
6      A.  Yes.
7      Q.  All right.  In Bay View Elementary, do you
8  remember any tiles on the floor or any of the
9  insulating tape that were present at West View
10  Elementary?
11      A.  No.
12      Q.  Okay.  Do you know if there were any
13  asbestos-containing materials used in the construction
14  of Bay View Elementary?
15      A.  No.
16      Q.  All right.  Turning to --
17      A.  I assume not.
18      Q.  Okay.  Turning to Mount Baker Elementary.
19      A.  Yes.
20      Q.  Do you know if -- do you know if there are
21  any asbestos-containing materials used in Mount Baker
22  Elementary?
23      A.  No, but I know that sometime in the 90s, I
24  think, regulations went in against asbestos.  Now,
25  where that fell on the Mount Baker construction

Page 69

1  timeline, I don't know.
2      Q.  Okay.  Do you recall any abatement efforts
3  related to asbestos being performed at any of these
4  three schools in the Washington area?
5      A.  I don't remember any while I was working
6  there.
7      Q.  Okay.  Sir, switching gears just briefly,
8  it sounds like you've been an avid outdoorsman all of
9  your life.  Is that fair?
10      A.  Yeah.
11      Q.  You were talking about a back country trip
12  that you took into Utah and Nevada this past fall in
13  2019; correct?
14      A.  Yeah.
15      Q.  Have you spent any time in either Utah or
16  Nevada on back country trips before the trip you took
17  this past fall?
18      A.  Yeah.  I was down in that part of the
19  country in October of 2012, I believe that it was.
20      Q.  Okay.  Ever do any hiking or backpacking on
21  the back roads or trails of Utah or Nevada?
22      A.  Well, yeah, I mean what I just referred to.
23      Q.  Yeah.  Aside from the trip this past fall,
24  what were -- what was the longest backcountry trip you
25  took into Utah?  Let's start there.

18  (Pages 66 to 69)

Thomas Wells
March 25, 2020

Page 70

1   A.  Well, Utah I went after I was divorced,
2   probably just three or four years ago -- three
3   probably, and that was a couple weeks.  And then a
4   couple years before that I would have gone into -- to
5   Mesa Verde and a bunch of those ruins.  That would
6   have been just -- no, that would have been before I
7   got divorced.
8   Q.  All right.  Fair to say to get to the Mesa
9   Verde ruins, you have to walk across fairly dusty
10  trails for some -- some distance?
11  A.  Yep.
12  Q.  Okay.  And fair to say that in terms of the
13  other trips that you took in Utah, you, likewise, were
14  walking on either trails or unpaved roads for part of
15  the way?
16  A.  Part of the way, yep.  Some of that was
17  in -- a lot of that was in Colorado and New Mexico
18  also.
19  Q.  Yep.  Okay.  Fair to say that you've driven
20  unpaved roads in Utah and Nevada to get to some of
21  those trailheads in the past a fair distance; correct?
22  A.  Yes.
23  Q.  Okay.  And fair to say that you made some
24  of those drives on those unpaved roads with the
25  windows down; correct?

Page 71

1   A.  Correct.
2   Q.  Okay.  So I'd like to talk about some of
3   the other states in the west where it sounds like you
4   spent some time.  Did I hear correctly that you had
5   spent some time in the Dakotas, sir?
6   A.  No.
7   Q.  Okay.  Have you ever been to either North
8   Dakota or South Dakota?
9   A.  Just drove through South Dakota one time.
10  Q.  Okay.  On that trip were you on any back
11  roads or unpaved roads?
12  A.  On the South Dakota trip?
13  Q.  Yeah.
14  A.  Paved.
15  Q.  Okay.  Have you spent any time in Wyoming,
16  sir?
17  A.  Yeah, a little bit.  Not much.
18  Q.  Okay.  Any backcountry trips in Wyoming?
19  A.  Not really.  Driven through it mostly.
20  Q.  All right.  Okay.  Any backcountry trips in
21  Oregon?
22  A.  Not really backcountry.
23  Q.  Okay.  What about your home state of
24  Washington?  Have you ever spent any time taking any
25  back roads tours or backpacking Washington State?

Page 72

1   A.  I wouldn't say I've done a lot of
2   backcountry here, no.  Mostly it's been hike to a
3   trailhead, maybe an overnight out with a hike and come
4   back.
5   Q.  Okay.  Can you recall any of the places
6   where you have done that more frequently than others?
7   A.  Well, let me think about this.  Mount
8   Baker, Mount Saint Helens, Eastern -- I can't really
9   come up with any overnight camp-outs in Eastern
10  Washington.  I used to do a little bit of camping out
11  near Spokane just because I had a grandfather who
12  lived over there.
13  Q.  Okay.  Spend any time on any of those high
14  desert roads outside Spokane, the unpaved roads?
15  A.  Yeah, a couple of trips up right around
16  Spokane itself.
17  Q.  Okay.
18  A.  In the Spokane National Forest, I guess it
19  is.
20  Q.  All right.  Sir, during the time that you
21  were in Libby, I just want to clarify a few things.  I
22  think I know the answers to these questions, but I
23  just want to verify them.  You never worked for the
24  railroad in any capacity; correct?
25  A.  Correct.

Page 73

1   Q.  You never rode the train between Libby and
2   what's known as the loading facility for W.R. Grace
3   product; correct?
4   A.  Correct.
5   Q.  You didn't ever work in the Libby rail
6   yard; correct?
7   A.  Correct.
8   Q.  And you never walked the railroad tracks on
9   any sort of professional basis; correct?
10  A.  Correct.
11  Q.  And your residence in Libby that was
12  closest to the tracks --
13  A.  Yep.
14  Q.  -- you would -- the trailer, you would walk
15  into town from that location; correct?
16  A.  Correct.
17  Q.  Okay.  In terms of locomotives, you never
18  did any maintenance on locomotives themselves;
19  correct?
20  A.  Correct.
21  Q.  Sir, did you ever do any maintenance work
22  on your own vehicles?
23  A.  Very little.
24  Q.  What kind of maintenance work do you recall
25  doing on your own vehicles, either cars or trucks?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Thomas Wells
March 25, 2020

Page 74

1    A.  Yeah.  In the old days, oil change.  I
2 don't know.  I'd say that's probably about it --
3    Q.  Okay.  Did you ever --
4    A.  -- as far as my skills went.
5    Q.  Okay.  Did you ever change out the brakes
6 on any of your vehicles?
7    A.  No.  That was a job I got into maybe once
8 and decided it was futile.
9    Q.  What kind of vehicle did you get into a
10 brake job on, just out of curiosity?
11    A.  Dodge Dart.
12    Q.  What year was that roughly?
13    A.  '65.
14    Q.  And what about changing out those brake
15 shoes made that a futile effort?
16    A.  No, like I say, oil is about the only thing
17 I ventured into, and that got to be more of a mess
18 than a clean-up after a while.
19    Q.  That's fair enough.  So did you do a brake
20 job on that Dodge -- Dodge Dart?
21    A.  I don't think so, no.
22    Q.  Okay.  In terms of the residences that you
23 lived in Washington State, did any of those residences
24 have any asbestos-containing material in them, to the
25 best of your knowledge?

Page 75

1    A.  Not that I am aware of.
2    Q.  Okay.  Did you continue to garden through
3 the years when you were living in Washington State?
4    A.  Yes.
5    Q.  Did you ever go to the hardware store and
6 pick up any fertilizer or soil amendments as part of
7 those gardening projects?
8    A.  Yes.
9    Q.  Okay.  Sir, what I'd like to do is take a
10 five-minute break, just review some of my notes to
11 make sure that I've covered everything adequately.  Is
12 that okay with you?
13    A.  Yeah.
14    Q.  All right.
15    A.  So what do we want to click?  What do we
16 want to click on here?
17    VIDEO TECHNICIAN:  So we're going on break.
18 Going off the record?
19    MR. DUERK:  Yes.
20    VIDEO TECHNICIAN:  The time is 4:15 p.m.
21 and we are off record.
22    (Break.)
23    VIDEO TECHNICIAN:  It is 4:27 p.m. and we
24 are back on record.
25    MR. DUERK:  Thank you.

Page 76

1 BY MR. DUERK:
2    Q.  Mr. Wells, during your deposition
3 questioning today, it's appeared to me that you've
4 understood my questions and where you've needed
5 clarification about my questions, you've asked for
6 that clarification.  Has that been your impression
7 also?
8    A.  Yes, that's been my feeling.
9    Q.  That's been mine as well.
10    MR. DUERK:  Thank you very much for your
11 time today, Mr. Wells.  I have no further questions
12 for you.
13    A.  Okay.  Well, thank you for your patience.
14    MS. MARIMAN:  Dale or Nate, do you have any
15 questions of Mr. Wells?
16    MR. HUEY:  This is Nathan Huey.  I just
17 have a few questions.  I'm not sure whether Dale has
18 any questions or not, but I guess I'll just go ahead
19 and go.
20 EXAMINATION BY MR. HUEY:
21    Q.  Hello, Mr. Wells.  My name, as I said, is
22 Nathan Huey and I represent Robinson Insulation
23 Company, and I just have a few quick questions.  I
24 think.
25    First off, have you ever heard of Robinson

Page 77

1 Insulation Company before today?
2    A.  No.
3    Q.  Was that a no, sir?
4    A.  That was a no.
5    Q.  Okay.  Thank you.
6    A.  Yes.
7    Q.  Have you ever heard of Zonolite?
8    A.  I have heard of Zonolite, yeah.
9    Q.  And what -- what have you heard about
10 Zonolite?
11    A.  Well, I'm not even sure what capacity I've
12 heard it in.  It seems like some kind of -- is it
13 something you, like, use around your yard?  Some kind
14 of yard product to plug leaks or something.
15    Q.  To plug leaks.  Do you know whether you
16 ever used Zonolite in your yard?
17    A.  I don't know.
18    Q.  Do you know whether you ever used Zonolite
19 for gardening?
20    A.  I suspect that could have been the case.
21    Q.  Okay.  And why do you suspect that you
22 possibly used Zonolite for gardening?
23    A.  Well, because I just associate it with,
24 like, a box I'd have around my garage over on the --
25 the shelf that has to do with landscaping and stuff.

20  (Pages 74 to 77)

Thomas Wells
March 25, 2020

## Page 78

1   Q.   Okay.
2   A.   But I could be wrong about that totally.
3   Q.   So but in your mind's eye you're picturing
4   possibly a box of -- like, a cardboard box of
5   Zonolite?
6   A.   Yep.
7   Q.   Do you have any recollection of what that
8   substance looked like?
9   A.   Zonolite. I don't know. Is that the
10  stuff that's little white -- little white tablets and
11  you put them in a container and it takes the water
12  out? No. That's vermiculite or -- no, it's not
13  vermiculite. Yeah, I don't know. I don't know what
14  it is.
15  MR. HUEY: Okay. All right. That's all
16  the questions I have. Thank you.
17  A.   Okay.
18  MS. MARIMAN: Dale, do you have any
19  questions? Dale, we can't hear you. Do you have any
20  questions?
21  MR. COCKRELL: Can you hear me?
22  MS. MARIMAN: We can barely hear you now,
23  Dale.
24  MR. COCKRELL: I can ignore my questions.
25  MS. MARIMAN: Okay. Should we proceed with

## Page 79

1   concluding the deposition then, Dale? Okay.
2   TELEPHONIC DEFENSE COUNSEL: I saw a phone
3   number hang up, so he may have left.
4   MS. MARIMAN: Okay. I think he has his
5   microphone on mute.
6   FURTHER EXAMINATION BY MS. MARIMAN:
7   Q.   Tom, this is Jin again. I just have two
8   specific items of clarification.
9   First, when you were answering questions by
10  Mr. Duerk about the two places you lived in Libby in
11  1977 and 1978, I just want to clarify which one is the
12  trailer and which one is the house so that we're clear
13  on it. So is it your testimony that in 1977 you lived
14  at a house with three other guys off of Highway 2; is
15  that correct?
16  A.   Yes.
17  Q.   Okay. And is it your testimony that in
18  1978 you lived on Taylor off of Second Street
19  Extension next to the rail yard with your soon-to-be-
20  wife, Lucy; is that correct?
21  A.   Correct.
22  MS. MARIMAN: I have no further questions.
23  Thank you.
24  I believe that concludes our deposition.
25  Tom, thank you for your time today. We very much

## Page 80

1   appreciate it.
2   TELEPHONIC DEFENSE COUNSEL: Thank you,
3   Mr. Wells.
4   TELEPHONIC DEFENSE COUNSEL: Thank you, Mr.
5   Wells.
6   A.   Okay. Well, I appreciate your -- I
7   appreciate your willingness to cooperate in this
8   matter and try to get it done as quickly as possible.
9   MS. MARIMAN: Thanks, Tom.
10  A.   Okay.
11  TELEPHONIC DEFENSE COUNSEL: Thank you.
12  (Discussion held off the record.)
13  VIDEO TECHNICIAN: This concludes the
14  videotaped deposition of Thomas E. Wells. The time is
15  4:35 p.m. and we are off the record.
16  (Exhibit No's. 1-6 marked for
17  identification.)
18  (Whereupon, signature was not waived and
19  the witness was excused.)
20
21
22
23
24
25

## Page 81

1   CERTIFICATE
2
3   I, SUSAN L. LAW, Certified Shorthand
    Reporter and Certified Court Reporter, do hereby
    certify that there came before me telephonically,
4
    THOMAS WELLS,
5
    who was by me first duly sworn to testify to the truth
6   and nothing but the truth of all knowledge touching
    and concerning the matters in controversy in cause;
7   that the witness was thereupon carefully examined
    under oath and said examination was reduced to writing
8   by me; and that this deposition is a true and correct
    record of the testimony given by the witness.
9
    I further certify that I am neither attorney
10  nor counsel for nor related nor employed by any of the
    parties to the action in which this deposition is
11  taken; further, that I am not a relative or employee
    of any attorney or counsel employed by the parties
12  hereto or financially interested in this action.
    IN WITNESS WHEREOF, I have hereunto
13  subscribed my name this 31st day of March, 2020.
14
15
16
    _____
17  SUSAN L. LAW, CSR, CCR
18
19
20
21
22
23
24
25

21  (Pages 78 to 81)

Thomas Wells
March 25, 2020

Page 82

1    STATE OF _____)
                             ) SS.
2    COUNTY OF _____)
3
4          COMES NOW THE WITNESS, THOMAS WELLS, and
     having read the foregoing transcript of the deposition
5    taken on the 25th day of March, 2020, acknowledges by
     signature hereto that it is a true and accurate
6    transcript of the testimony given on the date
     hereinabove mentioned.
7
8          _____
           THOMAS WELLS
9
10
11   Subscribed to before me this _____ day of
12   _____, 2020.
13
14
15         _____
           Notary Public
16
17   My commission expires:
18   _____
19
20
21
22   (THOMAS WELLS OUT-OF-STATE PERPETUATION DEPOSITION)
     Thomas Wells v. BNSF Railway Company, et al.
23   Reporter:  Susan L. Law, CSR/CCR
     Date Taken:  March 25, 2020
24
25

                                                 22  (Page 82)

Thomas Wells
March 25, 2020

## A

abated 53:2,6
abatement 69:2
ability 6:11,16
  6:20,24 28:3
AC17-0694 1:5
  3:5
Acatenango
  61:3
accommodation
  56:5
accurate 10:22
  11:22 12:13,24
  13:25 39:8,20
  82:5
accurately 6:12
  6:21,25 41:18
ache 31:10
achievements
  28:5
aching 31:20
acknowledges
  82:5
action 81:10,12
active 28:4,13
activities 20:16
  20:19 25:22
  27:17 54:9
  58:22
activity 18:6
Adam 3:21
  36:17,20
address 2:9
  38:10,12,25
  39:8 45:11
  48:8 52:13
  64:21
addresses 10:17
  11:8
adequately
  75:11
administered
  5:18
affect 6:11,15,20
  6:23

affirmatively
  37:9
afternoon 5:22
  5:23
age 5:16 7:7,8,8
  9:4,4 29:8,8
ago 28:25 70:2
agreed 5:1 33:20
agricultural
  58:15,16,19,22
agriculture 6:7
Agua 61:2
ahead 18:3 36:9
  37:14 76:18
air 19:14 21:19
  21:20 22:20
  27:4 50:14
airline 7:14
Airlines 7:15
al 1:7 3:7 82:22
Albania 41:25
  61:25 62:2,3,5
Ali 4:7
alls 34:10
Alpine 55:13
amendments
  19:4 75:6
America 61:14
  62:19
answer 6:11,20
  6:24 37:3
answering 79:9
answers 72:22
anybody 53:18
apartment 62:8
apologize 43:24
appear 39:8
  40:22
appeared 76:3
APPEARING
  3:14,17,20,23
  4:1
appreciate
  35:11,11 80:1
  80:6,7

approximately
  10:12 18:4
  52:6
April 15:4 54:24
aptitude 15:21
area 15:22 17:1
  17:2,6,12
  21:23 26:17,20
  44:5,9,11 45:3
  46:17 47:2,5
  47:20 49:18
  53:6,11 57:11
  62:16 64:3,4,9
  69:4
areas 54:3
arrangements
  62:7
arts 9:9
asbestos 1:1,2
  3:1,2 41:21
  42:3,4,12,14
  53:2,6,7 68:24
  69:3
asbestos-conta-
  67:25 68:13,21
  74:24
Aside 69:23
asked 37:3 41:11
  62:13 63:9
  76:5
asking 36:23
  40:11,13 41:7
  63:25
assist 58:21
associate 77:23
association 4:7
assume 37:2
  68:17
assumed 31:13
attached 2:12
attempt 35:12
attic 48:15,20
  51:24
attorney 36:18
  81:9,11

attorneys 5:11
August 14:19
  15:4 22:11
  26:6 50:2
  56:22 61:16
Avenue 3:16
  21:6,22
avid 69:8
aware 51:23,25
  52:1 53:1,4
  63:25 75:1

## B

bachelor 9:9
back 9:17,18
  13:13,23 14:11
  26:12 27:15
  29:15 31:10,14
  31:24 32:5,10
  36:9,15 51:8
  52:19 69:11,16
  69:21 71:10,25
  72:4 75:24
backcountry
  69:24 71:18,20
  71:22 72:2
backpacking
  69:20 71:25
Baker 65:6,14
  65:23 66:6,8
  66:12 68:18,21
  68:25 72:8
balance 25:24
barely 78:22
bars 18:1 21:13
baseball 25:21
  54:10
Based 47:20
basically 56:19
  62:12
basin 59:16
basis 73:9
basketball 29:16
  29:17
Bay 65:5,10,19

65:20,22 68:3
  68:4,7,14
becoming 31:6
beer 25:5 26:25
behalf 1:11 3:10
  5:17
belief 31:23
believe 8:22 9:10
  10:18 11:6
  41:16 44:21
  53:15 56:21
  69:19 79:24
best 30:18 34:15
  34:25 42:4
  43:11 58:9
  74:25
better 11:4
  31:15 66:2
beyond 32:24
biggies 46:25
bills 34:16
bit 7:10 9:14
  18:25,25 21:18
  26:22 29:7
  31:10 45:14
  47:11,15,18
  48:9 49:15
  50:14,18 58:3
  60:9 71:17
  72:10
black 24:14,20
blankets 23:6
blowing 22:14
  23:17
BNSF 1:7 3:7
  82:22
boiler 67:18
boiling 67:19
born 7:4
bottom 13:11
Boulder 3:24
box 77:24 78:4,4
brake 74:10,14
  74:19
brakes 74:5

Thomas Wells
March 25, 2020

Page 84

**Brand** 62:10
**break** 35:14,17
　36:13,22 51:6
　75:10,17,22
**breeze** 25:7
**breezy** 21:17
**briefly** 9:7 69:7
**brought** 60:20
**buddies** 28:18
**building** 60:7
**buildings** 66:16
　66:16
**built** 50:13,17
　51:19 66:17,19
　66:20,21
**bulk** 58:9
**Bull** 26:10 42:23
　42:24 43:1,5
　43:10,12,13,19
　43:19,22 50:3
　50:5,7,8 51:14
　52:10,11,16
**bunch** 70:5
**bunkhouse**
　17:20
**Burlington** 3:20
　3:23 36:18
　41:24
**burn** 56:17
**bus** 59:6
**business** 30:13
**busy** 34:12

**—— C ——**
**C** 3:13
**California** 7:8
**called** 18:15
　56:15,15 58:10
**camera** 11:2
**camp-outs** 72:9
**camping** 28:21
　72:10
**cancelled** 34:4
**cancer** 30:21
**capacity** 72:24

77:11
**car** 24:6 59:10
　59:11
**Carbon** 3:11 4:8
**cardboard** 78:4
**care** 32:15 33:25
　34:14 55:17
**cared** 47:18
**career** 8:6,7
**careers** 34:12
**carefully** 81:7
**Carrots** 46:23
**cars** 73:25
**case** 38:4 77:20
**cases** 1:2 3:2
　55:20
**cause** 1:5 3:5
　81:6
**caused** 34:16
**CCR** 1:16 81:16
**certainly** 27:12
**certificate** 9:14
　9:20 81:1
**Certified** 3:12
　3:12 5:3,4 81:2
　81:3
**certify** 81:3,9
**cetera** 15:19
**chance** 26:25
　34:25
**change** 74:1,5
**changing** 74:14
**charcoal** 56:12
**check** 31:22 45:6
**checked** 31:23
**chemo** 30:24
　33:22 34:4
**chemos** 30:25
**children** 9:1
**cinder** 58:11
**circle** 27:15
**city** 57:3,4 59:7
　60:24 62:1
**CLAIMS** 1:1
　3:1

**clarification**
　36:23 62:13
　63:9 76:5,6
　79:8
**clarify** 72:21
　79:11
**classes** 8:9
**clean** 23:3 28:2
**clean-up** 74:18
**clear** 37:7,11
　44:1 79:12
**click** 75:15,16
**climbing** 28:17
**close** 43:13
　50:17 63:23
　64:19 66:5
**closed** 27:14
**closest** 73:12
**coal** 56:17
**coast** 30:10
　55:10
**coastal** 64:9
**Cockrell** 4:1,2
　16:16,17 78:21
　78:24
**cold** 21:4 25:5,5
　26:25
**Colegio** 41:25,25
　57:7 61:25
　62:1,3
**college** 7:9,10
　14:6
**Colombia** 11:25
　61:14,23 63:22
　64:4,13,18
**Colombia's** 63:2
**colonial** 57:9
**Colorado** 3:25
　70:17
**Columbia** 12:1
**column** 41:21
**come** 20:23
　23:13 33:12
　39:1 72:3,9
**comes** 54:20

82:4
**coming** 47:16
　67:19
**commission**
　82:17
**common** 60:12
**Commons** 4:2
**commute** 57:5
**Company** 1:7
　3:7 45:25
　76:23 77:1
　82:22
**compete** 25:22
**competitive** 29:3
**composite** 63:7
　63:10
**concerning** 81:6
**concludes** 79:24
　80:13
**concluding** 79:1
**concrete-const...**
　62:10
**conditioning**
　19:14 22:20
　27:4
**cone** 58:11
**confirm** 11:13
　41:11
**conical** 63:14
**consistently**
　46:18
**Consolidated**
　1:2 3:2
**construction**
　68:13,25
**container** 78:11
**continue** 31:5
　75:2
**continued** 9:19
　29:13
**contrast** 32:17
**controversy**
　81:6
**convinced** 32:15
**cooperate** 80:7

**Copper** 62:17
**copy** 13:20
**corn** 46:24
**corner** 38:15
　39:17
**Corps** 9:12,13
　9:15 15:6 26:4
　42:2 54:21,23
　55:16 56:21,25
**correct** 8:12,13
　8:24 9:5,6 10:2
　10:7,8 12:1
　13:14,17,19
　14:7,10,22
　15:20 19:22
　22:18 26:7
　27:21,22 28:7
　40:22 44:7,13
　44:15,16 45:5
　45:12 47:22
　48:4,8 49:24
　50:1,6 51:17
　51:20,21 52:6
　53:8,11,12
　54:25 56:23
　58:7,8 61:11
　61:14 64:19
　66:6,25 67:3
　69:13 70:21,25
　71:1 72:24,25
　73:3,4,6,7,9,10
　73:15,16,19,20
　79:15,20,21
　81:8
**correctly** 65:4
　71:4
**cough** 31:19,21
　31:23,23,25
　32:9
**counsel** 5:2
　10:15 12:6,18
　13:8 35:7,23
　35:25 36:2,6
　79:2 80:2,4,11
　81:10,11

Thomas Wells
March 25, 2020

**country** 9:16
63:4 69:11,16
69:19
**County** 13:10
14:3,13,17
82:2
**couple** 18:7 21:4
21:24 29:14
32:4 70:3,4
72:15
**course** 18:23
20:23 25:8
27:16 30:22
31:6 33:4,5,10
54:1
**courses** 32:25
**court** 1:1 2:11
3:1,11,12 4:7
5:4,12,18
37:16 51:2
62:13 63:9
81:3
**covered** 75:11
**crawl** 48:16,17
**create** 12:20
**Creek** 3:11 52:9
**crinkly** 22:13
**crossed** 43:16
**CSR** 1:16 81:16
**CSR/CCR** 82:23
**CT** 32:16
**cure** 30:21,22
**curiosity** 74:10

**D**

**D** 2:1
**dad** 28:9
**Dakota** 71:8,8,9
71:12
**Dakotas** 71:5
**Dale** 4:1 16:17
76:14,17 78:18
78:19,23 79:1
**Dart** 74:11,20
**date** 5:9 10:1

38:14 39:19
40:22 82:6,23
**dates** 45:6
**day** 3:10 32:7
34:11 81:13
82:5,11
**days** 15:23 16:3
25:12,17 30:14
54:5 74:1
**de** 61:2
**decades** 66:2
**December** 38:16
38:17 39:4,19
39:21,23 40:9
40:23,24
**decide** 33:13
**decided** 9:17
74:8
**Defendant** 3:17
3:20,23 4:1
**Defendants** 1:8
3:8
**defense** 10:15
12:6,18 13:8
35:7,23,25
36:2,6 79:2
80:2,4,11
**definitely** 16:10
34:9
**degree** 9:20
**deleted** 32:9
**demand** 15:22
**demands** 15:18
**depended** 55:13
**depict** 12:20
**deposes** 5:19
**deposition** 1:10
3:10 4:7 5:2,8
12:4,16 13:2
37:7 76:2 79:1
79:24 80:14
81:8,10 82:4
82:22
**describe** 23:16
23:20 67:10

**description**
13:16,24
**desert** 32:7
72:14
**detail** 56:21
**devastated**
32:23
**developed** 31:10
31:21
**diagnosed** 27:21
30:19
**diagnosing**
55:21
**diagnosis** 34:8
**dialed** 30:20
**different** 37:24
60:9 64:2
**difficult** 37:15
60:17
**digging** 30:9
**dining** 51:1
**direct** 42:22
44:21
**discussing** 32:25
**Discussion** 51:3
80:12
**distance** 70:10
70:21
**distinct** 44:3
**distinction**
63:13,18 64:1
**distinctive** 63:5
**District** 41:24,25
**divorce** 8:21
**divorced** 8:11,14
8:15,16,20
70:1,7
**doc** 31:18
**document** 10:16
11:14 12:6,19
13:8 38:10,15
38:19,24 39:1
39:3,7,12,13
39:16 40:3
41:15,17

**Dodge** 74:11,20
74:20
**doing** 15:10 16:3
31:3 54:1
73:25
**door** 21:11
**doors** 60:13
**Dormitories**
62:9
**dormitory** 56:4
**doubt** 27:5
**downhill** 34:4
**downstairs**
50:25
**downtown** 21:6
**drink** 25:5
**drip** 32:1
**drive** 59:17,22
**drive-in** 18:11
**driven** 59:10
70:19 71:19
**drives** 70:24
**driveway** 46:12
49:4
**drove** 71:9
**dry** 19:16 59:20
59:23,25,25
60:2,5 64:13
64:17
**drying** 22:10
**due** 15:18 53:6
**Duerk** 2:3 3:21
36:16,17 40:2
40:19 41:1,13
43:7,8 51:9,22
65:24 75:19,25
76:1,10 79:10
**duly** 81:5
**dust** 23:13 24:1
24:4 60:17
**dusty** 19:16 23:1
23:11 24:5
60:4 64:18
70:9

**E**

**E** 2:1 3:13,13 5:9
38:11 80:14
**earlier** 26:6
46:14 66:17
**early** 31:11
46:23 54:5
**easily** 56:2
**east** 3:16 26:12
55:3
**Eastern** 72:8,9
**Edison** 41:24
**education** 6:6
9:8,20,21
**educational** 57:9
66:1
**effort** 47:12,16
47:17 74:15
**efforts** 69:2
**either** 15:24
16:2 27:16
69:15 70:14
71:7 73:25
**elementary** 8:10
61:21 65:6,6,7
65:10,25 66:25
67:2,16,24
68:3,4,7,10,14
68:18,22
**elements** 60:16
**else's** 53:19
**employed** 81:10
81:11
**employee** 81:11
**employment**
54:19,20 65:5
**ended** 32:7,25
**enjoy** 30:4
**enjoyed** 29:20
**entries** 41:23
42:7,9
**episode** 49:17
**equipment**
62:18,21
**eraser** 24:15

Thomas Wells
March 25, 2020

**erupting** 61:6
**eruptions** 61:7
  63:14,15
**especially** 22:3
  23:18 24:17
  32:23
**Esq** 3:15,18,21
  3:24 4:2
**estimate** 44:18
**estimated** 44:22
**et** 1:7 3:7 15:19
  82:22
**evaluate** 33:12
**evaluation** 33:12
  33:18
**events** 55:6,14
**everybody** 35:1
**ex-wife** 47:15
  48:7
**exactly** 30:19
  32:14
**examination** 2:3
  2:3,4,4 5:21
  36:16 42:22
  76:20 79:6
  81:7
**examined** 3:10
  5:16 81:7
**excuse** 9:10
  18:16
**excused** 80:19
**Exhibit** 2:7,7,8,8
  2:9,9 10:16,18
  10:21 11:1,6
  11:18,21 12:3
  12:6,12,16,19
  12:23 13:1,8
  38:9 39:11
  40:4 41:3 45:8
  47:20,23,24
  49:20 54:24
  65:4 80:16
**exhibits** 2:6,11
  38:5,7
**expedite** 35:12

**expert** 67:7
**expires** 82:17
**explain** 9:7 31:7
**explosive** 63:14
**exposure** 41:21
  42:3,4,12,14
  53:7
**Extension** 47:25
  49:12 79:19
**eye** 78:3

**F**

**facility** 73:2
**fact** 58:6
**fair** 37:2 42:5
  44:14 50:18
  53:4 55:8 58:3
  60:7,10,11,14
  60:18 63:12
  64:8,17,23
  69:9 70:8,12
  70:19,21,23
  74:19
**fairly** 50:12
  51:17 59:12
  70:9
**fall** 8:1 17:18
  18:9 69:12,17
  69:23
**familiar** 63:12
  63:18
**family** 28:6 56:6
**famousness** 55:4
**far** 12:5 18:10
  19:1 74:4
**father** 7:13,14
**favorite** 28:18
**Fe** 3:20,23 36:18
**February** 8:16
**feel** 24:8
**feeling** 35:15
  76:8
**feet** 59:15
**fell** 68:25
**fellow** 30:12

**felt** 28:4
**fertilizer** 19:4,5
  19:8 49:16
  75:6
**field** 25:21
**fill** 39:3
**filled** 38:21 40:3
  40:23
**finalized** 8:21
**finally** 13:4,7
**financial** 34:17
**financially**
  81:12
**find** 20:22 60:12
**Finding** 19:23
**fine** 35:18,25
  36:2,20
**finish** 37:14
  50:13
**fire** 61:2 66:8
**firm** 3:15,18,21
  3:24 4:2
**first** 3:15 15:16
  17:17,18 30:25
  44:5 59:5 65:9
  65:11 76:25
  79:9 81:5
**fish** 30:7
**fished** 54:15
**fishing** 18:24
  30:4,5
**five** 35:20 36:7
  62:24
**five-minute**
  75:10
**flakes** 24:14
**Flathead** 22:5
**floor** 45:22,23
  56:14,16 68:8
**flooring** 45:20
  56:8,10,12,19
  67:7,11
**floors** 50:21 67:3
**flowers** 46:21
**flume** 56:18

**flumes** 56:17
**focused** 54:6
**foot** 31:12,12,13
**footing** 24:18
**foregoing** 82:4
**forest** 9:19 13:10
  14:6,13,17,24
  15:2,10 16:8
  16:25 17:3,15
  17:19 18:10
  26:5 42:1,8,8
  42:15,21 44:2
  72:18
**forestry** 26:13
**form** 16:16
  32:15
**forth** 41:18
**forward** 21:1,3
**four** 16:5,11
  38:4 44:3
  47:10 52:6
  70:2
**four-day** 22:4
**free** 31:5
**frequently** 18:4
  21:15 72:6
**Friday** 15:24
**friend** 34:15
**friends** 25:7
  53:10,13,17
**frisbee** 55:24
**front** 3:21 10:18
  11:5 38:10
  39:14 45:8
**Fuego** 61:2
**full-on** 33:22
**function** 6:16
**further** 2:4
  32:13 76:11
  79:6,22 81:9
  81:11
**futile** 74:8,15
**future** 17:16
  31:2 34:8

**G**

**Gained** 55:4
**games** 37:21,21
**Gangneung** 55:6
  55:9
**garage** 77:24
**garden** 18:25
  75:2
**gardener** 46:18
**gardening** 19:3
  46:15,18 47:1
  47:3,4 48:7
  49:11,14 75:7
  77:19,22
**gathering** 53:23
**gears** 69:7
**general** 8:3
**generally** 6:7
  26:19 47:18
**geography** 9:10
**geometry** 9:10
**getting** 8:4 34:10
  34:10 49:9
**Giant** 62:23
**Ginger** 3:11 4:8
**given** 81:8 82:6
**Glen** 3:11 4:8
**glimmer** 33:8
**go** 11:2 16:13
  18:1,3,5 19:10
  20:21 21:11,14
  25:4,7,11
  26:24 27:17
  31:5,22 34:3
  36:9 37:14
  43:12 44:22
  48:15 52:15
  65:22 75:5
  76:18,19
**goal** 29:5
**goals** 28:2,10
**goes** 33:11
**Goicoechea** 4:2
**going** 11:11
  12:15 23:21

Thomas Wells
March 25, 2020

25:25 26:13
28:8 29:14,15
32:14 33:3,23
34:1 36:4,11
44:20 47:17
51:5 53:18
58:16 75:17,18
**golf** 18:23,23
20:23 25:8
28:18 54:12
**golfing** 28:20
54:15
**good** 5:22,23 6:1
22:11 27:25
30:15 33:21
35:21 36:8
**Gordon** 3:18
**gotten** 19:8
**Grace** 16:13
27:18 45:25
53:14 73:2
**grandfather**
72:11
**gravel** 46:10,13
49:3
**grease** 25:24
**great** 34:9
**greater** 44:8
**ground** 24:15
**grow** 46:24
**grown** 46:22
**Guatemala**
11:25,25 56:22
57:1,3,19,22
58:4,7,15,25
59:4,12,18,20
59:24 60:5,8
60:13,17,24
63:6
**guess** 7:9 17:10
28:24 34:6
44:20 54:14
72:18 76:18
**guessing** 10:3
37:25 48:14

**guys** 11:2 18:13
36:8 47:10,12
79:14

—————
**H**
**half** 22:2 28:23
**handwriting**
38:22,23 40:4
41:15
**handwritten**
41:2
**handwrote**
42:11
**hang** 20:15 25:3
79:3
**hanging** 53:20
**happen** 52:12
60:22
**happened** 44:2
**hardware** 19:9
49:10,16 75:5
**harvest** 30:13
**hauled** 55:12,12
**head** 37:9,10
**heal** 31:17
**health** 8:24
27:24,25 54:6
55:17
**healthy** 28:1,12
28:13
**hear** 5:24 36:19
36:20 45:1
51:10 71:4
78:19,21,22
**heard** 76:25
77:7,8,9,12
**heated** 56:19
**heating** 56:14,15
67:16
**heavily** 55:13
67:19
**Heberling** 3:15
**height** 62:24
**held** 11:4 33:8
51:3 55:6

80:12
**Helens** 72:8
**Hello** 76:21
**help** 12:10 45:7
**helped** 10:17
12:20
**hereinabove**
82:6
**hereto** 81:12
82:5
**hereunto** 81:13
**hero** 35:3
**hey** 33:6 36:6
**high** 23:19 59:1
60:20 72:13
**Highway** 11:9
11:11 18:10
26:10 43:2,5
43:19 45:4,11
79:14
**hike** 56:1 72:2,3
**hiked** 54:14,14
54:15 55:24
**hiking** 28:20
32:4 69:20
**hired** 15:15,16
**history** 2:7,7,9,9
10:21 12:7,12
38:11,12,25
39:9,13,13
41:18 45:8
54:20
**hitch** 59:9
**hobbies** 28:16
**hole** 20:22 25:9
**holes** 19:11,23
**holler** 31:4
**home** 48:23 49:1
49:3 52:3
71:23
**hope** 33:8
**horrible** 34:25
**Hospital** 32:11
**hot** 19:16,18
52:2 59:12,14

59:15
**hours** 16:1
**house** 18:19
19:13,21 20:11
20:14,20,25
23:1,3 26:9
27:3,3,6 34:19
47:10 48:10,12
48:14,16,20
50:6,9,10,10
50:11,12,21,22
51:13,15,17,23
52:10,13,16
53:19,21,24
56:4,7,18 62:7
79:12,14
**houses** 52:23
53:2,17 62:9
62:10
**Huey** 2:4 3:17
76:16,16,20,22
78:15
**Huh** 27:9 40:12
**human's** 62:24
**hung** 40:5
**hurricane** 22:13

—————
**I**
**identification**
80:17
**ignore** 78:24
**Illinois** 3:12 4:8
**immediately**
32:13
**impression** 76:6
**including** 8:9
**indefinitely**
34:13
**indicate** 36:24
**indicated** 5:11
**indicates** 64:22
**indoors** 55:10
**inevitable** 31:3
**information**
39:7,7

**initially** 15:15
**inner-fect** 6:15
**inside** 48:11
50:13
**institutionalized**
8:23
**institutions** 66:1
**insulated** 67:24
**insulating** 46:6
68:9
**insulation** 3:17
45:24 48:23
51:24 67:25
76:22 77:1
**intent** 37:20
**interested** 81:12
**interesting**
54:19
**interrupted** 51:2
**intersected**
26:10 43:5
**intolerable** 31:6
**introduce** 6:1
**involved** 54:8
**issues** 8:24
**Isthmus** 64:11
**items** 79:8

—————
**J**
**Jackson** 4:5 9:4
**Jersey** 7:5,8
**Jin** 36:6,7 79:7
**Jin's** 39:2
**Jinnifer** 3:15
**job** 15:21 30:12
41:21 42:3,4
42:10 74:7,10
74:20
**jobs** 42:10,10
55:18
**jogging** 54:2,4
54:15
**Johnson** 4:2
**joins** 64:11
**Josh** 65:17

Thomas Wells
March 25, 2020

Page 88

journey 32:8
July 8:18 14:19
  14:19 15:4,4
  26:6 54:24
  56:22
jumps 63:6
June 14:19,21
  15:4 44:5 45:3
  45:10 47:21
  48:3 61:16
jury 6:2 9:7
  14:12 27:23
  28:15 29:21
  30:18 31:7
  34:7,23

**K**

Kalispell 3:16
  4:2
keep 19:17
  22:24
kept 27:10
kid 26:12
kids 54:16 59:6
kind 16:12 19:16
  19:16 22:13
  32:22 33:1,3
  46:20 49:5,14
  50:23,24 54:16
  67:18 73:24
  74:9 77:12,13
kinds 55:18
kitchen 50:20
  51:1 56:15
Knight 3:21,24
know 17:1 19:7
  20:22 24:6,21
  29:22 31:16
  32:18,18 33:2
  33:6,9,14,23
  33:24 39:2
  49:13 52:12,22
  52:25 53:3
  54:4,14 57:8
  60:21 62:23

67:9,23 68:1
68:12,20,20,23
69:1 72:22
74:2 77:15,17
77:18 78:9,13
78:13
knowledge 42:5
58:9 74:25
81:6
known 73:2
Kootenai 17:4
  42:8,9
Korea 9:16 42:2
  49:19 55:2,8
  55:16,23

**L**

L 1:16 3:12 5:3
  81:2,16 82:23
labeled 10:16,21
  12:6,12,19,23
  13:8 38:10
Lacey 3:15
LaConner 6:4,5
Lake 22:5 26:10
  50:3,5,8 51:14
  52:10,11,16
landscaping
  77:25
large 63:14
lava 63:16
law 1:16 3:12,15
  3:18,21,24 4:2
  5:3 81:2,16
  82:23
lawful 5:16
leaks 77:14,15
led 31:23
left 22:3 47:18
  79:3
left-hand 39:17
leg 29:14
legs 25:24
Lehecka 4:6
Let's 10:14 14:2

20:2 23:10
24:24 32:13
47:19 69:25
level 59:14
Libby 11:9,11
  16:11,21 17:22
  18:19,20,22
  19:22 20:3,11
  20:14,20 21:7
  23:22 25:12
  26:17,20,24
  42:16,17 44:4
  44:8,15,17,23
  45:3,12 46:17
  47:2,5,20,25
  48:16,20,23
  49:1 52:17
  53:5,11 54:3
  54:10 72:21
  73:1,5,11
  79:10
library 8:10
  9:14,20 61:22
life 9:17 28:2
  34:12 46:19
  54:1 69:9
lifestyle 54:17
liked 20:17,19
  20:21
likewise 70:13
Lincoln 13:10
  14:3,13,17
lines 15:14,14
linoleum 48:11
  48:13 50:22
  67:3
list 10:16 12:7
  30:5 64:22
LITIGATION
  1:2 3:2
little 9:14 18:23
  18:24,25 21:18
  21:19,19 22:13
  25:9 29:7
  31:10 35:14

40:5 45:14
47:11,15 48:9
49:15 50:18
57:9,10 58:1
58:25 59:4
60:9 62:9,10
71:17 72:10
73:23 78:10,10
live 6:4 18:11
  20:6 26:11
  63:22 64:13
lived 10:14,17
  12:20 17:19,20
  18:10 19:13
  20:3 22:17
  26:9,12 27:4
  28:1,7 42:16
  43:1,5,13 44:4
  44:4 45:3,4,15
  47:2,5,6,9,14
  49:18 50:7
  51:13 52:5,17
  53:5 54:10
  55:6,23 63:23
  64:13,15,22
  65:1 72:12
  74:23 79:10,13
  79:18
lives 34:12
living 6:5 7:13
  20:20 24:25
  42:21,23 43:2
  46:17 47:20
  51:1 53:10,20
  54:2 55:2 56:3
  56:3,4 57:3
  60:9 61:10,23
  62:6,19 63:21
  64:3,3,19 75:3
loading 73:2
local 19:11
  49:10
located 25:19
location 73:15
locations 65:5

66:13
locomotives
  73:17,18
log 25:23,25
Logger 25:12,17
logging 15:14,18
long 28:12 31:3
  32:4 34:2
  35:19 43:18
longer 7:10 9:14
  33:20
longest 69:24
look 21:1,3
  24:17,19 25:5
  25:8 33:10
  39:6 61:4
looked 9:17
  30:22 31:5
  32:22,23 33:23
  67:11 78:8
looking 11:14
  33:21 48:19
  49:19 65:3
looks 38:12
  41:19 44:3
Loop 4:2
lost 32:6
lot 22:12,16
  24:18 25:4
  28:19 32:18
  54:12 55:24
  70:17 72:1
lots 28:18 30:11
Loved 28:21,21
  29:12 30:17
lower 8:10 56:16
  63:16
Lucille 7:24
Lucy 8:23 9:1,13
  9:19 20:8,23
  61:22 79:20

**M**

M 26:13
MacKay 3:21,24

Thomas Wells
March 25, 2020

main 3:18 21:13
46:25 53:19
56:16
maintaining
54:7
maintenance
30:25 73:18,21
73:24
major 47:17
61:8
making 28:10
35:11
managing 6:9
manmade 55:13
Mansukhani
3:18
map 17:13 62:4
maps 2:8 12:19
12:23 13:6
17:15
marathon 28:23
March 1:12 3:11
5:9 81:13 82:5
82:23
Mariman 2:3,4
3:15 5:21
10:25 11:12
12:2,15,17
16:18,19 35:5
35:10,15,18,21
36:8 43:3
76:14 78:18,22
78:25 79:4,6
79:22 80:9
Mariman's 2:12
mark 57:10
marked 80:16
marker 57:10
marks 13:12
married 7:16,21
7:25 8:2 26:21
masters 9:21
material 45:20
74:24
materials 60:8

60:20 68:13,21
math 10:10 59:1
61:21
matter 34:1 80:8
matters 81:6
Maya 42:1 57:7
McGarvey 3:15
mean 22:2 24:16
43:19 64:15
69:22
meaning 37:25
medical 34:16
medications
6:10,10,19
medicines 34:6
meets 56:1
mega 62:25
mentioned
46:14 53:9
82:6
Mesa 70:5,8
mesothelioma
27:21 32:17
mess 23:19 24:5
74:17
met 7:16
Mexico 70:17
microphone
79:5
middle 10:10
11:19
miles 44:17,19
mind 37:21
mind's 78:3
mine 16:13
17:10 27:18
62:12,14 63:23
64:19 76:9
mined 62:15
Mineral 21:6,22
mines 63:23
mini 29:24
mining 17:1
62:16,18,21
minor 29:14

Mint 21:7
minutes 35:20
36:7
miracle 35:4
Missoula 3:18
3:21 7:9,11
11:9 14:9
26:23 42:11
misstates 43:4
mistake 43:23
mix 16:12
mixed 24:20
mom 7:18 28:8
Monday 15:24
15:24
Mondays 16:5
Montana 1:1 3:1
3:16,19,22 4:1
4:3 7:11 14:3
14:13 25:10
44:15,17 45:12
48:1
months 14:16,16
15:2 40:6 52:6
64:16
Moore 4:2
Moss 52:9
mother 7:12,15
mount 6:5 32:11
41:24 57:19
65:6,14,23
66:5,8,12
68:18,21,25
72:7,8
mountain 5:10
28:17
mountainous
55:7 57:19
mountains
55:25 56:1,2
66:9
move 29:25
moved 6:5 51:19
65:2
muddling 49:14

mute 79:5

_____
N
_____

N 2:1 3:13
Nadia 3:24
name 6:3 18:15
26:15 36:17
39:17 57:6,8
61:24 62:4
76:21 81:13
names 18:14
60:23
Nate 76:14
Nathan 3:17
76:16,22
national 17:3
72:18
natural 23:18
nature 61:10
63:14,15
near 26:10 55:9
60:19 72:11
nearby 42:23
nearest 62:1
need 32:13,20
36:22 37:10
needed 17:16
23:6 76:4
neither 81:9
Nevada 32:6
69:12,16,21
70:20
never 33:6 72:23
73:1,8,17
new 7:5,7 50:13
50:16 51:17
62:10 70:17
newer 27:5 68:4
Nicastro 3:21,24
nice 9:18 21:3
22:4 50:13
nicer 21:18
Nick 18:16
nickname 18:17
night 27:14

nine-hour 32:7
No's 80:16
nodding 37:9
non-Alpine 55:5
nonoperative
33:1
nonstop 23:22
24:9
Nope 27:19
normal 32:2
north 17:10,11
71:7
northeast 64:10
Northern 3:20
3:23 36:18
northwest 17:11
66:6,9
Notary 82:15
Notated 2:8
notations 13:11
13:16,22
notes 75:10
November 8:15
14:20,21 39:22
40:8 44:6 45:4
45:11 47:22
48:3 50:2 60:3
number 38:9
79:3

_____
O
_____

O-O-O 5:14
oath 5:18 81:7
Objection 16:16
43:3
occasion 27:17
occasional 30:7
occasionally
16:4 19:11
20:24 27:2
44:23 53:9
64:18
occupation 8:3
occurred 49:18
October 69:19

Thomas Wells
March 25, 2020

**OFF-CAMERA**
  10:24 11:7,10
  11:23 35:13
  39:25 40:10,13
  40:17,24 41:5
  41:7,10 65:19
  65:21
**office** 39:2
**offices** 3:11
**oh** 9:12 13:4
  18:1,2 19:12
  20:21 23:9
  26:12 28:19
  30:13 31:19
  32:13 40:16
  59:25
**oil** 74:1,16
**okay** 5:24 6:18
  7:12 8:20
  11:11,21 12:3
  12:15 13:3,7
  13:19,22 14:2
  14:3,4,5,15,24
  15:8,10 16:8
  16:18 17:8
  18:8,18 19:7
  19:10,24,24
  22:6,15 24:24
  25:22 26:14
  27:3,7,13,20
  30:2,16 32:12
  33:16 36:3,4
  36:10,14,19
  37:1,12 38:7,8
  38:14 39:3
  40:1,14,21,25
  41:12 42:14
  43:15,17,23,25
  44:21 45:1
  46:6,9 47:1,13
  47:19 48:15,19
  48:25 49:7,9
  49:17,25 50:15
  52:17,18 53:22
  54:8,13,18

55:7,11 56:8
56:13 57:1,15
57:18,25 58:24
59:3,12,17,20
60:7,12,16,22
62:11,21 64:6
65:13,15,25
66:15,21 67:8
67:15,23 68:12
68:18 69:2,7
69:20 70:12,19
70:23 71:2,7
71:10,15,18,20
71:23 72:5,13
72:17 73:17
74:3,5,22 75:2
75:9,12 76:13
77:5,21 78:1
78:15,17,25
79:1,4,17 80:6
80:10
**old** 6:4 7:2 17:13
  66:9 74:1
**Olympics** 55:5
**once** 8:7 18:24
  25:18 47:16
  61:7 74:7
**ondol** 56:15
**one-story** 50:11
  50:12
**ones** 21:4 61:8
**ooze** 63:16
**open** 19:17
  22:24 27:8,11
**open-design**
  50:25
**operation** 33:15
**operational**
  32:24
**operative** 33:1
**opinion** 32:20
  33:6,7
**option** 33:9,15
**oral** 37:10
**order** 37:8

**Oregon** 71:21
**original** 2:11
**originals** 13:21
**OUT-OF-STA...**
  82:22
**outdoorsman**
  69:8
**outside** 25:6
  57:4 72:14
**overnight** 32:8
  72:3,9
**overseas** 9:11
  56:24
**oyster/clam**
  30:12
**oysters** 30:9

---

**P**

**P** 3:13,13 15:14
**p.m** 5:10 36:12
  36:14 51:4,7
  75:20,23 80:15
**Pacific** 66:6
**page** 2:2 65:4
**pain** 6:9,9,10,15
  6:19 31:4,5,13
  34:9 35:2
**pain's** 31:6
**painful** 31:1
**palliative** 33:25
**Panama** 64:11
**parallel** 43:18
**parents** 28:6
**Park** 4:8
**Parkway** 3:11
  4:8
**part** 32:23 58:19
  58:22 62:19
  66:2,17 69:18
  70:14,16 75:6
**part-time** 8:6
  30:12
**part-times** 42:10
**participate**
  58:18

**particulars**
  45:19
**particulate**
  21:20
**parties** 5:2 81:10
  81:11
**parts** 30:24
  57:16,16,17
**passed** 28:9
**Pastime** 21:7
**Paszkiewicz**
  3:11 4:7
**patience** 76:13
**patient** 33:20
**Patrick** 3:24
**paved** 57:13,16
  57:16,17 71:14
**Peace** 9:12,13,15
  15:6 26:4 42:2
  54:21,23 55:16
  56:21,25
**Pearl** 3:24
**pencil** 24:15
**peninsula** 64:10
**people** 33:5 59:6
**peppers** 46:24
**perform** 55:19
**performed** 69:3
**period** 45:2
  48:14 52:5
**periods** 44:3
**PERPETUAT...**
  1:10 3:9 82:22
**person** 26:18
**phone** 79:2
**photo** 13:17,25
**photographs**
  44:10
**photos** 13:9,19
  13:20 65:4
**physical** 28:4
  30:15 54:6
**physically** 32:9
**physician** 32:15
**pick** 75:6

**pickleball** 29:18
  29:19,22
**Pictures** 2:8
**picturing** 78:3
**pieces** 56:17
**Pike** 8:5,5,5
**pills** 32:2
**pilot** 7:14
**pipes** 49:1 52:2
  52:2 67:16,16
  67:19
**place** 22:5 61:13
  68:2
**placed** 34:24
**places** 10:14
  42:20 52:16
  53:5 72:5
  79:10
**Plaintiff** 1:5,11
  3:5,10,14 5:17
**planning** 29:15
**planting** 30:14
**plants** 46:21
**plasma** 33:22
**play** 20:24 29:10
  35:3 37:21
**played** 28:17,19
  54:12 55:24
**playing** 29:12
**please** 6:1 36:24
  37:23
**pleasurable** 29:6
**plug** 77:14,15
**pneumonia**
  32:16
**point** 7:19 31:2
  32:5
**portion** 41:2
**pose** 37:24
**position** 28:11
**possibilities**
  30:22
**possible** 80:8
**possibly** 6:13
  77:22 78:4

Thomas Wells
March 25, 2020

post-nasal 32:1
prepared 12:8
preparing 10:18
presence 46:4
present 4:4 5:11
  68:9
presently 10:4
preservation
  37:7
pretty 9:18
  22:10,23 24:6
  28:2 31:21
  32:23
previously 10:1
primary 15:14
  32:14
print 5:5
printed 13:13
  38:25
probably 17:14
  19:5 22:3 23:9
  47:12,15 48:13
  49:15 54:5
  60:11 70:2,3
  74:2
problem 31:12
  31:14
proceed 78:25
produced 3:10
  5:16
product 46:2
  73:3 77:14
products 49:10
professional
  73:9
program 54:6
projects 58:16
  75:7
prolonging 31:3
proud 28:1
provided 8:17
  10:1 45:25
Public 82:15
put 19:4 28:11
  78:11

**Q**

quarter 14:10
  26:5
question 6:17
  13:5 37:3,22
  37:24 41:14
  64:2
questioning 76:3
questions 6:11
  6:14,20,24
  35:10 36:23
  52:15 72:22
  76:4,5,11,15
  76:17,18,23
  78:16,19,20,24
  79:9,22
quick 76:23
quickly 15:19
  80:8
quickness 30:3
quite 8:5 23:19
  26:22 29:25
  43:20 50:13
  58:3
quotation 13:12

**R**

R 3:13
race 29:3
raced 29:5
racing 55:5
racket 29:25
radiation 30:24
radishes 46:23
rags 23:4
rail 20:3 22:7,18
  23:10,13,23
  25:1,19 73:5
  79:19
railroad 22:8
  24:17,21 36:18
  72:24 73:8
Railway 1:7 3:7
  82:22
rain 60:16

raised 7:6,7
ran 21:12 28:23
Ranger 44:6,11
  44:14,18,24
read 40:14 82:4
ready 36:9
really 29:6,20
  31:2 32:9 34:3
  35:6 45:21
  53:18 54:4
  71:19,22 72:8
rec 29:12
recall 19:3,15
  22:6,9 25:16
  26:15 27:10
  45:18,22,23,24
  46:2,6,9 48:10
  48:17,19,22,24
  48:25 49:3,5,9
  50:10,20 53:13
  56:8 57:12,18
  61:5 62:6,11
  62:15,22 63:1
  69:2 72:5
  73:24
Received 38:15
  38:17 39:19
recognize 46:4
recollection 8:18
  30:19 43:12
  78:7
recommended
  31:1
record 5:8,12
  36:5,11,15
  37:8,10,22
  38:5,21 51:3,5
  51:8,12 75:18
  75:21,24 80:12
  80:15 81:8
records 8:17
recreate 18:19
recreating 19:22
recreation 24:25
  25:2

recreational
  18:6,25 54:9
recreationally
  55:22
reduced 81:7
Rees 3:18
referred 69:22
reflect 13:23
refresh 8:18
region 55:3
  57:19 63:22
regular 20:21
regulations
  68:24
related 31:15,25
  32:1 39:8 69:3
  81:10
relative 81:11
relatives 34:11
release 35:1
relieve 35:1
remaining 30:23
remember 18:14
  18:15 20:4
  22:10,25 25:18
  49:14 50:12,23
  52:12 53:18
  57:6 60:2,22
  61:24 67:14,15
  67:18,22 68:8
  69:5
remembered
  19:15
removal 30:23
renovations
  66:18
reporter 2:12
  3:12,12 5:4,4
  5:12,18 37:16
  51:2 62:13
  63:9 81:3,3
  82:23
Reporting 3:11
  4:7
represent 76:22

represented
  3:15,17,20,23
  4:1
residence 45:15
  64:22 73:11
residences 52:20
  52:22 74:22,23
residential 2:7,8
  45:8 54:20
resigned 33:4
responding 5:17
responses 42:11
rest 8:2
result 34:19
retained 2:11
retire 28:3
retired 7:17 10:4
  10:6
retirement
  28:10,12
returned 15:5
  26:4 49:19
review 75:10
ride 59:9
right 6:8 10:20
  11:7 12:22
  15:6 17:10,14
  21:12,14 22:18
  23:5 25:3
  28:24 29:9
  30:5 32:10,12
  34:5,14 35:17
  36:21 37:6,18
  38:2,9,15,18
  38:19,24 39:6
  39:11,16,17
  40:8,18 41:4
  41:17,20,23
  42:7,12,18,20
  42:24 43:7,10
  43:11,21 44:12
  45:1,14,18
  46:14 47:8
  48:5 50:4,9,17
  50:20 51:12,16

52:1,15 53:9
53:25 55:15,22
56:20 57:21
58:12 60:4
61:9,17,18,19
63:17,21 64:21
65:3 66:3,4,10
66:18,24 67:10
67:21 68:2,5,7
68:16 70:8
71:20 72:15,20
75:14 78:15
**right-hand**
41:20
**river** 42:23,24
42:25 43:1,5
43:10,12,13,19
43:19,22
**road** 26:10 43:5
43:12,20,22
50:5,8 51:14
52:10
**roads** 15:14,19
69:21 70:14,20
70:24 71:11,11
71:25 72:14,14
**Robinson** 3:17
76:22,25
**Rock** 18:15,16
18:16,17 24:10
**rode** 73:1
**role** 55:15
**roll** 24:10 25:23
**rolled** 26:1,2
**room** 51:1,1
56:6,7,16
67:19
**roughly** 22:12
74:12
**round** 56:17
**rounded** 63:16
**route** 21:9,15
**Routes** 21:11
**routine** 54:17
**ruins** 70:5,9

**run** 28:22
**runner** 54:1
**running** 29:3
54:2
**runs** 43:19

---
**S**

**S** 3:13
**Saint** 72:8
**salmon** 30:7,7
**Santa** 3:20,23
36:18
**saw** 79:2
**says** 5:19 11:6
11:18,24 38:15
47:23,24
**scan** 32:16
**school** 10:10
26:13 41:24,25
57:4,7,11 59:2
59:14,15 61:21
62:4 66:15,16
68:4
**schools** 65:7,7
66:1,1,5 69:4
**science** 10:10
61:22
**sciences** 59:1
**Scully** 3:18
**sea** 55:3,25
**sealing** 60:16
**Sean** 4:5 9:4
**season** 30:14
59:20,23,25
60:1,2,5 64:14
64:17
**seasonal** 14:5
**second** 9:12
32:20 33:6,7
33:18 47:25
48:16,20,23
49:11 53:21
59:9 65:22
79:18
**section** 38:25

55:7
**see** 11:2,4 23:13
24:14,19,19
31:18 32:14
33:11 34:10,25
38:14 39:13
41:2,8,20 50:2
57:25 62:18
65:5 66:12
**seeing** 48:22,25
62:22
**sense** 37:23
**sent** 10:15 12:5
12:18 13:7
**September**
14:20 31:11,18
**serious** 8:24
31:21
**service** 9:19
13:10 14:6,13
14:17,25 15:3
15:11 16:9
17:15,19 18:10
26:5 42:1,8,8
42:15,22 44:2
**set** 28:2 33:17
41:18
**settled** 54:16
**shake** 23:5 24:11
**shaking** 37:9
**shape** 63:5
**sharing** 56:6
**sheet** 49:22
**sheets** 67:13
**shelf** 77:25
**shield** 63:11,15
**shiny** 24:14
**shipping** 24:22
**shoes** 74:15
**shoot** 25:7
**shop** 18:1
**shopping** 18:2,7
18:24 26:25
**short** 35:16
**Shorthand** 3:12

5:3 81:2
**shoulder** 31:15
31:20
**show** 11:2 45:11
**showed** 62:5
**showing** 49:23
**shuttled** 59:5
**sic** 30:21 32:9
57:9
**sick** 27:23 28:16
**side** 64:10
**sideways** 25:25
**sign** 36:9
**signature** 5:5
80:18 82:5
**sinus** 31:25
**sir** 38:14,22 41:2
41:14 43:9,11
46:12 48:10
49:22 63:1,12
63:21 64:12,21
64:25 65:25
67:5 69:7 71:5
71:16 72:20
73:21 75:9
77:3
**sit** 25:6
**site** 16:14
**size** 24:14
**skied** 28:19,19
**skiing** 28:20
**skills** 74:4
**slides** 13:13,24
**slightly** 68:4
**small** 60:24 61:7
**snow** 55:13
**softball** 54:11
**soil** 15:22 19:4
61:9,10 75:6
**soils** 15:15 63:23
64:4
**sold** 34:19
**sons** 9:5 34:15
**soon** 24:6
**soon-to-be-**

79:19
**sore** 33:19
**soreness** 31:12
31:24
**sorry** 13:4 18:2
45:10 59:23
65:10
**sort** 17:14 25:9
31:13 32:2
50:25 53:20
57:14 67:17
73:9
**sorts** 46:21
60:12
**sound** 10:2
**sounded** 51:17
**sounds** 36:8 48:5
50:4 54:23
61:18 68:3
69:8 71:3
**South** 9:16 42:2
55:2,8,16,23
61:14 62:19
71:8,9,12
**Southeastern**
32:5
**Southern** 7:8
32:6
**space** 48:16,18
**spare** 56:7
**speak** 37:13,15
**SPEAKER**
10:24 11:7,10
11:23 35:13
39:25 40:10,13
40:17,24 41:5
41:7,10 65:19
65:21
**specific** 55:15,18
79:8
**spectacular** 63:4
**speed** 23:19
**spend** 17:22
18:19 20:10,11
26:17,20 53:10

Thomas Wells
March 25, 2020

53:16 72:13
spending 20:14
spent 19:21
  69:15 71:4,5
  71:15,24
spinach 46:23
Spokane 72:11
  72:14,16,18
spoke 45:14
sports 54:9
spot 34:25
squash 46:25
SS 82:1
stair 50:23
stamp 38:14
stamped 39:19
standards 60:19
standing 52:24
start 37:13 54:4
  67:12 69:25
started 7:15 8:4
  8:5,7 33:14
  34:3
starting 31:9
state 1:1 3:1 4:1
  16:17 64:23
  71:23,25 74:23
  75:3 82:1
states 60:10,14
  60:18 71:3
station 44:6,11
  44:15,18,24
  47:7
stationed 16:9
stay-at-home
  7:18
steered 33:5
stenographic
  5:12
stepping 50:24
steps 56:16
stewardess 7:15
STIPULATED
  5:1
stir 23:24

stirred 22:16
  24:1,3
stop 37:14,23
stopped 49:16
store 19:9 49:10
  49:16 75:5
straight 21:11
  21:12 60:1
strain 31:13
stratovolcanos
  58:11 63:13
street 3:18,21,24
  21:12 47:25
  48:16,20,23
  49:11 53:21
  79:18
streets 57:12
strenuous 30:15
stress 34:17
stretch 26:23
stroll 21:3
stuff 20:21 22:16
  23:24 24:20
  25:9,10,10
  46:24 77:25
  78:10
subjects 10:9
  58:24
submitted 44:10
subscribed
  81:13 82:11
substance 78:8
successful 19:2
suffering 35:2
Suite 3:18,21,24
  4:2
Sullivan 3:15
summarize
  19:20
summer 14:14
  14:15 17:18,18
  18:9 25:10
  27:12 28:20
  31:9 53:19
summertime

25:10
sure 16:11 22:23
  23:25 35:7
  45:7 49:8
  75:11 76:17
  77:11
surgical 30:23
  33:9,20
surveying 15:12
  15:13
surveyor 15:20
Susan 1:16 3:12
  5:3 81:2,16
  82:23
suspect 77:20,21
swear 5:13
swimming 19:23
  20:22,22 25:9
switching 69:7
sworn 3:10 5:16
  81:5
Sylvanite 11:11
  16:23 17:20
  44:6,8,11,14
  44:18,24
symptoms 31:8
system 14:10
  56:14

---

**T**

tablets 78:10
take 16:20,22
  21:10 33:9
  34:11 35:13,16
  36:22 37:16
  75:9
taken 1:11 5:3
  81:11 82:5,23
takes 34:2 78:11
talk 10:14 14:2
  21:5,5 23:10
  24:24 47:19
  71:2
talked 23:21
  33:4 42:23

talking 17:2,3,5
  19:25 21:6
  23:21 51:13
  69:11
tape 46:7 49:1
  52:1 67:17,20
  68:1,9
taught 8:9 9:12
  10:10 57:4
  59:1 60:24
  65:11 66:2
Taylor 79:18
teach 8:8 10:9
  10:11 58:24
teacher 10:6
teaching 8:6
  9:11 54:5
  56:24 57:2
  58:1,14 61:13
  61:19,21,22
teaching-over...
  9:17
Teaneck 7:5
tech 15:16
technician 5:7
  15:22 36:4,11
  36:14 51:4,7
  75:17,20,23
  80:13
TELEPHONIC
  1:10 3:9 35:23
  35:25 36:2,6
  79:2 80:2,4,11
telephonically
  3:14,17,20,23
  4:1,4 81:3
tell 14:12 27:23
  28:15 29:22
  30:18 34:7,23
telling 33:24
ten 36:7 64:15
ten-hour 16:3
tend 24:16
tennis 29:24
tens 16:5,11

terms 38:4,24
  42:2,7,20
  44:19 45:19
  48:10 49:17
  50:9 51:23
  54:18 66:15
  68:2 70:12
  73:17 74:22
terrain 58:4
tested 30:3 32:1
testified 26:5
  43:4
testify 81:5
testimony 37:8
  43:4 44:22
  51:16 79:13,17
  81:8 82:6
thank 35:5
  36:21 37:20
  38:2 49:25
  75:25 76:10,13
  77:5 78:16
  79:23,25 80:2
  80:4,11
Thanks 80:9
theater 18:11
thin 67:13
thing 27:15
  74:16
things 22:10
  28:19 29:14
  32:2 34:3
  55:10 62:23,23
  62:25 64:18
  72:21
think 6:23 14:11
  16:10 18:4
  20:23 21:17,21
  25:21,24 26:8
  32:19 35:4
  38:23 39:10
  43:3,4 45:7
  47:6,15,17
  60:3 62:4 63:3
  68:24 72:7,22

Thomas Wells
March 25, 2020

74:21 76:24
79:4
thinking 11:24
35:16
third 33:21 34:4
47:14,19 59:10
65:23
Thomas 1:4,11
3:4,10 5:8,15
38:11 80:14
81:4 82:4,8,22
82:22
thought 26:6
31:16 32:24
three 18:13
30:14,25 44:2
47:10 65:7,25
66:2 69:4 70:2
70:2 79:14
threw 19:5
Thursday 15:25
16:6
tie 31:24
tile 45:22,23
67:11
tiles 48:11,11
50:21 68:8
time 5:9,10 7:16
7:17 8:2,5 9:22
13:9 14:2
16:10 17:22
18:19 19:21
20:11,14 22:2
26:17,20 31:17
31:20 35:6
36:22 44:3,5
45:2 47:19
48:14 53:10,16
54:9 56:20
60:8 69:15
71:4,5,9,15,24
72:13,20 75:20
76:11 79:25
80:14
timeframe 19:25

45:15 47:21
48:6
timeframes 47:2
47:5
timeline 69:1
times 14:18 18:7
21:21 25:16
62:24
titled 39:12
Tod 4:6
today 37:7 38:6
76:3,11 77:1
79:25
Today's 5:9
told 14:9 33:2
tolerable 25:6
tolerate 31:4,4
Tom 5:22 6:1,3
6:8,17 7:2,21
11:13,18 13:4
16:20 27:20
31:7 34:14,23
35:5,15,19
65:5 79:7,25
80:9
Tom's 12:16
top 11:6,16 12:7
38:15 39:17
torn 53:6
total 10:11
totally 78:2
touching 81:6
tough 35:12
tours 71:25
Towels 23:4
town 21:1,4,6,10
22:3 44:22
55:6 57:6,8,13
58:1,14,16,25
59:4 60:24
61:24 73:15
track 21:14,16
21:18,22 24:13
24:18
tracking 55:20

tracks 22:12
73:8,12
trailer 20:3
22:17,21 24:8
24:11 25:1
45:16,19,20,25
46:3,5,7,9,10
46:11 52:23
73:14 79:12
trailhead 72:3
trailheads 70:21
trails 69:21
70:10,14
train 23:18,21
73:1
trained 15:19
trains 23:22
24:9
transcribed 5:5
transcript 2:12
82:4,6
travel 57:21
treating 55:21
treatment 32:25
33:25
treatments 32:3
tried 47:11
trip 32:7 69:11
69:16,23,24
71:10,12
trips 32:5,6
69:16 70:13
71:18,20 72:15
tropical 30:8
Troy 16:12,21
26:11 42:9
44:5,8 49:18
51:14 54:3
trucks 73:25
true 13:19,25
39:8 66:7 81:8
82:5
truth 81:5,6
truthful 10:22
11:21 12:13,23

truthfully 6:11
6:21,24
try 6:18 25:24
35:3 37:7
46:24 80:8
trying 28:11
63:3
Tuberculosis
55:20
turn 39:11
turned 32:10
Turning 68:16
68:18
twice 25:18 61:7
two 9:5,15 29:4
29:19 30:14
33:18 34:15
66:19,19 79:7
79:10
two-hour 32:8
two-page 38:18
Two-story 50:10
type 48:25 49:9
62:6 67:24
types 20:16
48:11
typewritten
11:14
typically 15:23
63:16

_____
U
_____
U 26:13
U.S 42:1,1,8,8
Uh-huh 61:15
understand 6:8
6:9,14 8:11,23
13:12 14:5
25:11 27:20
understood 37:4
37:16,19 63:8
76:4
Unfortunately
30:20
Unintelligible

10:24 11:10
39:25 41:10
United 7:14
60:10,14,18
University 9:25
unpaved 70:14
70:20,24 71:11
72:14
unplanned 32:8
unsure 24:18
uphill 55:12
use 29:25 46:3
77:13
usually 53:23
Utah 32:5 69:12
69:15,21,25
70:1,13,20

_____
V
_____
v 1:6 3:6 82:22
vacuum 23:8
vacuumed 23:9
valley 59:16
variety 8:9
various 42:10
vehicle 74:9
vehicles 73:22
73:25 74:6
ventured 74:17
Verde 70:5,9
verify 72:23
verifying 13:6
vermiculite 46:2
46:5 48:22
51:24 78:12,13
Vernon 6:5
32:11 41:24
version 29:24
versus 63:15
VFW 21:7
VIDEO 5:7 36:4
36:11,14 51:4
51:7 75:17,20
75:23 80:13
videotaped 1:10

Thomas Wells
March 25, 2020

3:9 4:7 5:8
80:14
**View** 65:6,6,10
65:12,19,20,22
66:23,24 67:2
67:16,24 68:3
68:4,7,9,14
**visited** 42:17
63:3
**visiting** 63:1
**Volcan** 61:2
**volcanic** 58:4
61:10 63:22
64:4
**volcano** 66:9
**volcanos** 57:22
58:1,6,10,11
60:23 61:5
63:2,5,7,10,11
63:15,16
**volleyball** 29:11
29:13 54:10

**W**

**W-2** 15:9
**W.R** 16:13
27:18 45:25
53:14 73:2
**wait** 9:12
**waiting** 35:4
**waived** 5:6
80:18
**walk** 20:23,25
21:1,16,22,25
22:7,8 25:7
38:6 70:9
73:14
**walked** 21:10
73:8
**walking** 22:11
22:11 24:13,16
70:14
**want** 11:13
17:17 18:8
20:2 26:3,9

27:15 35:3,5
35:13 72:21,23
75:15,16 79:11
**wash** 24:6,7
**Washington** 6:4
9:25 64:23
65:1,5 69:4
71:24,25 72:10
74:23 75:3
**wasn't** 29:6
30:25 33:21
47:12,17
**water** 21:19 52:2
61:3 67:16
78:11
**watering** 19:11
47:17
**waters** 30:8
**way** 21:25 22:25
32:10 33:22
37:24 50:25
67:13 70:15,16
**ways** 43:20,22
**we'll** 12:3 13:1
33:12,12,13
35:10
**we're** 12:15
19:25 35:16
37:6 75:17
79:12
**we've** 38:5
**wear** 31:14
**week** 16:1 18:7
21:21 30:15
**weekends** 22:1,3
26:22
**weeks** 33:18
70:3
**welcome** 38:3
**Wells** 1:4,11 3:4
3:10 4:5,5 5:9
5:15 6:3 7:24
11:18 36:17,21
37:2,6 38:2,11
51:10 52:15

57:21 60:22
65:5 76:2,11
76:15,21 80:3
80:5,14 81:4
82:4,8,22,22
**went** 9:11,13,15
9:18 11:25
23:18,22 24:9
25:16 26:23
31:18,22 32:4
32:10 33:7,10
50:24 51:12
65:17,23 68:24
70:1 74:4
**weren't** 17:23
18:18 19:1,20
20:10 26:20
63:5
**west** 3:18,21
65:6,12,16
66:23,24 67:2
67:16,24 68:9
71:3
**Western** 9:25
**wheels** 62:24
**WHEREOF**
81:13
**white** 67:20
78:10,10
**wife** 20:7 79:20
**willingness** 80:7
**Wills** 4:7
**Wilson** 65:18
**win** 26:1
**wind** 23:17,18
60:17
**wind-blowing**
22:13
**windows** 19:17
22:24 27:7,10
59:17 60:13
70:25
**winter** 28:20
55:4
**wish** 35:6

**witness** 5:6,13
67:5 80:19
81:7,8,13 82:4
**wood** 50:13,23
**word** 37:21
**words** 40:4
**work** 2:7,9 12:7
12:12 14:6,24
15:2,23 16:1,5
16:20,22,22
17:9,10 18:18
18:25 19:11,21
20:10 21:3
25:4 26:16,20
26:25 27:16
29:7 30:13,14
30:15,15 39:12
39:13 41:18
58:19 73:5,21
73:24
**worked** 6:6 9:13
9:18 10:15
12:5,21 14:12
16:11,25 17:18
17:19 18:9
26:4 50:24
53:14 65:8
66:24 68:3
72:23
**worker** 55:17
**working** 9:19
13:9 14:17
16:8 17:23
25:4 26:22
31:1 42:15,21
44:1,23 46:15
61:10 69:5
**Works** 35:23
**workweek** 22:4
**worse** 31:15
32:10 34:10,10
**wouldn't** 31:21
72:1
**Wow** 29:10
**wrapped** 67:17

67:20
**wrapping** 46:7
**writing** 81:7
**written** 13:23
**wrong** 78:2
**Wyoming** 71:15
71:18

**X**

**X** 2:1
**x-rays** 32:13

**Y**

**Y-A-A-K** 17:6
**Yaak** 17:2,5,12
**yard** 20:3 22:7
22:18 23:10,14
23:23 25:1,19
46:10,11,12
73:6 77:13,14
77:16 79:19
**yeah** 9:9 10:3
11:20,23,24
12:9 13:15,18
13:21 14:1,8
14:11,14 15:7
15:9,21 17:9
17:13,24 18:21
19:5,12,23
21:8 22:2,9,10
23:2,7,9 24:2
24:16,18,19
25:13,21 26:8
26:21 27:25
28:17 30:20
31:9 35:9,16
35:18 41:16,19
42:19 44:25
45:6,17 46:13
46:16,20,21
47:6 48:5,9
50:8,19 54:22
56:12 57:3
58:17 59:1,8
60:6,11,15,25

Thomas Wells
March 25, 2020

| | | | |
|---|---|---|---|
| 62:20 64:12,15 | 47:24 49:20 | **20-plus** 58:10 | **40** 16:2 |
| 64:20 65:1,16 | 54:24 | **200** 4:2 | |
| 65:21,22 66:14 | **1-6** 80:16 | **201** 3:18 | **5** |
| 67:13,18 69:10 | **1:45** 29:6 | **2012** 69:19 | **5** 2:3,9 38:9 |
| 69:14,18,22,23 | **101** 3:18 | **2014** 8:16 | **5,000** 59:15 |
| 71:13,17 72:15 | **12** 40:6 64:16 | **2015** 8:18 | **50** 16:2 |
| 74:1 75:13 | **14** 7:7 | **2019** 38:16,17 | **5980** 2 3:19,22 |
| 77:8 78:13 | **145** 4:2 | 39:4,20,21,21 | **5990** 1 3:16 4:3 |
| **year** 25:23 29:4 | **15-ish** 44:20 | 39:24 40:8,14 | |
| 39:4,23 40:6 | **18** 7:8 | 40:15,16,18,23 | **6** |
| 40:10,11,15,16 | **19** 40:9 | 69:13 | **6** 2:9 39:12 40:4 |
| 40:18 47:14 | **1976** 17:17 44:5 | **2020** 1:12 3:11 | 41:3 |
| 59:5 74:12 | 44:6 | 5:9 81:13 82:5 | **60** 28:3,23,24 |
| **years** 6:3,6 7:10 | **1977** 18:8 19:24 | 82:12,23 | 29:8,9 |
| 9:16 10:12 | 45:3,4,10,11 | **203** 3:21 | **6203** 4 3:12 4:8 |
| 14:12 28:25 | 79:11,13 | **20s** 25:10 | **63** 29:13 |
| 29:19 46:22 | **1978** 8:1 20:2,20 | **22** 7:8 | **65** 6:3 7:3 74:13 |
| 54:19 55:23 | 24:25 47:21,22 | **25** 1:12 5:9 58:6 | |
| 57:2 59:10 | 48:3 79:11,18 | 82:23 | **7** |
| 64:12,23 65:2 | **1979** 54:24 | **25th** 3:10 82:5 | **70** 52:7 |
| 67:2 70:2,4 | **1980** 51:14 | **26** 3:11 4:7 | **71** 49:21 |
| 75:3 | **1980s** 66:17,22 | **283** 3:21 | **76** 2:4 14:14,16 |
| **yep** 12:11,14 | **1981** 14:25 15:3 | **29** 9:4 | **77** 14:14,16 |
| 14:23 20:1 | 26:3 27:1 | | **78** 9:11 14:14,16 |
| 21:8 24:20 | 49:19 50:2,2 | **3** | 45:9 48:3 |
| 29:1 30:5,11 | 50:17 51:20 | **3** 2:8 12:19,23 | **79** 2:4 9:13 |
| 39:18 45:13 | 52:19 54:25 | 13:1 65:4 | |
| 48:2 63:1 | **1983** 56:22 | **3:08** 36:14 | **8** |
| 66:11 70:11,16 | **1986** 56:22 | **3:30** 51:4 | **8-20** 41:6 |
| 70:19 73:13 | 61:16 | **3:36** 51:7 | **80** 2:7,7,8,8,9,9 |
| 78:6 | **1987** 61:17 | **30** 6:6 | **80302** 3:25 |
| **young** 25:10 | 66:25 | **30s** 28:2 | **80s** 28:14 |
| | **1992** 66:25 | **31** 10:12 | **81** 9:19 49:21,22 |
| **Z** | **1994** 10:2 | **31st** 81:13 | 52:7,8 |
| **Zonolite** 77:7,8 | | **32** 9:4 | **87** 65:2 |
| 77:10,16,18,22 | **2** | **34** 65:2 | |
| 78:5,9 | **2** 2:7 11:9,11 | **345** 3:15 | **9** |
| | 12:6,12,16 | **350** 3:24 | **90s** 28:7 68:23 |
| **0** | 18:10 26:10 | **36** 2:3 | **929** 3:24 |
| | 38:16,17 39:19 | | **94** 28:9 |
| **1** | 39:23 43:2,6 | **4** | **95** 28:8 |
| **1** 2:7 10:16,18 | 45:4,11 79:14 | **4** 2:8 13:8 | |
| 10:21 11:1,6 | **2:04** 5:10 | **4:15** 75:20 | |
| 11:18,21 12:3 | **2:56** 36:12 | **4:27** 75:23 | |
| 45:8 47:20,23 | **20** 8:18 | **4:35** 80:15 | |