Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MONTANA
 2                GREAT FALLS DIVISION
 3    JACKSON WELLS, as Personal   )
      Representative for the       )
 4    Estate of THOMAS E. WELLS,   )
      deceased; and JUDITH         )
 5    HEMPHILL, as Personal        )
      Representative for the       )
 6    Estate of JOYCE H. WALDER,   )
      deceased,                    )
 7                                 )  Case No.:
             Plaintiffs,           )  4:21-cv-00097-BMM
 8                                 )
      vs.                          )
 9                                 )
      BNSF RAILWAY COMPANY, a      )
10    Delaware corporation;        )
      ROBINSON INSULATION          )
11    COMPANY, a Montana           )
      Corporation for profit;      )
12    GROGAN ROBINSON LUMBER       )
      COMPANY, a Montana           )
13    Corporation for profit;      )
      and DOES A-Z,                )
14                                 )
             Defendants.           )
15
                 THURSDAY, MARCH 28, 2024
16                      - - -
17             Videotaped deposition of Charles
      Bradford Black, MD, held at the offices of
18    McGarvey Law, 345 First Avenue East,
      Kalispell, Montana, commencing at 2:00 p.m.
19    Mountain Time, on the above date, before
      Carrie A. Campbell, Registered Diplomate
20    Reporter, Certified Realtime Reporter,
      Illinois, California & Texas Certified
21    Shorthand Reporter, Missouri, Kansas,
      Louisiana & New Jersey Certified Court
22    Reporter.
23                      - - -
24            GOLKOW LITIGATION SERVICES
                    877.370.DEPS
25               deps@golkow.com
```

Page 2

```
 1     A P P E A R A N C E S :
 2
 3     THE LANIER LAW FIRM, PC
       BY:  W. MARK LANIER
 4        wml@lanierlawfirm.com
          SAM E. TAYLOR
 5        sam.taylor@lanierlawfirm.com
          ALEX ABSTON
 6        alex.abston@lanierlawfirm.com
       10940 West Sam Houston Parkway North,
 7     Suite 100
       Houston, Texas  77064
 8     (713) 659-5200
 9
10     and
11     THE LANIER LAW FIRM, PC
       BY:  RACHEL LANIER
12        rachel.lanier@lanierlawfirm.com
       2829 Townsgate Road, Suite 100
13     Westlake Village, California  91361
       (310) 277-5100
14
15     and
16
       McGARVEY LAW
17     BY:  JINNIFER JERESEK MARIMAN
          jmariman@mcgarveylaw.com
18     345 First Avenue East
       Kalispell, Montana  59901
19     (406) 752-5566
       Counsel for Plaintiffs
20
21
       HALL BOOTH SMITH, P.C.
22     BY:  GABRIELLE N. GEE
          ggee@hallboothsmith.com
23     101 East Front Street, Suite 402
       Missoula, Montana  59802
24     (406) 317-0070
       Counsel for the Witness
25
```

Page 4

```
 1                  INDEX
 2                              PAGE
 3     APPEARANCES...................................  2
 4     EXAMINATIONS
 5        BY MR. KNIGHT..............................  6
 6        BY MR. LANIER..............................  78
 7
 8                EXHIBITS
 9     No.    Description              Page
10      1     E-mail(s),                62
              CARD-SDT 00005
11
        2     State of Montana Bureau of Mines     87
12             and Geology, Bulletin 12,
               Progress Report on Geologic
13             Investigations in the
               Cootenai-Flathead Area, Northwest
14             Montana, 1. Western Lincoln
               County, by Willis M. Johns, July
15             1959
16      3     Mark Lanier handwritten          124
               demonstratives
17
18     (Exhibits attached to the deposition.)
19
20     CERTIFICATE.................................125
21     ACKNOWLEDGMENT OF DEPONENT..................127
22     ERRATA.......................................128
23     LAWYER'S NOTES..............................129
24
25
```

Page 3

```
 1     KNIGHT NICASTRO MACKAY, LLC
       BY:  CHAD KNIGHT
 2        knight@knightnicastro.com
       1401 Walnut Street, Suite 200
 3     Boulder, Colorado  80302
       720) 907-6800
 4     Counsel for Defendants
 5
 6     ALSO PRESENT:
 7        JUAN WILSON, Lanier Law Firm
 8
 9     V I D E O G R A P H E R :
          DAN LAWLOR,
10     Golkow Litigation Services
11             – – –
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1          VIDEOGRAPHER:  We are now on
 2     the record.  My name is Dan Lawlor.
 3     I'm a videographer representing Golkow
 4     Litigation Services.
 5          Today's date is March 28, 2024,
 6     and the time is 2 p.m.
 7          This video deposition is being
 8     held in Kalispell, Montana, in the
 9     matter of asbestos, Jackson Wells, et
10     al., versus BNSF Railway Company, et
11     al.
12          The court reporter -- I'm
13     sorry, the deponent is Brad Black, MD.
14          Counsel will be noted on the
15     stenographic record.
16          The court reporter is Carrie
17     Campbell, who will now swear in the
18     witness.
19
20          CHARLES BRADFORD BLACK, MD,
21     of lawful age, having been first duly sworn
22     to tell the truth, the whole truth and
23     nothing but the truth, deposes and says on
24     behalf of the Defendants, as follows:
25     /
```

2 (Pages 2 - 5)

Page 6

1          DIRECT EXAMINATION
2    QUESTIONS BY MR. KNIGHT:
3        Q.    Good morning, Dr. Black.
4    Afternoon --
5          MR. LANIER:  Before you go any
6      further, can we state on the record
7      all objections are being reserved
8      until the time of trial pursuant to
9      court order --
10          MR. KNIGHT:  Agreed.
11          MR. LANIER:  -- or instruction?
12    QUESTIONS BY MR. KNIGHT:
13        Q.    All right.  Good afternoon,
14    Dr. Black.
15          How are you?
16        A.    Good.
17        Q.    You understand you're here
18    today to testify in this case pursuant to a
19    subpoena.
20          Is that correct?
21        A.    Yes.
22        Q.    Okay.  And we're here in
23    Kalispell at the offices of the McGarvey law
24    firm.
25          Correct?

Page 7

1        A.    Yes.
2        Q.    Okay.  What I want to do, I
3    want to kind of split up my questions with
4    you in really three areas.
5          One is your time in Libby as
6    the county health officer.
7          One is your time in Libby as
8    the medical director and CEO of CARD Clinic.
9          And then I want to talk to you
10    a little bit of Ms. Walder, who is a
11    plaintiff in this case.
12          All right?
13        A.    Yes.
14        Q.    And I believe we've met before,
15    but just in case you don't remember, my name
16    is Chad Knight, and I'm an attorney
17    representing BNSF Railway Company.
18        A.    Yes.
19        Q.    Okay.
20        A.    Can I say something before we
21    start?  I.
22          Want to make sure you
23    understand that I'm not hearing well.  I hear
24    maybe 40, 45 percent of the words that come
25    at me.

Page 8

1        Q.    Okay.
2        A.    If they're said too quickly,
3    it's very difficult, so just if you could
4    make sure you go a little slower.
5        Q.    I will do that.
6        A.    It'll help me to be more
7    accurate in my answers and not have to slow
8    things up by asking you to -- repeating
9    things, so --
10        Q.    Thank you for the heads-up.
11        A.    Just being courteous -- just
12    being courteous.  I appreciate it.
13        Q.    No, thank you for the heads-up
14    on that.
15          All right.  Well, let's start
16    with your time as county health officer.
17          You moved to Libby in the
18    mid-'70s.
19          Correct?
20        A.    1977.
21        Q.    Okay.  And you moved to Libby
22    because you liked the area, right?  You
23    thought it was gorgeous?
24        A.    That, and there was a good
25    practice opportunity for me.

Page 9

1        Q.    Very good.
2          Libby, in your view, still is a
3    gorgeous place, right?
4          It's a tourist kind of place
5    where people go and they go there to do
6    outdoor things like fish and hunt.
7          Fair?
8        A.    Among many others, yes.
9        Q.    Okay.  And when you came to
10    Libby in the '70s, you started a clinic with
11    another doctor named Dick Irons.
12          Right?
13        A.    Yeah, that's correct.
14        Q.    You were a pediatrician, and
15    Dr. Irons was an internist.
16          Fair?
17        A.    Yes.
18        Q.    Okay.  And you had that
19    practice, and then in 1984 is when you became
20    the county health officer up in Libby.
21          Fair?
22        A.    Around that time.
23        Q.    Okay.
24        A.    If you hold me to a date.  It's
25    right in that area, 1984.

3 (Pages 6 - 9)

1    Q.    Fair enough.
2          Now, you know from your time in
3  Libby and the work that you've done up there
4  that there was a vermiculite mine about seven
5  miles outside of town as the crow flies.
6          Correct?
7    A.    In that vicinity, yes.
8    Q.    All right.  That mine had been
9  out there operating since about the '20s.
10         Is that right?
11   A.    Somewhere in the '20s.
12   Q.    Okay.
13   A.    Yes.
14   Q.    And you understood from your
15 time there in Libby that up at the top of the
16 mine they were mining raw ore that had a
17 number of elements in it, that included
18 vermiculite.
19         Right?
20   A.    I didn't -- when I was first
21 there, no, I did not know about the hazards
22 of anything there, so --
23   Q.    We'll get to that point.
24         My question was just simply,
25 you learned in your time up in Libby that

1  there was a mine out there that -- north of
2  town or outside of town that mined
3  vermiculite ore up at the top of the
4  mountain.
5          Right?
6    A.    Yes, that is true.
7    Q.    Okay.  All right.  Now, you
8  understood that that raw ore was processed up
9  there in the mountain and then the product
10 was then brought down, shipped on railcars
11 and things like that.
12         Right?
13   A.    Yeah.  Yes.
14   Q.    Okay.  All right.  And that
15 process to refine ore, as you know, was
16 called vermiculite concentrate.
17         Correct?
18   A.    The processed ore?
19   Q.    Yes, sir.
20   A.    Was -- yes.
21   Q.    Okay.  Got it.
22         During your practice with
23 Dr. Irons in and around the late '70s -- in
24 fact, Dr. Irons actually corresponded with
25 W.R. Grace raising some concerns about the

1  health of some of the W.R. Grace workers.
2          Correct, sir?
3    A.    In 1978 --
4    Q.    Yes.
5    A.    -- yes, he was aware of some
6  workers that had lung problems.
7    Q.    All right.  And, in fact, he
8  wrote a letter to W.R. Grace on your joint
9  letterhead addressing some of those concerns.
10         Fair?
11   A.    Yes.
12   Q.    And that letter was sent to
13 W.R. Grace?
14   A.    Yes.
15   Q.    And the response you got back
16 from W.R. Grace was, nothing to worry about,
17 everything's fine, this is old news, nothing
18 to worry about.
19         Correct?
20   A.    I don't know.  I didn't
21 receive -- Dr. Irons was the one that
22 communicated with them.  I just received
23 information from him.
24   Q.    Well, sir, let me -- you gave a
25 deposition back -- with me, I believe, in May

1  of 2018?
2    A.    Yeah.
3    Q.    Do you recall that?
4    A.    I don't, but you'll have to
5  show me.  I don't --
6    Q.    Sure.  No problem.
7          I'm going to hand you a copy of
8  your deposition here at page 74 at line 15
9  and ask you if that refreshes your memory.
10         MR. LANIER:  Do you have a copy
11    for me, please?
12         MR. KNIGHT:  I just have it on
13    the iPad.
14         MS. MARIMAN:  Can you share
15    with us an electronic copy of that so
16    we can pull it up and look at it?
17         MR. KNIGHT:  Sure.
18         THE WITNESS:  You're talking
19    about line 15 or line -- the beginning
20    of line 15, but --
21 QUESTIONS BY MR. KNIGHT:
22   Q.    Yes, sir.
23   A.    I responded on line 19.
24   Q.    Yeah.
25         And your response was to agree

1 that the -- the response you got back from
2 W.R. Grace was that there was nothing to
3 worry about, things had been corrected,
4 everything's fine.
5        Correct?
6        And that was your response back
7 in 2018.
8    A.    Well, it was correct that there
9 wasn't a problem, but it was not simply from
10 that communication.  It also involved the
11 evaluations done by NIOSH, the EPA during
12 that time frame.  After -- shortly after
13 that, and so the feeling was there was
14 nothing -- there was no concern on our
15 agency's part in this.
16    Q.    Okay.
17    A.    So we did not -- we did not
18 stay concerned as we were about overall
19 exposure and things like that.
20    Q.    Certainly.  Understood.
21        MS. MARIMAN:  Hey, Chad, have
22 you sent that yet?  I just haven't
23 seen it.
24        MR. KNIGHT:  All right.  Why
25 don't we go off the record and pause

1 so I can take a moment --
2        MR. LANIER:  No, let's go.
3 Let's just keep going.
4        MS. MARIMAN:  It's fine.
5 QUESTIONS BY MR. KNIGHT:
6    Q.    Okay.  So you can hand that
7 back, Doctor.
8    A.    Okay.
9    Q.    Thank you.
10        So really you kind of got ahead
11 of me on my next question, which was in
12 addition to getting word back from W.R. Grace
13 that there was nothing to worry about, you
14 had a second piece of information during that
15 time as county health officer, and that was
16 that the EPA actually came out to Libby in
17 the '80s.
18        Correct?
19    A.    They evaluated -- I don't
20 know -- I never met anybody, so I don't know
21 if they were in the community.  I do know
22 that they had looked at potential problems,
23 but nothing that was related to the community
24 in any way.
25    Q.    Right.

1        And after they came out,
2 you're -- the information you were given was,
3 no action was taken, and so you -- your
4 assumption was that there was nothing -- no
5 ongoing concern about exposure.
6        Fair?
7    A.    Right, I would say yes.
8    Q.    Okay.
9    A.    Yeah.
10    Q.    All right.  In fact,
11 vermiculite, you understand, is a benign
12 substance.
13        Right?
14    A.    For all we know, yes.
15    Q.    Okay.  It has lots of uses,
16 right?
17        Soil conditioners, other things
18 like that, fair?
19    A.    Uh-huh, yes.
20    Q.    And you, even back in the '70s
21 and '80s, were comfortable handling and
22 working with this vermiculite that was around
23 town.
24        Right?
25    A.    Well, I wasn't concerned with

1 it being around town, right.
2    Q.    Right.
3        In fact, you and others around
4 town would head over to these piles of
5 vermiculite that had been placed in various
6 places and get it and use it in your homes.
7        Right?
8    A.    It was available to the
9 community.  It was made available to the
10 community, yes.
11    Q.    Right.
12        And you, in fact, yourself, I
13 believe you told me got some back in the late
14 '70s, loaded up a truck and put it in your
15 own yard.
16        Right?
17    A.    I did.
18    Q.    Okay.  All right.  And you
19 would not have done that if you thought that
20 that material was unsafe.
21        Correct?
22    A.    With what I had experienced up
23 to that point, I would say, yes, I would have
24 obviously done something different, but I was
25 not worried.

Page 18

1    Q.   Okay.  In fact, back in the
2  '80s and, in fact, all the way up through the
3  '90s, would it be fair to say, sir, that as
4  county health officer in Libby, Montana, you
5  had no knowledge of any hazards that might be
6  associated with handling the processed ore or
7  the finished products that came out of the
8  W.R. Grace mine.
9        Fair?
10   A.   I was not aware of any.
11   Q.   Okay.  As far as you understood
12 during that whole time period, the products
13 that were coming out of the mine, they were
14 being distributed around the country, and
15 they were safe.
16       Correct?
17   A.   That -- my understanding was at
18 that time, yes.
19   Q.   Okay.  And you did not become
20 aware of any public health concerns being
21 raised about Libby vermiculite in the town of
22 Libby until an article came out in 1999 that
23 was published in the Seattle Intelligencer.
24       Correct?
25   A.   Yes, that was the first

Page 19

1  awareness.
2    Q.   All right.  And, in fact, I
3  think you've said on more than one occasion
4  that when that came out and you learned this
5  information, you were dumbfounded, was your
6  word?
7    A.   I was humbled.
8    Q.   All right.  And if you had
9  known something earlier, if there was an
10 awareness in the community that there might
11 be some health concerns related to this
12 vermiculite, you, as the county health
13 officer, I think you've already said it
14 before, would have taken action to protect
15 the people of Libby.
16       Fair?
17   A.   I would have loved to have
18 known it earlier, yes.
19   Q.   All right.  All right.  Now, I
20 want to switch gears and talk about your time
21 with the CARD Clinic.
22       Okay?
23       All right.  So up until -- as
24 we get into the 1990s, I think you said
25 because of demographics changing, your

Page 20

1  pediatric practice had started to kind of
2  tail off.
3        Right?
4    A.   I changed practices at that
5  point, right.
6        MS. GEE:  I'm just going to
7    object here.  He can talk about CARD
8    records concerning Plaintiff Walder.
9    I'm not sure where this fits into the
10   topics here.
11       MR. KNIGHT:  Okay.  We'll --
12   I'll keep asking my questions, and if
13   you want to lodge an objection, you
14   can.  You can preserve them all, too,
15   as we are, if you'd like.
16       MS. GEE:  I would like to lodge
17   it since it's outside the scope here.
18       MR. KNIGHT:  Okay.  I disagree,
19   but thank you.
20 QUESTIONS BY MR. KNIGHT:
21   Q.   All right.  Now, let's talk
22 about that.
23       So in the 1990s, you switched
24 practice.  From the '70s to the '80s, you had
25 no formal medical training outside of

Page 21

1  pediatrics, though.
2        Correct?
3    A.   Not formal training.
4    Q.   Okay.
5    A.   But --
6    Q.   And none of your practice
7  leading up to the '90s was in pulmonology or
8  radiology.
9        Correct?
10   A.   Not specifically.
11   Q.   Okay.
12       MS. GEE:  Mr. Knight, I'm going
13   to lodge a continuing objection to
14   anything about his time at the CARD
15   Clinic if it does not involve
16   Plaintiff Walder.
17       MR. KNIGHT:  Understood.  Thank
18 you.
19       MS. GEE:  Thanks.
20       MR. KNIGHT:  Given.
21 QUESTIONS BY MR. KNIGHT:
22   Q.   All right.  But you ended up in
23 the '90s becoming affiliated with this clinic
24 that became known as the CARD Clinic.
25       Right?

Page 22

1        Or early 2000s?
2    A.    2000s -- I was going to say --
3    Q.    I'm sorry, yes.
4    A.    2000.  I would say 2000, yeah.
5    Q.    Thank you.
6    A.    Yeah.
7    Q.    After that article came out
8  that we talked about, the Seattle article,
9  sometime shortly after that is when you
10  became affiliated with this clinic.
11        Fair?
12    A.    I was working for the hospital.
13  I wasn't in a clinic at that -- we did not
14  have the clinic.  I was working ER at the
15  hospital.  I ran the ER program at the
16  hospital.
17    Q.    Okay.  And the what I'm going
18  to call the CARD Clinic in its initial kind
19  of form was a part of the hospital.
20        Right?
21    A.    Yeah, it was not the CARD
22  Clinic.
23    Q.    Right.
24    A.    It was a -- basically a project
25  of the hospital, which I directed.

Page 23

1    Q.    Okay.  And originally when you
2  were directing this -- I'm going to keep
3  calling it a clinic, if it's okay, just to
4  kind of separate it from the hospital.
5        Okay?
6    A.    Yeah.
7    Q.    All right.  Originally when you
8  were responsible for this clinic while it was
9  at the hospital, there was a protocol that
10  was in place that required that clinic to
11  have a positive -- in order to have a
12  positive finding of asbestos disease or a
13  positive diagnosis, it required the use of
14  B-reads by certified pulmonologists or
15  internists.
16        Correct?
17        MS. GEE:  Mr. Knight, I'm going
18    to object.  What does this have to do
19    with Plaintiff Walder's medical
20    records?
21        MR. KNIGHT:  Okay.  So that's
22    not the only topics that the judge has
23    allowed us to get into.  He's also
24    allowed us to get into evidence as
25    relates to the studies and the cohorts

Page 24

1    that developed through the CARD
2    Clinic.  And I'm leading up into that,
3    and I do believe this is all relevant.
4        So we're on a really tight time
5    frame.  You've got a continuing
6    objection.  I would like to continue
7    with my examination.
8        Okay?
9        MS. GEE:  Understood.
10    Continue.
11        MR. KNIGHT:  Thank you.
12  QUESTIONS BY MR. KNIGHT:
13    Q.    All right, sir.  During that
14  time period at the hospital, in order to have
15  a positive diagnosis of asbestos-related
16  disease, the protocol put in place required
17  the use of a B-read by certified
18  pulmonologists or internists.
19        Correct?
20    A.    No.
21    Q.    All right.  Sir, I'm going to
22  read -- ask you -- in your deposition that
23  I've just shown you from 2018, you were
24  asked:
25        "And in this plan or this

Page 25

1    hospital setup was administered by the
2    Health Network of America, correct?"
3        And you said:  "Right."
4        And that's referring to the
5  clinic that you had at the hospital --
6        MR. LANIER:  Page and line?
7        MR. KNIGHT:  88, line 1.
8  QUESTIONS BY MR. KNIGHT:
9    Q.    Correct?
10    A.    I don't know.
11    Q.    All right.
12    A.    You'll have to show me.  I
13  can't answer that.
14    Q.    All right.  Tell you what, take
15  just a second.  Let's look at the 87,
16  line 18, and you can read down to 88, line 9.
17    A.    Yeah.
18    Q.    Okay.
19    A.    I mean, I answered it the
20  way -- the way you asked the questions, I
21  answered what I meant to answer.
22    Q.    Okay.  And when I asked you:
23        "What they put in place was a
24        protocol that required there to be --
25        for there to be a positive finding of

Page 26

1     an asbestos disease, they required the
2     use of B-reads by certified
3     pulmonologists or internists, correct?"
4          Your response is: "They did
5     for their program."
6          Right?
7     A.    For their program.
8     Q.    Right.
9     A.    That's different, yes.
10    Q.    The HNA --
11    A.    For that specific health
12    program, that was true.
13    Q.    Okay.  Thank you.
14        Now, just so we're clear, a
15    B-read is a -- kind of a program that was
16    developed through the World Health
17    Organization that get -- that provides a
18    standardized way of reviewing X-rays to
19    evaluate for asbestos disease.
20        Correct?
21    A.    That's part of what it does,
22    yes.
23    Q.    All right.  And to become a
24    B-reader, a certified B-reader, you have to
25    go through a certification and qualification

Page 27

1     process through the National Institute of
2     Occupational Safety and Health, or NIOSH.
3         Correct, sir?
4     A.    Yes.
5     Q.    Okay.  All right.  So you had
6     that system.  And then in 2003, I believe, is
7     when your clinic separated from the hospital
8     and became the CARD Clinic.
9         Correct?
10    A.    I believe it was 2003, yes.
11    Q.    All right.  And when it
12    separated in -- from the hospital, you took
13    over the CARD Clinic as chief medical officer
14    and CEO?
15    A.    I was just the chief medical
16    officer, yes, sir.
17    Q.    All right.  You referred to
18    yourself as the CEO --
19    A.    No.
20    Q.    -- on many occasions?
21    A.    No.  No.  Somebody assigned
22    that later on, so...
23    Q.    Okay.  All right.  Someone
24    assigned it to you, huh?
25    A.    Yeah, later on.

Page 28

1     Q.    Okay.  Fair enough.
2     A.    It's a small organization.
3     Q.    All right.  And your mission or
4     one of your missions at the CARD Clinic was
5     to screen members of the Libby community for
6     asbestos disease.
7         Correct?
8     A.    Yes.
9     Q.    All right.  And over the next
10    many years, I believe you were the -- you ran
11    the clinic for about 18 years.
12        Right?
13    A.    Yes.  It would be 18 years,
14    yeah.
15    Q.    Over those next many years, you
16    and your clinic diagnosed hundreds of people
17    with asbestos-related disease.
18        Fair?
19    A.    Yes.
20    Q.    Okay.  You understand, I
21    believe you testified on many occasions, that
22    the American Thoracic Society has a standard
23    for what's required in a proper diagnosis of
24    asbestos disease.
25        Is that right?

Page 29

1     A.    I believe -- I thought I said
2     guidelines.  They provide the guidelines for
3     clinicians to make a diagnosis.
4     Q.    Got it.
5     A.    There's not -- there's not a
6     standard.  It's a guideline document.
7     Q.    Okay.  Understood.
8     A.    Okay.
9     Q.    And those are guidelines that
10    you believe you had to follow in order to
11    properly diagnose someone with asbestos
12    disease?
13    A.    We utilized those as our
14    standards.
15    Q.    Okay.
16    A.    Within our organization to
17    diagnose, yes.
18    Q.    And one of the elements or
19    requirements in this guideline is evidence of
20    some type of asbestos-related abnormality as
21    shown in an X-ray or CT scan.
22        Correct?
23    A.    That -- would you repeat that?
24    I'm sorry.
25    Q.    Sure.  One of --

Page 30

1    A.    I want to catch all of it.
2    Q.    Yeah.
3          One of the requirements in
4  these guidelines that we're talking about is
5  that you must have evidence of an
6  asbestos-related abnormality that's shown in
7  an X-ray or a CT scan.
8          Correct?
9    A.    You need -- it's a structural
10 change you're looking for.
11   Q.    Got it.
12   A.    Many times not a diagnostic,
13 but a structural change that could be
14 consistent --
15   Q.    Okay.
16   A.    -- with an asbestos exposure.
17   Q.    Now, you are not a trained
18 radiologist.
19        Right?
20   A.    Right.
21   Q.    You're -- you did no residency
22 in radiology?
23   A.    I did not.
24   Q.    All right.  You never worked in
25 a radiology clinic?

Page 31

1    A.    No.
2    Q.    Okay.  You're not a member of
3  the American College of Radiology?
4    A.    No.
5    Q.    All right.  In fact, you've
6  never read the American College of Radiology
7  standards of care.
8          Correct?
9    A.    I don't -- you learn more -- a
10 lot of the guidelines.  I don't know the
11 standard radiologists have.  They have
12 guidelines on how they operate.
13   Q.    Sir, you gave testimony in a
14 proceeding involving the CARD Clinic just
15 earlier this year in July.
16        Do you recall that?
17   A.    I don't.
18   Q.    All right.  In that proceeding
19 you testified that you've never read the
20 American College of Radiology's standards of
21 care.
22        Correct?
23   A.    Yes.
24   Q.    Okay.  In this new arrangement
25 that you had with the CARD Clinic, you relied

Page 32

1  largely on grants to fund your practice.
2          Correct?
3    A.    Not initially.  We operated on
4  fee for service as our primary --
5    Q.    At some point in your practice?
6    A.    Okay.  Yes.  Yes.
7    Q.    Okay.  Thank you.  I appreciate
8  the clarification.
9          And your grant requirements
10 required the CARD Clinic to submit X-rays of
11 people that the CARD Clinic was screening and
12 submit these X-rays to an outside B-reader
13 panel made up of NIOSH-certified B-readers.
14        Correct?
15   A.    Yes.
16   Q.    Okay.  All right.  You also
17 have no formal training in pulmonology.
18        Right, sir?
19   A.    Not formal.
20   Q.    Okay.  And you're not a
21 B-reader.  You don't do B-reads.  You're not
22 qualified to do that.
23        Right, sir?
24   A.    Right.
25   Q.    Okay.  You did have a

Page 33

1  pulmonologist on staff at certain points
2  during your tenure at CARD Clinic.
3          Correct?
4    A.    Correct.
5    Q.    All right.  You had a gentleman
6  named Dr. Whitehouse who was there from 2003
7  to about 2009?
8    A.    Yeah, it was some -- yes,
9  on-site, yes.
10   Q.    Okay.  And then you had
11 someone, a gentleman named Dr. Loewen, who
12 was there from about 2013 to about 2016.
13        Correct?
14   A.    I'd have to look back.  I don't
15 know the exact time -- years, but, yes, he
16 was there at our clinic for several years.
17   Q.    All right.  I'll represent to
18 you you've testified to those years before.
19 I know it's been a while.
20        Okay?  All right?  Will you
21 accept that for me?
22   A.    That's fine.
23   Q.    All right.  During that time
24 period between when Dr. Whitehouse left and
25 when Dr. Loewen arrived, CARD Clinic did not

9 (Pages 30 - 33)

Page 34

1 have a pulmonologist or a radiologist on
2 staff.
3          Correct?
4     A.    That's correct.
5     Q.    And then after Dr. Loewen left,
6 for many years you continued to not have a
7 pulmonologist on staff.
8          Correct?
9     A.    That's correct.
10    Q.    And you also did not have a
11 radiologist on staff.
12         Correct?
13    A.    Correct.
14    Q.    Okay.  But during those many
15 years, you continued to diagnose hundreds of
16 people with asbestos-related disease.
17         Correct?
18    A.    Correct.
19    Q.    In fact, you also didn't have
20 at the CARD Clinic any X-ray or CT scan
21 equipment.
22         Did you?
23    A.    No.
24    Q.    Okay.  You would -- because of
25 that, because of what we've just described,

Page 35

1 send your patients out to one of the local
2 hospitals in Libby or perhaps in Kalispell to
3 have their X-rays or CT scans performed by
4 those radiology departments.
5          Right?
6     A.    Yes.
7     Q.    Okay.  And then as required by
8 your grant, you would send off X-rays to
9 the -- that panel of NIOSH-certified
10 B-readers as well.
11         Correct?
12    A.    Oh, with our -- with the grant?
13    Q.    Yes, sir.
14    A.    Yes.  With our screening grant,
15 yes.
16    Q.    All right.  But you testified
17 recently, sir, that CARD routinely diagnosed
18 patients with asbestos-related disease before
19 ever looking at those B-reader
20 interpretations.
21         Right, sir?
22    A.    Yes.
23    Q.    CARD routinely diagnosed
24 patients with asbestos-related disease before
25 even those local radiologists who performed

Page 36

1 the X-rays and CT scans had interpreted those
2 X-rays or CT scans.
3          Correct?
4          MS. GEE:  Mr. Knight, I'm going
5     to object because you haven't
6     mentioned a single study yet.  I --
7     this is far and outside the scope.
8          MR. KNIGHT:  I disagree.  Thank
9     you for your objection.
10 QUESTIONS BY MR. KNIGHT:
11    Q.    Isn't it correct that CARD
12 diagnosed --
13         MS. GEE:  Yeah, Mr. Knight, if
14    you don't bring up a study here, I'm
15    going to have to instruct him not to
16    answer.
17         MR. KNIGHT:  Okay.  I'm laying
18    a foundation to get to the study.  And
19    I'm entitled to run my examination the
20    way that I choose.
21         If you're instructing the
22    witness not to answer my questions, we
23    can deal with that, but otherwise, I
24    would like to continue.
25         MS. GEE:  Okay.  Let's see if

Page 37

1 we get to a study.
2          MR. KNIGHT:  All right.  Thank
3     you.
4 QUESTIONS BY MR. KNIGHT:
5     Q.    Isn't it true that CARD
6 diagnosed patients with asbestos disease
7 routinely before these local radiologists had
8 even interpreted their X-rays or CT scans?
9     A.    Yes.
10    Q.    In fact, sir, isn't it true
11 that CARD routinely diagnosed patients with
12 asbestos-related disease when those local
13 radiologists, thoracic radiologists, had
14 actually interpreted the CT scan and found no
15 abnormalities.
16         Correct?
17    A.    Yes.
18    Q.    CARD coined a term called
19 "lamellar pleural thickening."
20         Right?
21    A.    Yes.
22    Q.    All right.  And this term
23 "lamellar pleural thickening" is something
24 that you've described as an asbestos-related
25 disease or abnormality that you found in the

Golkow Technologies,
A Veritext Division

877-370-3377

10 (Pages 34 - 37)

Ex. 1 - 10
www.veritext.com

Page 38

1 pleura of people or the pleura around the
2 lungs of patients of yours.
3          Right?
4      A.    I would like to describe it
5 differently.  I don't -- I can't say yes.
6      Q.    Am I close?
7      A.    No.
8      Q.    Okay.  All right.  Fair enough.
9 I'll just ask you this question, Doctor, in
10 the interest of time.
11          There has never been a
12 peer-reviewed or a control group study
13 related to lamellar pleural thickening.
14          Correct?
15      A.    It's been published, yes.  It's
16 in the literature.
17      Q.    All right.  So I'm going to
18 hand you this document here, if you don't
19 mind.
20          On page 1, you'll see this is
21 testimony of Charles Bradford Black, MD,
22 given June 22 of 2023.
23          Do you see that, sir?
24          MR. LANIER:  Do you have a copy
25      for me, please?  Page and line?

Page 39

1          THE WITNESS:  See what year is
2      this?  What year are we at here?
3          MR. KNIGHT:  Front page.
4          THE WITNESS:  Got it here,
5      yeah.
6 QUESTIONS BY MR. KNIGHT:
7      Q.    All right.  Do you see that?
8          And I want to direct your
9 attention to line 87 -- or excuse me,
10 page 87, line 16.
11          Are you there, sir?
12      A.    Yes, I see it.
13      Q.    Okay.
14      A.    Yeah.
15      Q.    All right.  And would you read
16 just those few lines to yourself?
17      A.    Yes.  There was a question:
18          "Right, and there's never been a
19      peer-reviewed or control study group
20      related to lamellar pleural thickening.
21      That's correct."
22      Q.    All right, sir.  Thank you.
23 Can I have that back, please?
24      A.    For the control group is what
25 you said, so...

Page 40

1      Q.    Yeah.  All right, sir.
2          So to be clear, there has never
3 been a peer-reviewed -- let me just get to
4 your testimony so I don't get it wrong.
5          There's never been a
6 peer-reviewed or control group study related
7 to lamellar pleural thickening.
8          Correct?
9      A.    Not a control group, but we
10 have had a -- publications.  They're
11 peer-reviewed that are in the literature.
12      Q.    Is the answer correct?
13      A.    Not -- I guess I didn't catch
14 that, but I -- it's not correct the way
15 it's --
16      Q.    Sir.
17      A.    The way it comes across.
18      Q.    Your answer under oath --
19      A.    I see it.  I did it wrong.
20 Because I missed the two --
21      Q.    Okay.
22      A.    -- items there.  There's one
23 that you asked, and there's one that, yes,
24 there has been others.  There is a literature
25 that surrounds a peer-reviewed study that

Page 41

1 describes lamellar pleural thickening.
2      Q.    Thank you, sir.
3      A.    And but under a control
4 group --
5      Q.    Dr. Black, I need to ask you my
6 questions --
7          MR. LANIER:  Let him finish his
8      answer.
9          Please finish your answer.
10          THE WITNESS:  But there's not a
11      control group study.  That's what you
12      asked.  Two questions.  And I didn't
13      catch that.  And I said, yes, there's
14      been -- or, no, there hasn't been a
15      control group study, but there has
16      been published literature describing
17      lamellar pleural thickening that was
18      peer-reviewed.
19          That's what I'm trying to
20      clarify.
21 QUESTIONS BY MR. KNIGHT:
22      Q.    We'll get to that, but --
23      A.    Okay.
24      Q.    In June -- on June 22 of 2023,
25 Dr. Black, you were asked:

11 (Pages 38 - 41)

Page 42

1      "And there's never been a
2   peer-reviewed or control group study
3   related to lamellar pleural thickening,
4   correct?"
5          And your answer was:
6   "Correct."
7      A.   And I was wrong.  And I was
8   wrong.
9      Q.   Did I read that right?
10     A.   That said it -- I --
11     Q.   My question was simply, did I
12  read that correctly?
13         MR. LANIER:  Let him answer his
14     question.
15  QUESTIONS BY MR. KNIGHT:
16     Q.   Did I read that correctly?
17     A.   Yes, you read that correctly.
18     Q.   All right.  Thank you.
19         Now, you know from your work
20  that you've done that Libby vermiculite was
21  distributed all over the country, to 180 or
22  more processing facilities.
23         Right?  Correct?
24     A.   Yes, right.  Correct.
25     Q.   But you're not aware of any

Page 43

1   doctor around the country diagnosing
2   something called lamellar pleural thickening
3   at any of these other sites or any of these
4   other towns.
5          Correct, sir?
6          MS. GEE:  Mr. Knight, I've got
7      to object.  Do we have a cohort study
8      on lamellar -- I can't even pronounce
9      it correctly.
10         MR. KNIGHT:  We do.
11  QUESTIONS BY MR. KNIGHT:
12     Q.   Correct?
13     A.   What was the question again?
14  I'm sorry.
15     Q.   Sure.
16         You're not aware of any doctor
17  diagnosing something called lamellar pleural
18  thickening at any of these other sites or any
19  of these other towns.
20         Correct, sir?
21     A.   Well, I mean, people that have
22  worked with it, yes.  At Mount Sinai where
23  they've studied this.  They have looked at
24  it, and we've written articles on it.
25     Q.   Sir, in -- on July 24, 2018,

Page 44

1   you were asked under oath:
2          "You're not aware of any doctor
3      diagnosing something called lamellar
4      pleural thickening" --
5          MR. LANIER:  Page and line?
6          MR. KNIGHT:  272, line 1.
7          MR. LANIER:  Which --
8   QUESTIONS BY MR. KNIGHT:
9      Q.   "You're not aware of any doctor
10     diagnosing something called lamellar
11     pleural thickening at any of these
12     other sites or any of these other
13     towns, right?"
14         And your answer was:  "I'm not
15     aware of them describing anything like
16     that."
17         Is that correct, sir?
18     A.   Let me see it here, so...
19         I would -- I think I
20  interpreted that as being anywhere around the
21  country.
22     Q.   Sir, my question was just
23  simply did I read that correctly?
24     A.   Yeah.
25     Q.   I did?  Thank you.

Page 45

1      A.   I don't think it's clear,
2   but...
3      Q.   You're aware through your work
4   sending out all of these patients to these
5   local radiologists and getting their findings
6   back that hundreds of patients that you
7   diagnosed with lamellar pleural thickening,
8   these other radiologists have kind of -- have
9   reported back that in their patient records
10  that that is not what that is, it is not an
11  asbestos disease, what you were looking at
12  was normal pleural fat.
13         You're aware of that, right,
14  sir?
15     A.   I'm very aware of that, yes.
16     Q.   All right.  As a part of what
17  you did at the CARD Clinic, when you would
18  diagnose someone with asbestos-related
19  disease, you would also turn in a form called
20  an EHH form to the federal government that
21  would then qualify that patient of yours for
22  Medicaid for life -- or Medicare for life,
23  excuse me.
24         Correct?
25     A.   Yes.

12 (Pages 42 - 45)

Ex. 1 - 12

Page 46

1    Q.    Okay.  In potentially hundreds
2  of these EHH forms, you as the provider for
3  CARD checked off that your patient had an
4  asbestos-related disease, even though you
5  knew the patient did not have a diagnosis of
6  asbestos-related disease.
7        Correct?
8        MR. LANIER:  Which study?
9        MS. GEE:  Mr. Knight, I have to
10   object.  We can take a break or I can
11   instruct him not to answer now, but I
12   see no correlation between the
13   cohorts.
14       MR. KNIGHT:  That's fine, we
15   can take a break if you want to talk
16   about it.
17       MR. LANIER:  We don't need a
18   break.  If she's going to instruct him
19   not to answer, she can do that on the
20   record.
21       MR. KNIGHT:  Well, this is
22   between us, Mark, but --
23       MS. GEE:  Sure.
24       MR. KNIGHT:  -- would you like
25   a break?

Page 47

1        MS. GEE:  Let's go on break.
2        MR. KNIGHT:  Okay.
3        MS. GEE:  Okay.
4        VIDEOGRAPHER:  Going off the
5   record.  The time is 2:34.
6        (Off the record at 2:34 p.m.)
7        VIDEOGRAPHER:  We're going back
8   on the record.  The time is 2:43.
9  QUESTIONS BY MR. KNIGHT:
10   Q.    So, Dr. Black, isn't it true
11  that in well over at least a hundred of these
12  EHH forms, you as the provider for CARD
13  Clinic checked a box that one of these
14  patients of yours had an asbestos-related
15  disease and you did that even though you knew
16  that patient did not have an asbestos-related
17  disease.
18       Isn't that correct?
19       MS. GEE:  And I'm going to
20   object and instruct you not to answer.
21   This is far and beyond the scope.
22       We've reviewed the studies that
23   you said this foundation related to
24   and do not believe that those relate
25   to any cohort.

Page 48

1        So unless we can start
2   discussing the cohorts, of which he
3   has personal knowledge, I'm going to
4   instruct him not to answer.
5  QUESTIONS BY MR. KNIGHT:
6    Q.    All right.  Dr. Black, are you
7  not answering the question on the advice of
8  your counsel?
9    A.    Pardon?
10   Q.    Are you refusing to answer my
11  question on the advice of your counsel?
12   A.    Yes.
13   Q.    All right.  Thank you.
14       Dr. Black, these people, these
15  patients, that were coming in to the CARD
16  Clinic and receiving diagnoses from you and
17  others at CARD, are the same people that
18  ended up making up the data for articles that
19  you published.
20       Correct?
21   A.    Not all of them, but some of --
22  some of them were.
23   Q.    Right.
24       The same people that would come
25  in and get diagnoses from you of an

Page 49

1  asbestos-related disease, you would then ask
2  them to sign releases to become a part of
3  your research pool.
4        Wouldn't you?
5    A.    We did that for everybody.
6    Q.    Right.
7    A.    Whether they were diagnosed or
8  not, they signed a form agreeing to
9  participate in --
10   Q.    In your research pool?
11   A.    In research, yes.
12   Q.    All right.  And you referred to
13  this research pool in prior depositions as a
14  cohort.
15       Correct?
16   A.    I wouldn't call them a cohort.
17  They're our patients and we --
18   Q.    I'm not talking about your
19  patients.
20       I'm talking about once you have
21  entered them into your research database, for
22  lack of a better term, you have referred to
23  those people or that group of people as a
24  cohort, have you not?
25   A.    Not until we develop a research

Page 50

1  project and then they are included in a
2  cohort for study, but otherwise, it's just
3  something they agree to do if in the future
4  we do have a project where we want to develop
5  a cohort.
6      Q.    Right.
7          And as you just said, many of
8  these patients of yours that sign these
9  releases became a part of the dataset used
10 for your articles and your studies.
11 Correct?
12     A.    A certain select number have
13 been, not -- not all of them, so...
14     Q.    All right.  You and
15 Dr. Whitehouse teamed up on several articles.
16     Right, sir?
17     A.    We might be on an article
18 together, but there's usually a primary
19 investigator.
20     Q.    My question was simply you and
21 Dr. Whitehouse teamed up together on several
22 articles.
23     Correct?
24     A.    I guess -- I don't know if I
25 would call it "teamed up."  I would say that

Page 51

1  that was his initiative project, and I
2  contributed, so...
3      Q.    You worked together.
4      Fair?
5      A.    Yeah.  We collaborated, yes.
6      Q.    All right.  You authored an
7  article in 2010 where you were comparing
8  X-rays and giving opinions about disease
9  progression in the population of Libby.
10     Right?
11     A.    I'm -- I need that -- show me
12 where you're -- where that is.
13         What year was that, you said?
14     Q.    2010.
15     A.    I'll just have to see it.
16     Q.    You recall an article published
17 in 2010 in the Journal of Radiology titled
18 "Workers With Libby Amphibole:  A
19 Retrospective Identification and Progression
20 of Radiographic Changes"?
21     A.    That wasn't with
22 Dr. Whitehouse.
23     Q.    I asked you if you had -- if
24 you had been a part of that study.
25     A.    Oh, I thought -- see, I didn't

Page 52

1  hear that.
2      Q.    I misspoke, if I said that,
3  yes.
4      A.    I appreciate you letting me
5  know that.
6      Q.    That was an article that you
7  contributed to.
8          Correct?
9      A.    I was -- I was a -- I did some
10 contribution to that.
11     Q.    Right.
12         And that relied in part on the
13 data that you collected through your patients
14 at CARD Clinic.
15         Correct?
16     A.    No, actually that was -- those
17 were X-rays that had been taken on Zonolite
18 workers, and we were able to -- the hospital
19 transferred those to us to keep for further
20 use.  But they were given to the hospital by
21 the company who didn't want -- didn't throw
22 them away and left them with the hospital.
23         So there's a whole group of
24 X-rays that were taken and we studied those
25 with the -- HSTR was the driver of that

Page 53

1  study.
2      Q.    You also contributed to an
3  article in 2008 titled "Environmental
4  Exposure to Libby Asbestos and
5  Mesotheliomas."
6          Right, sir?
7      A.    I was on that article, yes.
8      Q.    Right.
9          Was that with Dr. Whitehouse?
10     A.    He was the lead investigator,
11 yes.
12     Q.    And that included reference to
13 data that you and Dr. Whitehouse had
14 collected, at least in part, in your own CARD
15 Clinic.
16         Correct?
17     A.    Well, those were all based on a
18 diagnosis of mesothelioma, so --
19     Q.    Right.
20     A.    -- yeah.
21     Q.    Through the CARD Clinic?
22     A.    Well, not all through CARD.  He
23 had some also that he had in his practice --
24     Q.    Understood.
25     A.    -- before he came in.  So -- so

14 (Pages 50 - 53)

Page 54

1  it was a mix.  And so we didn't -- it wasn't
2  all CARD patients.
3      Q.    You and Dr. Whitehouse also
4  worked on a mortality study.
5          Right, sir?
6      A.    Yeah -- well, yes.  I didn't do
7  much, but, yeah, Dr. Whitehouse did and --
8  yeah.
9      Q.    All right.  This study,
10  ultimately, I believe was published in 2021,
11  but you guys worked on it for many years?
12     A.    Well, actually, it was started
13  with -- Dr. Whitehouse initiated that study
14  and worked with Dr. Arthur Frank and
15  basically doing the -- a lot of the clinical
16  work.  And then Dr. Whitehouse had passed
17  away, and we didn't want it to -- we wanted
18  the article to get out because we wanted --
19  we thought it was valuable to have that
20  information for people to know that -- that
21  there's a significant outcome related to this
22  Libby disease and the clinic population.
23     Q.    All right.  CARD uses a
24  foundation called the CARD Foundation, or at
25  least at one point in time did as a

Page 55

1  fundraising arm.
2          Correct?
3      A.    Yes, it was a fundraising
4  organization.
5      Q.    All right.  You testified in a
6  deposition with me back in 2018 that CARD
7  does not get any funding, either directly or
8  indirectly, from plaintiff lawyers.
9          Do you recall testifying to
10  that under oath?
11     A.    CARD Clinic doesn't.  I think
12  I -- didn't I clarify CARD Clinic does not
13  receive any money directly from --
14     Q.    You said directly or indirectly
15  from plaintiff lawyers.
16          Do you recall that?
17     MR. LANIER:  Does it say CARD
18  Clinic, or does it say -- page and
19  line, please.
20     MR. KNIGHT:  104, line 6.
21     MR. LANIER:  Date of depo?
22     MR. KNIGHT:  5/25 of '18.
23     MS. LANIER:  Did you say 104?
24     MR. KNIGHT:  Yes.
25     MS. LANIER:  Thank you.

Page 56

1  QUESTIONS BY MR. KNIGHT:
2      Q.    Sir, I'm going to ask you to
3  refer to page 104, line 6 of your deposition.
4      A.    Line 6?
5      Q.    Yes, sir.
6          And were you asked does CARD
7  receive funding either directly or indirectly
8  from plaintiff lawyers, and your response was
9  no.
10         Correct, sir?
11     A.    I said no then, yes.
12     Q.    All right.  Thank you.
13     A.    That's all I knew at that time,
14  so, yeah.
15     Q.    It was also your testimony
16  under oath in 2018 that the CARD Foundation
17  did not route funds from plaintiff lawyers to
18  the CARD Clinic.
19         That was your testimony in
20  2018, correct?
21     A.    The what -- I'm sorry, would
22  you --
23     Q.    Your testimony in 2018 was that
24  the CARD Foundation does not route funds from
25  plaintiff lawyers to the CARD Clinic.

Page 57

1          Do you recall testifying to
2  that?
3      A.    I don't.
4      Q.    I'll ask you to refer to
5  line 22 of that same page.  Ask you just to
6  read those last few lines to yourself.
7      A.    On 22, is that what you said?
8      Q.    104, line 22.
9      A.    22?
10     Q.    Yes, sir.
11     A.    Right.  Well, I didn't answer
12  that correctly, obviously.  I didn't know
13  enough about it, and I didn't answer it
14  right.
15         Looking back, I probably
16  shouldn't have answered it because I didn't
17  know.  I didn't know all the details on that.
18  I was -- I ran the clinic, didn't -- I didn't
19  manage the -- any financial transaction.
20     Q.    Well, sir, you were asked in
21  2018 does the CARD Foundation route funds for
22  {sic} plaintiff lawyers to the CARD Clinic,
23  and your response was:  "We have not had any
24  money that comes from lawyers from any way."
25         That was your testimony under

Page 58

1  oath, right, sir?
2      A.    I --
3      Q.    Did I read that correctly?
4      A.    I said it wrong.  I said it
5  wrong.  I miss -- I didn't know if I didn't
6  hear it right or what, but I would have said
7  not clinic.
8      Q.    All right.  Because 2023, just
9  last year, you testified that CARD does
10  receive donations, even directly from
11  plaintiff lawyers.
12          Correct, sir?
13      A.    We take donations from anybody
14  that will give us money.
15      Q.    Sir, my question was, you take
16  donations from plaintiff lawyers.
17          Don't you?
18      A.    Our foundation did, yes.
19      Q.    All right.  And the CARD Clinic
20  received donations directly from plaintiff
21  lawyers, too.
22          Correct?
23      A.    I think so, but I don't know of
24  that.  I shouldn't say because I -- once
25  again, I don't deal with those transactions.

Page 59

1  I'm vaguely aware, yes, there were some
2  contributions.
3      Q.    Okay.
4      A.    That --
5      Q.    Well, sir, you just testified
6  just a few months -- nine months ago about
7  receiving $20,000, for example, in donations
8  from a national asbestos plaintiff law firm
9  back in 2016.
10          Correct?
11      A.    Yes.
12      Q.    All right.  You just testified
13  back in -- nine months ago that you received
14  multiple other donations through the
15  foundation from plaintiff lawyers.
16          Correct?  You meaning the CARD
17  Clinic?
18      A.    I don't know.  I'll have to
19  look at that.  I can't --
20      Q.    All right.  I will refer you to
21  page 71, 24.
22          Were you asked:  "These
23      donations here in the CARD's newsletter
24      are not the only funds from lawyers
25      that CARD has received through the

Page 60

1      foundation?"
2          And your answer was:
3      "Correct."
4          Does that sound right to you,
5  sir?
6      A.    Just let me see here.
7      Q.    Sure.
8      A.    So...
9      Q.    In fact, sir, while you're
10  looking at that, I'll ask you just a
11  different question.
12          During the time -- during just
13  a period of maybe four years, in fact, you
14  were asked questions and testified just
15  recently, sir, didn't you, that CARD Clinic,
16  through its foundation, received over
17  $116,000 in donations from plaintiff lawyers.
18          Right, sir?
19      A.    Like I said, I'm not -- I
20  don't -- I'm not involved in that aspect of
21  the -- of what's happening, and that's
22  handled through our administrative folks in
23  our clinic.
24          And so I'm not -- I'm busy
25  enough with what I do in terms of the clinic,

Page 61

1  so I would have to say that I probably should
2  not have answered questions that I didn't
3  know full about, and I didn't at that time,
4  so...
5      Q.    Well, sir, you've seen this
6  document before, right?  You were shown it
7  during your testimony in June of last year?
8      A.    Of last year?
9      Q.    You discussed -- you were shown
10  that exhibit in your testimony of last year,
11  and you testified to being familiar with it,
12  sir.
13      A.    Oh.  I don't remember.  I can't
14  remember.
15      Q.    I'll ask you to refer to
16  page 73, line 14 of this same testimony, sir.
17          In fact, didn't you receive
18  donations through your foundation funneled to
19  CARD Clinic of over $116,000 from plaintiff
20  lawyers?
21      A.    I don't -- I can't answer
22  exactly how much.  I need to -- just, like I
23  said, I'm not clear on exactly what happened,
24  all the transactions.  I'm aware that we had
25  monies that went to the foundation, and the

16 (Pages 58 - 61)

Ex. 1 - 16

Page 62

1 foundation then would -- if there was an
2 appropriate activity and they wanted to fund
3 it, then they did it. That's my
4 understanding, but I wasn't involved in any
5 of that.
6     Q.    Sir, on page 73, line 14, you
7 were asked:
8            "Over the years do we see a
9     total donation amount of $116,000 from
10    plaintiffs' attorneys?"
11           And your answer was: "Yes."
12           Correct, sir?
13    A.    Well, looking at that I would
14 say yes.
15    Q.    Okay.
16    A.    Yeah.
17           (Black Exhibit 1 marked for
18    identification.)
19 QUESTIONS BY MR. KNIGHT:
20    Q.    And, in fact, looking at this
21 same document that was marked as Exhibit 9 to
22 your testimony back then, all but one of the
23 contributions that made up this $116,000 came
24 from the McGarvey Heberling firm.
25           Correct, sir?

Page 63

1           MS. GEE:  I'm going to object.
2    He said he didn't recall.
3           THE WITNESS:  I don't know.
4    I'd have to look again.
5           You said all but one?
6 QUESTIONS BY MR. KNIGHT:
7    Q.    Yes, sir.
8           There's a Kovacich firm
9 mentioned in one of the lines, but all the
10 rest of them were the McGarvey Heberling
11 firm, weren't they?
12    A.    Yes, in that list, that's true.
13 Yeah.
14    Q.    All right. Thank you.
15           Included in this list is a
16 $30,000 payment that was made by the McGarvey
17 Heberling firm specifically to fund the
18 mortality study that we've talked about
19 earlier.
20           Isn't that correct?
21    A.    I don't know about how that --
22 once again, I don't know what was agreed and
23 what was done to achieve that interest in
24 doing the mortality study. I know that
25 Dr. Whitehouse was interested, but he was the

Page 64

1 one that was involved in working and
2 developing that program to investigate
3 mortality in the CARD Clinic.
4           So we provided information for
5 them to make -- to do that study. And so
6 however that was handled financially is
7 not -- I have -- I do not know.
8    Q.    Sir, on page 73, line 1
9 through 3, you were asked in your testimony
10 back in June of last year and I'll ask you --
11 and I'll ask you again, was there a $30,000
12 payment made by the McGarvey Heberling firm
13 directly to fund the mortality study?
14    A.    And I said, yes, and that's
15 what -- I go back to the same thing. I
16 probably shouldn't have answered because I
17 did not have any direct evidence of it. I --
18 it was me. I had heard things, and I tried
19 to provide -- tried to be cooperative and
20 provide some answers, but I clearly did not
21 know exactly what -- what was transferred and
22 how that was done and what went on. That was
23 handled separately from me.
24           Once again, I'm busy in the --
25 in the clinical aspects of what's happening

Page 65

1 and our administrative people take care of
2 the -- those transactions.
3    Q.    CARD was receiving money from
4 these plaintiff law firms. The CARD was also
5 referring out patients to these plaintiff law
6 firms during this time period.
7           Correct?
8           MS. GEE:  I'm going to object
9    again. We're outside the scope,
10    unless you can point me to a cohort
11    study.
12 QUESTIONS BY MR. KNIGHT:
13    Q.    Correct?
14           MS. GEE:  You don't have to
15    answer that.
16           THE WITNESS:  Yeah. Yeah.
17           MS. GEE:  I'm going to instruct
18    him not to answer.
19           MR. KNIGHT:  You're instructing
20    him not to answer?
21           MS. GEE:  Yes.
22 QUESTIONS BY MR. KNIGHT:
23    Q.    This mortality study that I've
24 been asking you about was authored, I think
25 as you said, in part by Dr. Whitehouse and

Page 66

1  then you and some others carried it to the
2  finish line.
3          Correct, sir?
4      A.    They -- the brunt of the work
5  was done by Dr. Whitehouse.
6      Q.    Yeah.
7      A.    And Dr. Frank.  And then it was
8  later picked up by Dr. Loewen and others in
9  our research -- in our laboratory group that
10  carrying out finishing up the mortality
11  study.
12      Q.    And you worked on --
13  specifically with regard to the underlying
14  data.  You worked on that with
15  Dr. Whitehouse.
16          Right?
17      A.    No.
18      Q.    All right.  Sir, I'm going to
19  point you to your testimony, you're under
20  oath, from nine months ago.  Page 67,
21  line 17.
22          And I'll ask you again.  Did
23  you work with Dr. Whitehouse on the
24  underlying data for the mortality study?
25      A.    I -- we had the information at

Page 67

1  the office.
2      Q.    It's just a yes --
3      A.    You're saying that I -- it says
4  here I worked.  I shouldn't have answered
5  that way then because I didn't -- I did not
6  work on the data.  That data was in our
7  office, and we provided access to that data
8  because he worked in the office.
9      Q.    All right.  Sir, did you
10  testify under oath on June 22 of 2023:
11          "And Dr. Whitehouse and you and
12      others worked on the underlying data
13      for that mortality study that was
14      eventually published in 2022 for almost
15      a decade, fair?"
16          And your response was simply:
17  "Yes."
18          Did I get that right, sir?  Did
19  I read that correctly?
20      A.    Yes, we did provide data for
21  him.  Yes.
22      Q.    And the underlying data for
23  that mortality study was based, in part, on
24  CARD's records of patient care in Libby,
25  Montana.

Page 68

1          Correct, sir?
2      A.    Yes.
3      Q.    All right.  And during the time
4  period that you were collecting this data
5  from patients that were coming in and being
6  diagnosed with asbestos disease by the CARD
7  Clinic, you were referring those same
8  patients out to plaintiff law firms in
9  Montana.
10          Correct?
11          MR. LANIER:  Going to instruct
12      him not to answer?
13          THE WITNESS:  We don't
14      direct -- we did not at CARD directly
15      refer people.  We provided a list of
16      law firms for them to seek counsel
17      from if they desired.
18  QUESTIONS BY MR. KNIGHT:
19      Q.    It's correct, sir, in fact,
20  there were only two law firms, and one of the
21  two law firms was the law firm we're sitting
22  in here today, the McGarvey firm.
23          Right, sir?
24      A.    That's one of them, yes.
25      Q.    All right.  When that study was

Page 69

1  published, it included a conflict of interest
2  disclosure.
3          Correct, that mortality study?
4      A.    I don't -- I don't remember.
5      Q.    Well, you were asked about that
6  in July of last year.
7      A.    The article -- they are
8  requested for articles, yes.
9      Q.    All right.  And when you
10  published this article in 2022, nowhere in
11  the conflict of interest section does it
12  indicate that the study was funded in part by
13  plaintiff attorneys.
14          Correct?  It doesn't say that?
15      A.    Oh, I can't remember.
16      Q.    All right, sir.  Well, you were
17  asked that question in July of last year, and
18  your answer was no?
19      A.    I'd have to look again.  I
20  don't remember.
21      Q.    Okay.  I'm going to ask you to
22  look at 81, beginning at line 12, just that
23  one question and answer, sir.
24          Sir, were you asked under oath
25  in July of last year whether plaintiff

Golkow Technologies,
A Veritext Division
877-370-3377

18 (Pages 66 - 69)

Ex. 1 - 18
www.veritext.com

Page 70

1  lawyers -- you disclosed that --
2      A.   Hold on a second.
3      Q.   Oh, are you --
4      A.   If I hit it with my glasses, it
5  kicks off the Bluetooth®.  Anyway --
6      Q.   Gotcha.
7      A.   -- it's frustrating.
8           All right.  So, anyway, this is
9  the area that we're talking about on the
10  conflict of interest, right?
11     Q.   Right.
12     A.   So, yeah, it must not have -- I
13  said that was correct.
14     Q.   All right.  Sir, you were
15  asked:
16          "Did your conflict of interest
17      disclosure in your article of 2022
18      disclose in any way that the study was
19      funded in part by plaintiff lawyer
20      contributions?"
21          And your answer was:  "No."
22      Correct?
23     A.   Right.
24     Q.   Okay.  Separate from that study
25  and the others that you've published,

Page 71

1  including the 2014 article that you
2  published, none of those articles contained a
3  disclosure of a conflict of interest that you
4  were receiving funding from plaintiff
5  lawyers.
6          Correct, sir?
7      A.   I don't know.
8      Q.   You have testified before that
9  one of your big grants or big projects from
10  the EPA was your effort to better understand
11  the toxicity of Libby amphibole factors.
12          Right?
13     A.   What more specifically?
14     Q.   In 2007.
15     A.   Yes.
16     Q.   You received or applied for and
17  received some grant money for the purpose of
18  better understanding the toxicity of Libby
19  amphibole fibers.
20          Right, sir?
21     A.   I don't know.  I'll have to
22  look and see what you have there.  I don't
23  know.  I'm not quite sure what you're talking
24  about, so...
25     Q.   Page 17.

Page 72

1      A.   Oh, yes.  Okay.  Sure.
2      Q.   All right.  Do you recall that
3  now, sir?
4      A.   Yeah, there was an EPA meeting.
5  Yes.
6      Q.   All right.  And you were
7  contributing to a discussion about the
8  toxicity of Libby amphibole fibers.
9          Right, sir?
10     A.   That was part of the discussion
11  at that meeting in Denver.
12     Q.   All right.  And as a part of
13  that, you did a comparison -- you kind of did
14  some comparison work with your Libby
15  amphibole cohort.
16          Right, sir?
17     A.   On the epidemiology portion of
18  the work we did, yeah.
19     Q.   Okay.
20     A.   There's toxicology work, and
21  there was epidemiology work.  We were -- we
22  had developed a grant -- I mean, except -- we
23  applied for a grant to do study on the
24  epidemiology of the Libby amphibole.
25     Q.   All right.

Page 73

1          MS. GEE:  Mr. --
2          THE WITNESS:  In our
3      population.
4          MS. GEE:  Pardon me.
5      Mr. Knight, I think we're at time.
6          MR. LANIER:  We're at one hour.
7      It lacks 222.  It's not an official
8      time, but...
9  QUESTIONS BY MR. KNIGHT:
10     Q.   And, in fact, in addition to
11  that work with the EPA that you did and the
12  information you gave them, you also testified
13  in 2002 at a Senate subcommittee where you
14  testified to incidence rates of illness
15  related to asbestos disease of a hundred
16  times the expected incidence.
17          Didn't you, sir?
18     A.   I don't remember.  I can't
19  remember this far back.
20     Q.   I know.  It's been a while.  I
21  understand.
22          I'm going to hand you that and
23  refresh your memory.  Right there.  It says a
24  hundred times the expected incidence.
25          Right, sir?

19 (Pages 70 - 73)

Page 74

1    A.    Oh, let's see.
2         Oh, it was mesothelioma is what
3    you're talking about, right?
4    Q.    Yeah.
5         All right.  And in none of
6    these meetings with the EPA and at no point
7    in this -- on the Senate committee meeting
8    did you ever disclose that the CARD Clinic
9    was receiving contributions from plaintiff
10   lawyers.
11        Correct?
12        MS. GEE:  I'm going to object
13   again.  None of these relate to
14   cohorts.
15        MR. KNIGHT:  He actually just
16   used that term just a minute ago to
17   describe that he relied on the cohort
18   in this meeting that he had with the
19   EPA.
20        MS. GEE:  His cohort study,
21   forgive me.
22   QUESTIONS BY MR. KNIGHT:
23   Q.    At no point in time in your
24   meeting with the EPA or in your subcommittee
25   testimony did you disclose that you -- that

Page 75

1    you and your clinic were receiving
2    contributions from plaintiff lawyers.
3         Correct, sir?
4    A.    I don't know of any time that
5    we needed to, so...
6    Q.    Okay.  Ms. Walder was a patient
7    of yours, Janice --
8    A.    No.
9    Q.    She wasn't?
10   A.    She was somebody -- as far as I
11   know, she's somebody that was screened in our
12   clinic way back and I --
13   Q.    Understood.
14   A.    And I don't know her.
15   Q.    Just two quick questions about
16   Ms. Walder and we'll finish.
17        Part of your role or part of
18   your process or protocol at the CARD Clinic
19   was to -- when someone came in for a
20   screening, to do a detailed exposure
21   assessment with that patient.
22        Correct?
23   A.    Yes.
24   Q.    All right.  And that
25   information that you would receive from --

Page 76

1         MR. LANIER:  We're at time.
2    QUESTIONS BY MR. KNIGHT:
3    Q.    -- this screening patient, that
4    information would come directly --
5         MR. LANIER:  We're at time.
6         MS. MARIMAN:  Time.
7         MR. LANIER:  We're at time.
8         MR. KNIGHT:  Let me finish my
9    question, please.
10        MS. GEE:  We have a court
11   order.
12        MR. KNIGHT:  That information
13   would come --
14        MS. MARIMAN:  We've abided by
15   it.  We haven't objected.  There's a
16   court order.
17        MR. KNIGHT:  Understood.  Let
18   me just ask my last --
19        MR. LANIER:  Are we at time,
20   Dan, our official court reporter?
21        MR. KNIGHT:  I'm not agreeing
22   to go off the record, folks.
23        MR. LANIER:  We're not going
24   off the record.  I'm coming over to
25   ask questions.  My time is starting to

Page 77

1    run.
2    QUESTIONS BY MR. KNIGHT:
3    Q.    Dr. Black --
4         MR. LANIER:  Excuse me, we're
5    at time.
6         MS. GEE:  You don't have to
7    answer.
8         THE WITNESS:  Okay.  I won't.
9    QUESTIONS BY MR. KNIGHT:
10   Q.    So, Dr. Black, you're not going
11   to answer any more of my questions?
12        MR. LANIER:  No, we're not.
13        THE WITNESS:  I better --
14   QUESTIONS BY MR. KNIGHT:
15   Q.    You're going to listen to her?
16   A.    Yeah.
17        MR. KNIGHT:  Understood.  It's
18   fine.  Okay.  All right.
19        MR. LANIER:  All right.  We'll
20   take a three-minute break and we'll
21   start, if that's okay with you,
22   Dr. Black.
23        THE WITNESS:  Sure.
24        VIDEOGRAPHER:  Going off the
25   record.  The time is 3:12.

Page 78

1    (Off the record at 3:12 p.m.)
2         VIDEOGRAPHER:  We're going back
3    on the record.  The time is 3:18.
4         CROSS-EXAMINATION
5    QUESTIONS BY MR. LANIER:
6    Q.    Dr. Black, my name is Mark
7    Lanier.  I represent the Walder and the Wells
8    family in this lawsuit that you've -- your
9    deposition has been noticed in.  They're my
10   clients.
11        You understand that?
12   A.    Yes.
13   Q.    You and I have never met
14   before.
15        Have we?
16   A.    No.
17   Q.    Well, let me at least shake
18   your hand.
19   A.    All right.
20   Q.    And say thank you for your work
21   with so many people who have been victims of
22   horrible disease.  Thank you for doing that.
23   A.    Thank you.
24   Q.    I want to do three things with
25   you in the time I've got.

Page 79

1         First, I want to ask the
2    question, who are you.
3         And then second, I want to talk
4    about all these CARD Clinic studies and
5    issues that were brought up by the railroad
6    lawyer.
7         And then the third thing I want
8    to do is talk about Joyce Walder and try to
9    give her at least more than one question.
10   Okay?
11   A.    Uh-huh, yes.
12   Q.    All right.  Let's start then
13   with who are you is our first stop along your
14   road.
15        First of all, are you a medical
16   doctor?
17   A.    Yes.
18   Q.    What kind of medical doctor are
19   you?
20   A.    That's a good question.  I
21   started out in pediatrics.  I
22   was in a pediatric practice along with an
23   internist, Dr. Richard Irons, you've heard
24   about previously.
25        And so in that situation, he

Page 80

1    did pediatrics, and I did internal medicine
2    when we were taking call for each other.  So
3    got quite a diversified experience in a rural
4    community.
5         And then I -- once again, I
6    think you heard about the changing
7    demographics that -- and the rural -- the
8    Montana towns, that our industries were lost
9    and young families were lost, and pretty soon
10   pediatrics was done and we -- then I moved
11   and did emergency room medicine working with
12   the hospital.
13   Q.    All right.
14   A.    Up until 1999 when the
15   revelation of the public health contamination
16   of the community was brought forth, and I
17   ended up moving into asbestos to basically
18   fill a gap in the community because we saw
19   that this problem could be quite big and the
20   community did not have any local
21   infrastructure to take care of these issues.
22        And that's what we -- that's
23   why I moved into this, to help the hospital
24   achieve that.
25   Q.    All right.  You started out as

Page 81

1    a pediatrician?
2    A.    Yes, I did.
3    Q.    Did you take --
4    A.    I was board certified in
5    pediatrics, yes.
6    Q.    Board certified?
7    A.    Yes.
8    Q.    And you were taking care of
9    children?
10   A.    And adults.  Yes.
11   Q.    Adults who act like children?
12   A.    Yeah, exactly.  And the more
13   immature ones, you know, that are not still
14   that age.
15   Q.    Yeah, fair.
16        And then this is in Libby where
17   you're working?
18   A.    Yes.
19   Q.    What's the population of Libby,
20   Montana, at the time?
21   A.    Pretty much in that area, the
22   town you'll see is around, you know, almost
23   3,000, but the area, you know, the
24   surrounding area, encompasses around 10,000.
25   Q.    All right.  So we can say it's

Page 82

1  3 to 10,000 people, depending upon where you
2  want to draw your line?
3      A.   Right.
4      Q.   Fair?
5      A.   Yeah.
6      Q.   And then you saw a need for
7  something beyond a pediatrician that needed
8  to be filled in the community, and you
9  stepped into that.
10         That was also a job, though,
11 where you were helping people.
12         Is that right?
13     A.   Yeah, I was the county health
14 officer.  And as it was brought up before,
15 when this surfaced in 1999, I was -- it was a
16 humbling situation to realize that we missed
17 this.  We missed the disease.  Only
18 Dr. Whitehouse figured it out, and it took
19 him eight to ten years to actually figure out
20 the pattern of scarring that went on in the
21 lung.
22     Q.   What kind of pay do you make as
23 the county health officer?
24     A.   Not much.  Well, I get $500 a
25 month.

Page 83

1          It's a service to the county,
2  and they -- they made a small stipend, I
3  think just for courtesy, but --
4      Q.   You weren't living on that
5  6,000 a year, were you?
6      A.   No, not really.
7      Q.   All right.  That's fair.
8      A.   No.  No.  It served a purpose
9  in the community, and I -- you know, whether
10 it's seeing prisoners in the jail or, you
11 know, filing abate -- help to signing
12 abatement orders to reduce risk of problems
13 in the community.  I deal with communicable
14 diseases, that sort of thing, so...
15     Q.   I want to ask you this
16 question.
17         Why did you become a doctor?
18     A.   Oh, I wasn't planning to.  I
19 was going to be probably an educator, but I
20 got into clinical medicine when I was in
21 medical school, and I enjoyed people and I
22 didn't -- I thought it was a great
23 opportunity to have a very good profession
24 and enjoy benefitting people, too, as I did
25 it.

Page 84

1          So it's always been a rewarding
2  thing for me, for sure.
3      Q.   So you get into medicine to
4  benefit people; you didn't get in to give
5  depositions?
6      A.   Do I have to answer that?
7      Q.   I think the jury knows --
8      A.   I don't want to offend anybody
9  here, but --
10     Q.   That's okay.  That's okay.
11         You didn't get in here to be
12 cross-examined by -- with memory tests by
13 lawyers when you're working hard to even
14 understand the hearing of the question?
15     A.   Yeah.  Well, listen, it's --
16 once again, I do this because I think it's
17 important to always help people, so...
18     Q.   All right.  Well, I've looked
19 through some of the work you've done getting
20 ready for your deposition.
21         And you have done a lot in
22 Libby for how many years now?
23     A.   Well, it's -- it's 47 years
24 this summer, so it's almost a half century.
25     Q.   All right.  In that regard, you

Page 85

1  were asked a few questions about vermiculite
2  and asbestos by the lawyer for the railroad.
3          Do you remember those
4  questions?
5      A.   Yes.
6      Q.   He asked you, for example, were
7  you comfortable using and having vermiculite
8  in the 1970s and '80s and '90s.
9          And do you remember those
10 questions?
11     A.   I do, yes.
12     Q.   And you said you were
13 comfortable for a time period.
14         Is that right?
15     A.   That's what I told the
16 investigative journalist that came to look at
17 Libby, and I -- he asked me, do you think
18 there's an asbestos problem.  This was in
19 1999 before he published the articles.
20     Q.   Uh-huh.
21     A.   I said, if there was a problem
22 from this vermiculite now, we would see it.
23 Probably the most stupid thing I had ever
24 said.
25     Q.   Well, you weren't then a

22 (Pages 82 - 85)

Page 86

1 specialist on knowing --
2     A.   No, but I just -- looking back,
3 it was just --
4     Q.   Right.
5     A.   No, we didn't know.  We didn't
6 know.  It caught us totally off guard.
7     Q.   Right.
8          You didn't know what the
9 latency period is, that long period it takes.
10         You didn't have that kind of
11 knowledge then, did you, as a pediatrician?
12    A.   Well, no, we didn't know that,
13 and plus we didn't know the pattern of
14 scarring that was occurring.  It was -- it
15 was -- and that was Dr. Whitehouse, who -- it
16 took him eight to ten years to figure it out,
17 so...
18    Q.   One of the things I'm curious
19 about is -- I've written the question right
20 here.
21         Did you have the railroad's
22 knowledge of the asbestos that was present in
23 the vermiculite?
24    A.   I vague -- I remember seeing
25 one slideshow describing it, but I don't know

Page 87

1 a lot of detail honestly.
2     Q.   But I mean back in the '70s,
3 '80s, '90s?
4     A.   Oh.
5     Q.   When you thought vermiculite
6 was safe to have around.
7     A.   Yeah.
8     Q.   Did you know anything about the
9 railroad?
10    A.   No.  Huh-uh.  I didn't.
11         (Black Exhibit 2 marked for
12         identification.)
13 QUESTIONS BY MR. LANIER:
14    Q.   See, I've got -- just as an
15 example, I've got a study that we'll mark as
16 Exhibit Number 2 to your deposition.
17         And this is a study.  It shows
18 a progress report on the geologic
19 investigations in northwest Montana by Willis
20 Johns.
21         Do you see this?
22    A.   Yes.
23    Q.   And it tells us that this
24 bulletin has been prepared by the Montana
25 Bureau of Mines and Geology under a

Page 88

1 cooperative agreement with the Great Northern
2 Railway Company and Pacific Power & Light.
3          Do you see that as well?
4     A.   Yes.
5     Q.   Now, the jury will know that
6 the Great Northern Railway Company is one of
7 the early forms of what is now the BNSF.
8          So I want you to just assume
9 that with me for a moment.
10         Okay?
11    A.   Yes.
12    Q.   If we look at this document,
13 something that was prepared under a
14 cooperative agreement with the railroad, we
15 see on page 38, vermiculite deposits are
16 being discussed.
17         Do you see that?
18    A.   Yes.
19    Q.   Now, this discussion is taking
20 place at some point in time where we've got
21 this exhibit, and if you look, you can see
22 the date.
23    A.   Uh-huh.
24    Q.   What's the date of this?
25    A.   July 1959.

Page 89

1     Q.   How old were you in July 1959?
2     A.   Well, I was probably -- should
3 be around 10 years old then, so...
4     Q.   So when Dr. Black is 10 years
5 old, under the railroad's agreement, a
6 bulletin is prepared.
7          Fair?
8     A.   Yes.
9     Q.   Are you with me so far?
10    A.   I am, yes.
11    Q.   All right.  And the reason for
12 this, preparation of this, was given in the
13 early part of the document.  This was being
14 prepared for money reasons, economics.
15         You follow me?
16    A.   Uh-huh, yes.
17    Q.   In other words, the officials
18 of the railroad and the Power & Light
19 company, and these are the officials, "Early
20 in 1958 decided to co-sponsor a five-year
21 program aimed at acquiring the basic data and
22 stimulating prospecting in hope the combined
23 effect would be to promote further economic
24 development and stimulate growth of
25 population and business in the area."

Page 90

1        Do you follow me?
2     A.    Yes.
3     Q.    And so as a result, they do
4  this study, and in the study they learn
5  something.  And that's page 38 with
6  vermiculite.
7        They learned that the
8  vermiculite with its pyroxenite, composed of
9  vermiculite, aegirine-augite and soft,
10  fibrous amphibole asbestos, a tremolite
11  variety.
12        Do you see that?
13     A.    Yes.
14     Q.    And there are more documents
15  that I won't show you, but is it safe for us
16  to assume that 10-year-old Dr. Black did not
17  know about the vermiculite containing fibrous
18  amphibole asbestos?
19     A.    No, I --
20     Q.    And you --
21     A.    I wouldn't know it.
22     Q.    Yeah, and the Esther May claims
23  had asbestos in them, and we can go through
24  the document in more detail but it doesn't
25  help with you right now.

Page 91

1        But I'd just like us to
2  understand, did you have the knowledge --
3  back when the lawyer for the railroad was
4  asking if you were comfortable with
5  vermiculite, did you have the knowledge the
6  railroad had about there being asbestos in
7  that vermiculite?
8     A.    Well, I mean, I think what --
9  we knew at one time it did have it, but we
10  were reassured that through the wet mill
11  process and cleaning up of the processing of
12  ore, that that risk was reduced where we
13  shouldn't have to worry.
14        That's my understanding.
15     Q.    Right.
16        And I know you came to that
17  knowledge later, but I mean in the very
18  beginning.
19     A.    Oh, right.  Right.
20     Q.    Did you even know, like the
21  railroad did, that asbestos was present in
22  the mine?
23     A.    No.  The first time we knew
24  that was when my partner's patient showed up
25  with it in his practice, and he showed those

Page 92

1  to me back in 1978.
2     Q.    All right.  After the damage is
3  done?
4     A.    Uh-huh.
5     Q.    Okay.  Let's go on then down
6  the road.  We've talked about who you are a
7  little bit.  I want to talk to you about the
8  CARD Clinic studies.
9        Okay?
10     A.    Yes.
11     Q.    Do you remember being asked --
12  almost the whole hour of questions seemed to
13  be on those.
14        Do you remember that?
15     A.    Yes.
16     Q.    All right.  I want to clarify,
17  and I want to understand some things for the
18  jury.
19        Fair?
20     A.    Yes.
21     Q.    First of all, you got asked
22  questions about funding of the clinic and the
23  foundation.
24        Do you remember those
25  questions?

Page 93

1     A.    Yes.
2     Q.    All right.  And there were
3  questions about donations that had been
4  given.
5        Remember those as well?
6     A.    Yes.
7     Q.    I want to be real clear with
8  what you actually know and not what you're
9  thinking may be the case.
10        Okay?
11     A.    Yes.
12     Q.    Does CARD Clinic take money, to
13  your knowledge?
14     A.    We have taken only -- the
15  direct money I know that we've taken was a
16  law firm that was involved in the asbestos
17  disease awareness organization offered to pay
18  for a minus 80 freezer for us, and they paid
19  us directly to be able to buy another minus
20  80 freezer to store research samples in.  And
21  so that was one -- and I don't know -- I
22  can't tell you how many times.  Maybe we had
23  one other time that happened.
24     Q.    All right.  Fair.
25        Now, who all will give -- can

Page 94

1  give money to the clinic?  I mean, can
2  somebody on the street give money to the
3  clinic?
4      A.    That's why -- the foundation
5  was developed to be the entity that would
6  absorb donations after that point.
7      Q.    So y'all weren't selective?
8      A.    But people could -- people
9  could give directly to the CARD if people
10  wanted to donate.  That would -- that
11  would -- you know, that could happen, so...
12      Q.    So anyone could --
13      A.    As far as I know, yeah.
14      Q.    Now, does the fact that someone
15  gives money change whether or not someone has
16  a disease?
17      A.    No.
18      Q.    In other words, if I give you
19  and your clinic money to buy a new freezer,
20  all of a sudden does that make asbestos
21  disease appear or disappear?
22      A.    No.
23      Q.    Is asbestos so fickle that
24  asbestos disease in a human being will be
25  affected by who bought your freezer?

Page 95

1      A.    No, not at all.  Yeah.
2      Q.    I'm curious, to your knowledge,
3  did the Burlington Northern Santa Fe Railroad
4  ever give any money to help?
5      A.    No.  We'd obviously accept it
6  in our foundation, but we don't have a
7  foundation anymore, so...
8      Q.    But back when you had the
9  foundation, y'all would have taken money from
10  the --
11      A.    Sure.  Sure.  We would take
12  money from anybody that would donate to what
13  would help us maintain our -- what we do.
14      Q.    And that's my next question as
15  I continue on money and the CARD Clinic.
16          What was the purpose of the
17  CARD Clinic?
18      A.    The real vision was that -- and
19  this was shared by a volunteer board, which
20  was the -- which were my boss.
21          Our goals were really to make
22  sure we identified people that were having
23  problems from their exposure, so screening
24  them, and then provide ongoing support and
25  advocacy for those individuals.

Page 96

1          And with the health information
2  that we would accumulate by following their
3  health condition, we were hoping then to
4  generate active research into potential
5  mechanisms of disease so that we could arrive
6  at some effective intervention for so many
7  people that have been severely impacted.
8          We were hoping to find a
9  therapeutic intervention, and that was really
10  the goal of the clinic from the very begin --
11  once we were separate in 2003.
12      Q.    All right.  I've written down
13  three things.  Tell me if I've got them
14  right.
15          First, to identify people that
16  have been hurt?
17      A.    Yes.
18      Q.    Second, to give them support
19  and advocacy, help them?
20      A.    Yes.
21      Q.    Third, give research into the
22  world of science and medicine to help heal
23  asbestos disease.
24          Are those accurately three
25  purposes of the CARD Clinic?

Page 97

1      A.    Those are the -- the three
2  coming off the top, probably the most salient
3  features of what we were trying to
4  accomplish, so --
5      Q.    So if I just ask it this way,
6  did the CARD Clinic exist to help the victims
7  of asbestos, how would you answer that?
8          Were y'all trying to help them?
9      A.    Yeah, we provided ongoing
10  monitoring and care of their lung disease,
11  along with the screening process, so...
12      Q.    A side note.
13          Do you know whether or not
14  plaintiff lawyers were also either helping or
15  trying to help those victims?
16          At least there were some
17  plaintiff lawyers who were trying to
18  represent the victims; is that fair?
19      A.    Yeah, as a matter of fact, I --
20  to be honest with you, the lawyers that I --
21  were the first ones actually to come to Libby
22  in the 1990s when we didn't even know about
23  the disease.  It wasn't released to our
24  knowledge, but for other reasons.
25          But they were -- the lawyers

25 (Pages 94 - 97)

Page 98

1  were -- the law firms were the first to
2  really say, you know, they saw people who
3  were not getting a square deal, the former
4  workers were not being covered for their
5  health conditions because of statutes of
6  limitation.
7      And so I think the law firms
8  probably offered a very important benefit for
9  people. So I look at it that way, that
10 there's people -- we -- the medical community
11 should have been the one doing that, you
12 know, being there, but we weren't there
13 first.
14     Q.   Did CARD, by the way, try to
15 bring the asbestos dangers in Libby to the
16 attention of others?
17     A.   Yes. We've tried very hard
18 to -- working through even a national
19 organization to try to educate people, talk
20 to people around the country, firefighters,
21 et cetera, those that will come in contact
22 and don't know about the hazards of
23 vermiculite that they run into.
24     So, yeah, we try to get that
25 out there because prevention is number one to

Page 99

1  us in preventing the development of the
2  disease.
3      Q.   And so when we look at the
4  exhibit like Mr. --
5      MR. LANIER:  Chad, what's your
6  last name?
7      MR. KNIGHT:  Knight.
8      MR. LANIER:  Knight. Thank
9  you.
10 QUESTIONS BY MR. LANIER:
11     Q.   When we looked at the exhibit
12 like Mr. Knight showed to the jury, Exhibit
13 Number 1, this is an e-mail ultimately from
14 Jinnifer Mariman. That's this young lady two
15 seats down from me.
16     Is that right?
17     A.   Uh-huh.
18     Q.   And she has been able to chart
19 through what monies had been given by someone
20 who used to be at her law firm as well as
21 money that was given by another law firm and
22 money that was given by MHSL, which is --
23     MS. MARIMAN:  The predecessor.
24 QUESTIONS BY MR. LANIER:
25     Q.   -- the predecessor to this law

Page 100

1  firm.
2      Fair? Do you follow that?
3      A.   Yes.
4      Q.   Does any of these contributions
5  do anything to change whether or not someone
6  is dying from asbestos?
7      A.   That's why we have a
8  foundation. I don't deal with that.
9      Q.   All right. That's fair.
10     A.   We --
11     Q.   Well, let me ask it this way.
12     If the purpose of the clinic is
13 to identify people that are hurt --
14     A.   Yes.
15     Q.   -- to give them support and
16 advocacy and to give research dollars to help
17 heal them, does a law firm willingly
18 contributing to a study, to buying a freezer,
19 does that help CARD do their work?
20     A.   Yes, it does. It helps us get
21 things we normally wouldn't be able to have
22 that are benefitting what our goals were at
23 the clinic, so...
24     Q.   All right. Now, I want to talk
25 specifically about the Burlington Northern.

Page 101

1      And this is a question that I
2  may get to play in a second phase of this
3  trial. We'll see.
4      Burlington Northern is a
5  company that's worth somewhere around
6  $8.6 billion, billion.
7      Did they ever give as much as
8  $10,000 to the CARD Clinic to help the CARD
9  Clinic identify hurt people, give them
10 support and advocacy and give research to
11 help heal them?
12     A.   No.
13     Q.   Do you have -- I'm going to
14 stay on this funding for a little bit longer
15 specifically but taking it away from the CARD
16 Clinic.
17     Do you know about the earlier
18 forms of the Burlington Northern Santa Fe
19 funding the Industrial Hygiene Foundation?
20     Does that ring a bell?
21     A.   No.
22     Q.   Let me tell you. The
23 Industrial Hygiene Foundation was a club or
24 an association of the main asbestos companies
25 in America, and they were funding studies

26 (Pages 98 - 101)

Page 102

1 without disclosing their conflicts, and they
2 were seeking to pollute the medical
3 literature on the hazards of asbestos. They
4 ultimately went bankrupt because of all of
5 this.
6       But did you know anything about
7 Burlington Northern donating and giving money
8 in an earlier form of the Burlington Northern
9 to the asbestos foundation that was itself
10 publishing opposite you?
11      A.   No, I wasn't aware of that.
12      Q.   Now, you were asked about
13 referring people to lawyers.
14      You didn't refer them, you
15 said. You provided them names of lawyers in
16 the area that handled those cases.
17      Right?
18      A.   Yes.
19      Q.   Two firms, it sounded like,
20 were really handling those cases?
21      A.   Basically, yes. That's all of
22 them.
23      Q.   Well, I mean, you only got
24 10,000 people.
25      A.   Yeah.

Page 103

1      Q.   As they say, every town, if
2 there's one lawyer in the town, the lawyer
3 goes broke. If there are two lawyers, they
4 can make a living, because you got somebody
5 on each side.
6       All right?
7       Let's talk about referring to
8 lawyers. Now, strike all that. That's
9 sidebar.
10      Referring to lawyers. Sir, you
11 were grilled by Mr. Knight questions about
12 the American Thoracic Society, the ATS.
13      Do you remember that?
14      A.   Yes.
15      Q.   He was peppering you about
16 B-readers, and he was peppering you about
17 their criteria and whether or not there are
18 requirements and whether or not there are
19 standards.
20      Do you remember all that?
21      A.   Yes.
22      Q.   He never one time mentioned to
23 you that the ATS requires a doctor to advise
24 the patient of legal recourse if there's a
25 diagnosis of asbestos-related disease.

Page 104

1      Did he?
2      A.   No.
3      Q.   But the very thing you were
4 doing is something that's required by the ATS
5 since 2004, isn't it?
6      A.   Yes.
7      Q.   So to assert to this jury that
8 there's something nefarious going on, you're
9 just doing your job.
10      Weren't you?
11      A.   Yeah. That's been standard, at
12 least to let people know that they have three
13 years to file if they -- and because they're
14 not -- they won't know if they're going to
15 become ill, so naturally you recommend that
16 they seek some counsel on that.
17      Q.   Now, you were also peppered
18 questions about CARD diagnoses without
19 B-reader runs.
20      Do you remember those
21 questions?
22      A.   Yes.
23      Q.   Now, A-readers can also read
24 X-rays, can't they?
25      A.   A-readers?

Page 105

1      Q.   Yeah. You don't have to have a
2 B-reader?
3      A.   Oh, no, you can be an A-reader.
4      Q.   Yeah, you can be an A-reader
5 and read an X-ray, can't you?
6      A.   Yes.
7      Q.   B-readers are A-readers who
8 have taken that test over from Switzerland
9 originally that qualifies them to be a
10 B-reader.
11      Right?
12      A.   Yes.
13      Q.   All right. A-readers, which
14 are those that have not yet taken the test,
15 they can also diagnose asbestos-related
16 disease, can't they?
17      A.   Yeah. Based on their
18 experience, yes.
19      Q.   I mean, you could do that as a
20 pediatrician, couldn't you?
21      A.   I sure could.
22      Q.   And does this have anything at
23 all to do with the mesothelioma cases that
24 our jury is listening to?
25      A.   No, I don't --

27 (Pages 102 - 105)

Page 106

1  Q.  I mean, mesothelioma is a
2  cancer, isn't it?
3  A.  Yes.  Yes.
4  Q.  It's a cancer of the
5  mesothelial cells that are around the lung.
6  Right?
7  A.  Correct.
8  Q.  So when we talk about all of
9  those CARD Clinic questions, Joyce Walder,
10 who is dead from mesothelioma, and Tom Wells,
11 who's dead from mesothelioma, does CARD have
12 anything at all to do with their mesothelioma
13 diagnosis?
14 A.  I've never seen the patients,
15 and if they had a mesothelioma diagnosis, you
16 know, the only thing we contribute is
17 exposure history in those situations.  And
18 other than that, you know, once again, if
19 they've been seen at the CARD and screened,
20 then they would have that information.
21 And then, no, we -- I haven't
22 seen those people --
23 Q.  Yeah.
24 A.  -- for mesothelioma.
25 Q.  Tom Wells has never walked in

Page 107

1  the door of the CARD Clinic.
2  Any reason you'd see him?
3  A.  No.
4  Q.  Joyce Walder walked in the door
5  but it's before her disease progressed to
6  mesothelioma.
7  Understand that?
8  A.  I think -- yes, I guess --
9  right.  That's what I -- I understand from
10 the chart -- the chart record.
11 Q.  Exactly.
12 You looked at her records, but
13 you never examined her, did you?
14 A.  No.  No.
15 Q.  So all those questions about
16 the CARD Clinic and about B-readers and
17 checking a box and not checking a box, does
18 that have anything to do with Joyce Walder's
19 mesothelioma?
20 A.  No.
21 Q.  And all of the questions about
22 the ATS guidelines require evidence of
23 abnormality, does that have anything to do
24 with Joyce Walder's mesothelioma?
25 A.  No.

Page 108

1  Q.  And the questions about the ATS
2  criteria for nonmalignant lung disease
3  related to asbestos -- can you tell the jury
4  what nonmalignant means?
5  A.  Noncancerous.
6  Q.  Well, it may be obvious, but
7  let's put it on the record.
8  Does there -- the ATS criteria
9  for noncancerous lung disease related to
10 asbestos have anything to do with
11 mesothelioma?
12 A.  No.
13 Q.  Is mesothelioma cancer?
14 A.  Of course.
15 Q.  Now, you got asked a lot of
16 questions about peer-reviewed literature
17 related to lamellar -- lamellar pleural
18 thickening.
19 Do you remember all those
20 questions?
21 A.  Yes.  Yes.
22 Q.  Does that have anything to do
23 with mesothelioma?
24 A.  No.
25 Q.  Does that have anything to do

Page 109

1  with this lawsuit for mesothelioma for
2  Ms. Walder or Mr. Wells?
3  A.  It wouldn't have any
4  relationship to it, no.
5  Q.  Thank you.
6  By the same token, just so the
7  record is clear, because I don't want this to
8  get misquoted, and you to get misquoted
9  again, you were asked this question on
10 page 87 of a deposition, and it was given to
11 you again by Mr. Knight today.
12 You were asked, there's never
13 been a peer-reviewed or a control group study
14 related to lamellar pleural thickening,
15 correct, and you said correct.
16 Remember that?
17 A.  Yes.
18 Q.  Now, please explain to the jury
19 why you're trying to say that that's not
20 necessarily being read and understood
21 correctly.
22 Just tell them -- tell them the
23 situation.
24 A.  Well, the thing that I think
25 that I caught was the control group study.

28 (Pages 106 - 109)

Page 110

1  We've never done a control group study.  That
2  would be very difficult to do relating to --
3  characterizing lamellar pleural thickening.
4         There have been peer-reviewed
5  articles that have been published outside of
6  CARD describing that very condition of that
7  thin, diffuse pleural fibrosis or lamellar
8  pleural thickening.
9         So, yes, there are peer --
10  there are some peer-reviewed articles in the
11  literature, but there's not been done with a
12  control group study, which really I don't
13  know if anybody can even possibly do that
14  one.
15     Q.    Yeah.  It wouldn't be safe,
16  would it?
17     A.    No.
18     Q.    We're going to take one group
19  of ten people and keep them pure, and we're
20  going to take another group and expose them
21  to asbestos to such a degree that it'll cause
22  pleural thickening, and then we're going to
23  compare the two after 20 or 30 years?
24     A.    I guess it would be what you'd
25  do.

Page 111

1     Q.    All right.  And that's not been
2  done to your knowledge?
3     A.    No.
4     Q.    Okay.  That's -- there's never
5  been a study done like that, has there?
6     A.    No.
7     Q.    But, yes -- and even if you
8  were wrong back then, I mean, the
9  peer-reviewed literature, that's not
10  something you or I make up, is it?
11     A.    No.
12     Q.    Let's be real clear for the
13  jury.
14         What peer-reviewed means is,
15  before it is published in the science or
16  medical journals, it is reviewed by experts
17  to see if it's accurate and useful before it
18  gets published.
19         Right?
20     A.    Yes.
21     Q.    That's -- there's a -- there's
22  a data bank, kind of like Google for doctors.
23  Y'all can go on PubMed or some of these other
24  data banks, and you can type in and you can
25  pull up the peer-reviewed literature.

Page 112

1         Fair?
2     A.    Yes.
3     Q.    So, hey, Mr. Knight doesn't
4  need to ask you a gotcha question.  He'd just
5  get on the Internet and find peer-reviewed
6  literature, doesn't he?
7     A.    Yes.
8     Q.    By the same token, you've even
9  got a publication that's in peer-reviewed
10  literature on amphibole lamellar pleural
11  thickening.
12         Don't you?
13     A.    Yes.
14     Q.    And this is in Inhalation
15  Toxicology, which is one of these
16  peer-reviewed journals.
17         Right?
18     A.    Yes.
19     Q.    So a team of experts -- and, by
20  the way, these experts, when they do this,
21  they are hidden experts.  They don't tell you
22  who they are when they're getting it.
23         Right?
24     A.    No.
25     Q.    So this is, like, hidden.

Page 113

1         They reviewed this before you
2  got it published, didn't they?
3     A.    Yes.  In order to get it
4  published, yeah, they had to.
5     Q.    And this, by the way, is one of
6  these studies where you're able to -- well,
7  let's go through a few more of them.
8         That's not your only
9  peer-reviewed study, is it?
10     A.    No.
11     Q.    Because --
12     A.    Quite a few of those, so, yeah.
13     Q.    Right.
14         One of the purposes of the CARD
15  Clinic is to give research to help people.
16         Right?
17     A.    Yes.
18     Q.    And so we can look at more of
19  your studies.  We can see your studies.  For
20  example, Mr. Knight referenced this 2008
21  study "Environmental Exposure to Libby
22  Asbestos and Mesotheliomas."
23         Do you see this?
24     A.    (Witness nods head.)
25     Q.    Are you C. Bradford Black?

29 (Pages 110 - 113)

Page 114

1    A.    Yes.  In that article I am,
2  yes.
3    Q.    And you go by Brad, though,
4  don't you?
5    A.    Yes.
6    Q.    Well, what's C stand for?
7    A.    Charles.
8    Q.    When you were young, you'd get
9  in trouble, would your mom call you Charles
10  Bradford?
11    A.    No, I was the third in line.
12  My grandfather was Charles Bradford.
13    Q.    Oh, okay.
14    A.    And my dad was.  So I had to
15  seek another name.
16    Q.    Fair.
17        Now, this doesn't have anything
18  to do with B-reading in the sense of the
19  people ultimately being looked at here.  This
20  was 31 cases of mesothelioma.
21        Wasn't it?
22    A.    Yeah.  What we published on was
23  the 11 that were environmental, but there
24  were 31 cases.
25    Q.    All right.

Page 115

1    A.    Right.  In the --
2    Q.    At the time?
3    A.    Right.  Total.  Total.  And we
4  were -- yeah.
5    Q.    Can you confirm what I've
6  heard, that Libby, Montana, has the highest
7  per capita rate of mesothelioma of anyone in
8  the -- of any city in the United States?
9    A.    I don't -- I don't know for
10  sure.  It's got to be probably up there
11  because it's a small community, and you have
12  one or two a year, at least, so --
13    Q.    Yeah.
14    A.    -- it probably is, you know.
15    Q.    Statistically in the America
16  you have a one in a million chance or one in
17  100,000 chance of getting mesothelioma?
18    A.    Yeah.
19    Q.    That would mean one in every
20  10,000 years ought to come out of Libby.
21        But how many do y'all get?
22    A.    We have one or two a year,
23  yeah.  On the average.  I would say on an
24  average.  So since I've -- since I've been at
25  CARD, I think we've had like 40 -- close to

Page 116

1  48 mesotheliomas, so...
2    Q.    You lived in Libby?
3    A.    (Witness nods head.)
4    Q.    You know where that rail yard
5  was, don't you?
6    A.    Oh, yeah.
7    Q.    Right there in the middle of
8  town?
9    A.    Uh-huh.
10    Q.    Right by where Joyce Walder ran
11  track.  That track's right there, isn't it?
12    A.    Well, there's track and ball
13  fields.
14    Q.    Right there?
15    A.    Yeah.
16    Q.    You got a hospital nearby,
17  don't you?
18    A.    Yeah, it's not too far away.
19  It's --
20    Q.    Residence?  Homes?
21    A.    There's a lot of homes around
22  there.
23    Q.    Were you there when the
24  railroad had to dig out all of the
25  asbestos-containing soil in their yard, in

Page 117

1  that rail yard?
2    A.    In the rail yard, I -- I was --
3  I remember seeing part of it as it was being
4  done, yes.
5    Q.    Did you see them have to dig
6  down 3 to 6 feet before they could find pure
7  soil?
8    A.    I don't know how far it was.
9  They were -- they had to dig quite a ways so
10  I know because they -- the sampling showed
11  that it was quite contaminated, so...
12    Q.    Now, you were also asked some
13  questions about another study that you were
14  on that came out in 2010, "Workers with Libby
15  Amphibole Exposure."
16        Do you remember this study?
17    A.    Yes.
18    Q.    And in this one, you know, for
19  all of the questions about you didn't have a
20  B-reader and B-readers weren't looking and
21  B-readers didn't tick the box and all, did
22  y'all use in this study a panel of three
23  NIOSH B-readers reviewing each worker's chest
24  X-ray?
25    A.    Yes.

Page 118

1    Q.    So there's no B-reader issue on
2  this case, is there -- or this study, is
3  there?
4    A.    No.
5    Q.    You had a 2014 study that you
6  were asked about.  You're on this one as
7  well.  This is in the American Journal of
8  Industrial Medicine.
9        Do you see this?
10    A.    Yes.
11    Q.    And you are the Charles
12  Bradford Black right there.
13        Right?
14    A.    Yes.
15    Q.    Again, this is another one
16  where these cases are selected but they use
17  B-readers to determine how the X-rays ought
18  to be read.  You had to have at least two of
19  three B-readers agree on it.
20        Right?
21    A.    That was in the initial
22  screening program they had.
23    Q.    All right.
24    A.    And that was -- there --
25  they're notating the Peipens article in 2003,

Page 119

1  so that -- that's what -- yeah, and that was
2  in the screening process.
3    Q.    That was the screening process?
4    A.    Yeah.
5    Q.    Okay.  Now, you were also asked
6  about a 2021 study, and this is one where
7  evidently -- this is the one where lawyers
8  helped get this word out to the public,
9  helped to pay for this study.
10        Remember that?
11    A.    Yes.
12    Q.    This is a study, vermiculite
13  ore from Libby, Montana, contains on average
14  24 percent of a mixture of amphibole and
15  carcinogenic amphibole asbestiform fibers.
16        Do you see that?
17    A.    Yes.
18    Q.    Now, sir, the fact that
19  plaintiff lawyers tried to fund help getting
20  the word out about how toxic this is, does
21  that change the asbestos all of a sudden?
22        That's not a clear question.
23  Let me ask it differently.
24        Sir, the fact that plaintiffs'
25  lawyers helped get the word out here, helped

Page 120

1  fund this to get the word out, does that have
2  anything to do with whether or not 24 percent
3  of that vermiculite ore had asbestos in it?
4    A.    No.  It's just getting -- once
5  again, that's -- the mortality study was to
6  try to educate people as to the toxicity
7  and -- in a patient population and how many
8  people died related to their disease in that
9  population.  So it's -- it's not a -- not an
10  epidemiologic study, but it is an educational
11  study.
12    Q.    And you were quizzed a lot
13  about whether or not there was a conflict of
14  interest disclosed in this study.
15        Remember that?
16    A.    Yes.
17    Q.    I'm looking at the back.
18  There's a whole section on conflict of
19  interest in this study that was published.
20        This is the published study,
21  isn't it?
22    A.    Yes.
23    Q.    And so the published study, you
24  guys dedicated an entire section to conflicts
25  of interest.

Page 121

1        Do you see it here?
2    A.    Yes.
3    Q.    And in it, it says Alan
4  Whitehouse, Arthur Frank, Gregory Loewen,
5  Albert Miller, and Charles Bradford Black.
6        Look at this.  "Have provided
7  expert medical consultative services for
8  several law firms in behalf of CARD or for
9  others with asbestos disease" -- "or for
10  other asbestos disease patients."
11        Do you see that?
12    A.    Yes.
13    Q.    Did you disclose the fact that
14  you had worked with patients and their
15  lawyers trying to offer expert medical
16  testimony?
17        Did you disclose it?  It's
18  right here.
19    A.    Yeah.
20    Q.    You weren't trying to hide
21  this?
22    A.    No.
23    Q.    If you were trying to hide it,
24  you did a pretty poor job sticking it in here
25  in this big bold section "Conflicts of

31 (Pages 118 - 121)

Golkow Technologies,
A Veritext Division

877-370-3377

Ex. 1 - 31
www.veritext.com

Page 122

1  Interest," didn't you?
2      A.    Yeah.
3      Q.    Because, again, it's part of
4  your purpose to not only identify hurt
5  people, give them support and advocacy, but
6  give research to help them heal and find some
7  way out of this horrible disease.
8          Fair?
9      A.    Yes.
10     Q.    And you watch people die of
11  mesothelioma?
12     A.    I have.
13     Q.    Is it part of why you care so
14  much about this?
15     A.    That, and, you know, a lot of
16  the lung disease, believe it or not, the
17  pleural disease, is almost like a
18  mesothelioma.  Very painful and progressive,
19  too, without malignancy.
20         So it's a -- it's a mix of
21  people that really suffer from it, so...
22     Q.    And you've seen it from people
23  who work with the vermiculite and the
24  asbestos.
25         Right?

Page 123

1      A.    Yes.
2      Q.    But you've also seen it and
3  written it up for other people in the
4  community?
5      A.    Right.
6      Q.    Who just may have lived near
7  that railroad or worked?
8      A.    Right.
9      Q.    Or worked out and ran or went
10  to school near the railroad yard.
11         Fair?
12     A.    Yes.
13         MR. LANIER:  Okay.  Sir, you
14  have been more than gracious with your
15  time today.  Thank you.  And we're
16  done with your deposition.
17         MS. GEE:  One moment.  I just
18  have one follow-up note.
19         MR. LANIER:  No worries.
20         MS. GEE:  We would just like to
21  move to strike any questions and
22  answers outside the scope of this
23  Court's order limiting Dr. Black's
24  testimony to the three topics that
25  they limited it to:  CARD records

Page 124

1  concerning Plaintiff Walder, cohort
2  studies conducted by Dr. Black, and
3  his time as Lincoln County health
4  officer.
5          MR. LANIER:  That's great.
6          And then I would like to mark
7  as Exhibit Number 3, just the
8  demonstratives so the Court has got a
9  record of the things that I put on the
10  ELMO.  So we will mark those
11  accordingly.
12         Thank you.
13         MS. GEE:  All right.
14         VIDEOGRAPHER:  Okay.  This
15  concludes today's deposition.  We're
16  going off the record.  The time is
17  4:03.
18         (Black Exhibit 3 marked for
19  identification.)
20  (Deposition concluded at 4:03 p.m.)
21  – – – – – – –
22
23
24
25

Page 125

1  1          CERTIFICATE
2  2      I, CARRIE A. CAMPBELL, Registered
      Diplomate Reporter, Certified Realtime
3  3  Reporter and Certified Shorthand Reporter, do
      hereby certify that prior to the commencement
4  4  of the examination, Charles Bradford Black,
      MD, was duly sworn by me to testify to the
5  5  truth, the whole truth and nothing but the
      truth.
6  6
          I DO FURTHER CERTIFY that the
7  7  foregoing is a verbatim transcript of the
      testimony as taken stenographically by and
8  8  before me at the time, place and on the date
      hereinbefore set forth, to the best of my
9  9  ability.
10  10     I DO FURTHER CERTIFY that I am
      neither a relative nor employee nor attorney
11  11  nor counsel of any of the parties to this
      action, and that I am neither a relative nor
12  12  employee of such attorney or counsel, and
      that I am not financially interested in the
13  13  action.
14  14
15  15

16  16
      CARRIE A. CAMPBELL,
17  17    NCRA Registered Diplomate Reporter
        Certified Realtime Reporter
18  18    California Certified Shorthand
        Reporter #13921
19  19    Missouri Certified Court Reporter #859
        Illinois Certified Shorthand Reporter
20  20    #084-004229
        Texas Certified Shorthand Reporter #9328
21  21    Kansas Certified Court Reporter #1715
        New Jersey Certified Court Reporter
22  22    #30XI00242600
        Louisiana Certified Court Reporter
23  23    #2021012
        Notary Public
24  24    Dated:  March 29, 2024
25  25

32 (Pages 122 - 125)

Page 126

INSTRUCTIONS TO WITNESS

1
2
3          Please read your deposition over
4   carefully and make any necessary corrections.
5   You should state the reason in the
6   appropriate space on the errata sheet for any
7   corrections that are made.
8          After doing so, please sign the
9   errata sheet and date it.  You are signing
10  same subject to the changes you have noted on
11  the errata sheet, which will be attached to
12  your deposition.
13         It is imperative that you return
14  the original errata sheet to the deposing
15  attorney within thirty (30) days of receipt
16  of the deposition transcript by you.  If you
17  fail to do so, the deposition transcript may
18  be deemed to be accurate and may be used in
19  court.
20
21
22
23
24
25

Page 128

1        – – – – – – –
             ERRATA
2        – – – – – – –
3   PAGE  LINE  CHANGE
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
25  ____  ____  _____

Page 127

1        ACKNOWLEDGMENT OF DEPONENT
2
3
4        I,_____, do
    hereby certify that I have read the foregoing
5   pages and that the same is a correct
    transcription of the answers given by me to
6   the questions therein propounded, except for
    the corrections or changes in form or
7   substance, if any, noted in the attached
    Errata Sheet.
8
9
10
11
12  _____
    Charles Bradford Black, MD        DATE
13
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20 _____.
17  My commission expires: _____
18
19  Notary Public
20
21
22
23
24
25

Page 129

1        – – – – – – –
           LAWYER'S NOTES
2        – – – – – – –
3   PAGE  LINE
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
25

33 (Pages 126 - 129)

**[& - 30xi00242600]**                                           Page 1

| **&** |
|---|
| **&**   1:20,21 88:2 89:18 |

| **0** |
|---|
| **00005**   4:10 |
| **00097**   1:7 |
| **084-004229** 125:20 |

| **1** |
|---|
| **1**   4:1,10,14 25:7 38:20 44:6 62:17 64:8 99:13 125:1 |
| **10**   4:10 89:3,4 90:16 125:10 |
| **10,000**   81:24 82:1 101:8 102:24 115:20 |
| **100**   2:7,12 |
| **100,000**   115:17 |
| **101**   2:23 |
| **104**   55:20,23 56:3 57:8 |
| **10940**   2:6 |
| **11**   4:11 114:23 125:11 |
| **116,000**   60:17 61:19 62:9,23 |
| **12**   4:12,12 69:22 125:12 |
| **124**   4:16 |
| **125**   4:20 |

**127**   4:21
**128**   4:22
**129**   4:23
**13**   4:13 125:13
**13921**   125:18
**14**   4:14 61:16 62:6 125:14
**1401**   3:2
**15**   4:15 13:8,19 13:20
**16**   4:16 39:10 125:16
**17**   4:17 66:21 71:25 125:17
**1715**   125:21
**18**   4:18 25:16 28:11,13 55:22 125:18
**180**   42:21
**18239**   125:15
**19**   4:19 13:23 125:19
**1958**   89:20
**1959**   4:15 88:25 89:1
**1970s**   85:8
**1977**   8:20
**1978**   12:3 92:1
**1984**   9:19,25
**1990s**   19:24 20:23 97:22
**1999**   18:22 80:14 82:15 85:19

| **2** |
|---|
| **2**   4:2,3,11 5:6 87:11,16 125:2 |
| **20**   110:23 125:20 127:16 |
| **20,000**   59:7 |
| **200**   3:2 |
| **2000**   22:4,4 |
| **2000s**   22:1,2 |
| **2002**   73:13 |
| **2003**   27:6,10 33:6 96:11 118:25 |
| **2004**   104:5 |
| **2007**   71:14 |
| **2008**   53:3 113:20 |
| **2009**   33:7 |
| **2010**   51:7,14,17 117:14 |
| **2013**   33:12 |
| **2014**   71:1 118:5 |
| **2016**   33:12 59:9 |
| **2018**   13:1 14:7 24:23 43:25 55:6 56:16,20 56:23 57:21 |
| **2021**   54:10 119:6 |
| **2021012**   125:23 |
| **2022**   67:14 69:10 70:17 |

| **2023**   38:22 41:24 58:8 67:10 |
|---|
| **2024**   1:15 5:5 125:24 |
| **20s**   10:9,11 |
| **21**   125:21 |
| **22**   38:22 41:24 57:5,7,8,9 67:10 125:22 |
| **222**   73:7 |
| **23**   125:23 |
| **24**   4:24 43:25 59:21 119:14 120:2 125:24 |
| **25**   4:25 125:25 |
| **272**   44:6 |
| **277-5100**   2:13 |
| **28**   1:15 5:5 |
| **2829**   2:12 |
| **29**   125:24 |
| **2:00**   1:18 |
| **2:34**   47:5,6 |
| **2:43**   47:8 |

| **3** |
|---|
| **3**   4:16 64:9 82:1 117:6 124:7,18 125:3 |
| **3,000**   81:23 |
| **30**   110:23 126:15 |
| **30,000**   63:16 64:11 |
| **30xi00242600** 125:22 |

**[31 - affiliated]** Page 2

| 31 | 114:20,24 |
|---|---|
| **310** | 2:13 |
| **317-0070** | 2:24 |
| **345** | 1:18 2:18 |
| **38** | 88:15 90:5 |
| **3:12** | 77:25 78:1 |
| **3:18** | 78:3 |

| **4** | |
|---|---|
| **4** | 4:4 125:4 |
| **40** | 7:24 115:25 |
| **402** | 2:23 |
| **406** | 2:19,24 |
| **45** | 7:24 |
| **47** | 84:23 |
| **48** | 116:1 |
| **4:03** | 124:17,20 |
| **4:21** | 1:7 |

| **5** | |
|---|---|
| **5** | 4:5 125:5 |
| **5/25** | 55:22 |
| **500** | 82:24 |
| **59802** | 2:23 |
| **59901** | 2:18 |

| **6** | |
|---|---|
| **6** | 4:5,6 55:20 |
| | 56:3,4 117:6 |
| | 125:6 |
| **6,000** | 83:5 |
| **62** | 4:10 |
| **659-5200** | 2:8 |
| **67** | 66:20 |

| **7** | |
|---|---|
| **7** | 4:7 125:7 |
| **70s** | 8:18 9:10 |
| | 11:23 16:20 |
| | 17:14 20:24 |
| | 87:2 |
| **71** | 59:21 |
| **713** | 2:8 |
| **720** | 3:3 |
| **73** | 61:16 62:6 |
| | 64:8 |
| **74** | 13:8 |
| **752-5566** | 2:19 |
| **77064** | 2:7 |
| **78** | 4:6 |

| **8** | |
|---|---|
| **8** | 4:8 125:8 |
| **8.6** | 101:6 |
| **80** | 93:18,20 |
| **80302** | 3:3 |
| **80s** | 15:17 16:21 |
| | 18:2 20:24 |
| | 85:8 87:3 |
| **81** | 69:22 |
| **859** | 125:19 |
| **87** | 4:11 25:15 |
| | 39:9,10 109:10 |
| **877.370.deps** | |
| | 1:24 |
| **88** | 25:7,16 |

| **9** | |
|---|---|
| **9** | 4:9 25:16 |
| | 62:21 125:9 |

| **907-6800** | 3:3 |
|---|---|
| **90s** | 18:3 21:7 |
| | 21:23 85:8 |
| | 87:3 |
| **91361** | 2:13 |
| **9328** | 125:20 |

| **a** | |
|---|---|
| **abate** | 83:11 |
| **abatement** | |
| | 83:12 |
| **abided** | 76:14 |
| **ability** | 125:9 |
| **able** | 52:18 |
| | 93:19 99:18 |
| | 100:21 113:6 |
| **abnormalities** | |
| | 37:15 |
| **abnormality** | |
| | 29:20 30:6 |
| | 37:25 107:23 |
| **above** | 1:19 |
| **absorb** | 94:6 |
| **abston** | 2:5 |
| **accept** | 33:21 |
| | 95:5 |
| **access** | 67:7 |
| **accomplish** | |
| | 97:4 |
| **accumulate** | |
| | 96:2 |
| **accurate** | 8:7 |
| | 111:17 126:18 |
| **accurately** | |
| | 96:24 |

| **achieve** | 63:23 |
|---|---|
| | 80:24 |
| **acknowledg...** | |
| | 4:21 127:1 |
| **acquiring** | |
| | 89:21 |
| **act** | 81:11 |
| **action** | 16:3 |
| | 19:14 125:11 |
| | 125:13 |
| **active** | 96:4 |
| **activity** | 62:2 |
| **actually** | 11:24 |
| | 15:16 37:14 |
| | 52:16 54:12 |
| | 74:15 82:19 |
| | 93:8 97:21 |
| **addition** | 15:12 |
| | 73:10 |
| **addressing** | |
| | 12:9 |
| **administered** | |
| | 25:1 |
| **administrative** | |
| | 60:22 65:1 |
| **adults** | 81:10,11 |
| **advice** | 48:7,11 |
| **advise** | 103:23 |
| **advocacy** | 95:25 |
| | 96:19 100:16 |
| | 101:10 122:5 |
| **aegirine** | 90:9 |
| **affected** | 94:25 |
| **affiliated** | 21:23 |
| | 22:10 |

**[afternoon - aspect]**

| | | | |
|---|---|---|---|
| **afternoon** 6:4 6:13 | **answer** 25:13 25:21 36:16,22 | **area** 4:13 8:22 9:25 70:9 | 49:1 53:4 59:8 68:6 73:15 |
| **age** 5:21 81:14 | 40:12,18 41:8 | 81:21,23,24 | 80:17 85:2,18 |
| **agency's** 14:15 | 41:9 42:5,13 | 89:25 102:16 | 86:22 90:10,18 |
| **ago** 59:6,13 | 44:14 46:11,19 | **areas** 7:4 | 90:23 91:6,21 |
| 66:20 74:16 | 47:20 48:4,10 | **arm** 55:1 | 93:16 94:20,23 |
| **agree** 13:25 | 57:11,13 60:2 | **arrangement** | 94:24 96:23 |
| 50:3 118:19 | 61:21 62:11 | 31:24 | 97:7 98:15 |
| **agreed** 6:10 | 65:15,18,20 | **arrive** 96:5 | 100:6 101:24 |
| 63:22 | 68:12 69:18,23 | **arrived** 33:25 | 102:3,9 103:25 |
| **agreeing** 49:8 | 70:21 77:7,11 | **arthur** 54:14 | 105:15 108:3 |
| 76:21 | 84:6 97:7 | 121:4 | 108:10 110:21 |
| **agreement** 88:1 | **answered** | **article** 18:22 | 113:22 116:25 |
| 88:14 89:5 | 25:19,21 57:16 | 22:7,8 50:17 | 119:21 120:3 |
| **ahead** 15:10 | 61:2 64:16 | 51:7,16 52:6 | 121:9,10 |
| **aimed** 89:21 | 67:4 | 53:3,7 54:18 | 122:24 |
| **al** 5:10,11 | **answering** 48:7 | 69:7,10 70:17 | **asked** 24:24 |
| **alan** 121:3 | **answers** 8:7 | 71:1 114:1 | 25:20,22 40:23 |
| **albert** 121:5 | 64:20 123:22 | 118:25 | 41:12,25 44:1 |
| **alex** 2:5 | 127:5 | **articles** 43:24 | 51:23 56:6 |
| **alex.abston** 2:6 | **anybody** 15:20 | 48:18 50:10,15 | 57:20 59:22 |
| **allowed** 23:23 | 58:13 84:8 | 50:22 69:8 | 60:14 62:7 |
| 23:24 | 95:12 110:13 | 71:2 85:19 | 64:9 69:5,17 |
| **america** 25:2 | **anymore** 95:7 | 110:5,10 | 69:24 70:15 |
| 101:25 115:15 | **anyway** 70:5,8 | **asbestiform** | 85:1,6,17 |
| **american** 28:22 | **appear** 94:21 | 119:15 | 92:11,21 |
| 31:3,6,20 | **appearances** | **asbestos** 5:9 | 102:12 108:15 |
| 103:12 118:7 | 4:3 | 23:12 24:15 | 109:9,12 |
| **amount** 62:9 | **applied** 71:16 | 26:1,19 28:6 | 117:12 118:6 |
| **amphibole** | 72:23 | 28:17,24 29:11 | 119:5 |
| 51:18 71:11,19 | **appreciate** 8:12 | 29:20 30:6,16 | **asking** 8:8 |
| 72:8,15,24 | 32:7 52:4 | 34:16 35:18,24 | 20:12 65:24 |
| 90:10,18 | **appropriate** | 37:6,12,24 | 91:4 |
| 112:10 117:15 | 62:2 126:6 | 45:11,18 46:4 | **aspect** 60:20 |
| 119:15 | | 46:6 47:14,16 | |

aspects   64:25
assert   104:7
assessment
   75:21
assigned   27:21
   27:24
associated   18:6
association
   101:24
assume   88:8
   90:16
assumption
   16:4
ats   103:12,23
   104:4 107:22
   108:1,8
attached   4:18
   126:11 127:7
attention   39:9
   98:16
attorney   7:16
   125:10,12
   126:15
attorneys   62:10
   69:13
augite   90:9
authored   51:6
   65:24
available   17:8
   17:9
avenue   1:18
   2:18
average   115:23
   115:24 119:13

aware   12:5
   18:10,20 42:25
   43:16 44:2,9
   44:15 45:3,13
   45:15 59:1
   61:24 102:11
awareness   19:1
   19:10 93:17

**b**

b   23:14 24:17
   26:2,15,24,24
   32:12,13,21,21
   35:10,19
   103:16 104:19
   105:2,7,10
   107:16 114:18
   117:20,20,21
   117:23 118:1
   118:17,19
back   12:15,25
   14:1,6 15:7,12
   16:20 17:13
   18:1 33:14
   39:23 45:6,9
   47:7 55:6
   57:15 59:9,13
   62:22 64:10,15
   73:19 75:12
   78:2 86:2 87:2
   91:3 92:1 95:8
   111:8 120:17
ball   116:12
bank   111:22
bankrupt
   102:4

banks   111:24
based   53:17
   67:23 105:17
basic   89:21
basically   22:24
   54:15 80:17
   102:21
becoming
   21:23
beginning
   13:19 69:22
   91:18
behalf   5:24
   121:8
believe   7:14
   12:25 17:13
   24:3 27:6,10
   28:10,21 29:1
   29:10 47:24
   54:10 122:16
bell   101:20
benefit   84:4
   98:8
benefitting
   83:24 100:22
benign   16:11
best   125:8
better   49:22
   71:10,18 77:13
beyond   47:21
   82:7
big   71:9,9
   80:19 121:25
billion   101:6,6

bit   7:10 92:7
   101:14
black   1:17 5:13
   5:20 6:3,14
   38:21 41:5,25
   47:10 48:6,14
   62:17 77:3,10
   77:22 78:6
   87:11 89:4
   90:16 113:25
   118:12 121:5
   124:2,18 125:4
   127:12
black's   123:23
bluetooth   70:5
bmm   1:7
bnsf   1:9 5:10
   7:17 88:7
board   81:4,6
   95:19
bold   121:25
booth   2:21
boss   95:20
bought   94:25
boulder   3:3
box   47:13
   107:17,17
   117:21
brad   5:13
   114:3
bradford   1:17
   5:20 38:21
   113:25 114:10
   114:12 118:12
   121:5 125:4

127:12
**break** 46:10,15
46:18,25 47:1
77:20
**bring** 36:14
98:15
**broke** 103:3
**brought** 11:10
79:5 80:16
82:14
**brunt** 66:4
**bulletin** 4:12
87:24 89:6
**bureau** 4:11
87:25
**burlington**
95:3 100:25
101:4,18 102:7
102:8
**business** 89:25
**busy** 60:24
64:24
**buy** 93:19
94:19
**buying** 100:18

**c**

**c** 2:1 113:25
114:6
**california** 1:20
2:13 125:18
**call** 22:18
49:16 50:25
80:2 114:9
**called** 11:16
37:18 43:2,17

44:3,10 45:19
54:24
**calling** 23:3
**campbell** 1:19
5:17 125:2,16
**cancer** 106:2,4
108:13
**capita** 115:7
**carcinogenic**
119:15
**card** 4:10 7:8
19:21 20:7
21:14,24 22:18
22:21 24:1
27:8,13 28:4
31:14,25 32:10
32:11 33:2,25
34:20 35:17,23
36:11 37:5,11
37:18 45:17
46:3 47:12
48:15,17 52:14
53:14,21,22
54:2,23,24
55:6,11,12,17
56:6,16,18,24
56:25 57:21,22
58:9,19 59:16
59:25 60:15
61:19 64:3
65:3,4 68:6,14
74:8 75:18
79:4 92:8
93:12 94:9
95:15,17 96:25

97:6 98:14
100:19 101:8,8
101:15 104:18
106:9,11,19
107:1,16 110:6
113:14 115:25
121:8 123:25
**card's** 59:23
67:24
**care** 31:7,21
65:1 67:24
80:21 81:8
97:10 122:13
**carefully** 126:4
**carrie** 1:19
5:16 125:2,16
**carried** 66:1
**carrying** 66:10
**case** 1:7 6:18
7:11,15 93:9
118:2
**cases** 102:16,20
105:23 114:20
114:24 118:16
**catch** 30:1
40:13 41:13
**caught** 86:6
109:25
**cause** 110:21
**cells** 106:5
**century** 84:24
**ceo** 7:8 27:14
27:18
**certain** 33:1
50:12

**certainly** 14:20
**certificate** 4:20
125:1
**certification**
26:25
**certified** 1:20
1:20,21 23:14
24:17 26:2,24
32:13 35:9
81:4,6 125:2,3
125:17,18,19
125:19,20,21
125:21,22
**certify** 125:3,6
125:10 127:4
**cetera** 98:21
**chad** 3:1 7:16
14:21 99:5
**chance** 115:16
115:17
**change** 30:10
30:13 94:15
100:5 119:21
128:3
**changed** 20:4
**changes** 51:20
126:10 127:6
**changing** 19:25
80:6
**characterizing**
110:3
**charles** 1:17
5:20 38:21
114:7,9,12
118:11 121:5

125:4 127:12
**chart**  99:18
  107:10,10
**checked**  46:3
  47:13
**checking**
  107:17,17
**chest**  117:23
**chief**  27:13,15
**children**  81:9
  81:11
**choose**  36:20
**city**  115:8
**claims**  90:22
**clarification**
  32:8
**clarify**  41:20
  55:12 92:16
**cleaning**  91:11
**clear**  26:14
  40:2 45:1
  61:23 93:7
  109:7 111:12
  119:22
**clearly**  64:20
**clients**  78:10
**clinic**  7:8 9:10
  19:21 21:15,23
  21:24 22:10,13
  22:14,18,22
  23:3,8,10 24:2
  25:5 27:7,8,13
  28:4,11,16
  30:25 31:14,25
  32:10,11 33:2

33:16,25 34:20
  45:17 47:13
  48:16 52:14
  53:15,21 54:22
  55:11,12,18
  56:18,25 57:18
  57:22 58:7,19
  59:17 60:15,23
  60:25 61:19
  64:3 68:7 74:8
  75:1,12,18
  79:4 92:8,22
  93:12 94:1,3
  94:19 95:15,17
  96:10,25 97:6
  100:12,23
  101:8,9,16
  106:9 107:1,16
  113:15
**clinical**  54:15
  64:25 83:20
**clinicians**  29:3
**close**  38:6
  115:25
**club**  101:23
**cohort**  43:7
  47:25 49:14,16
  49:24 50:2,5
  65:10 72:15
  74:17,20 124:1
**cohorts**  23:25
  46:13 48:2
  74:14
**coined**  37:18

**collaborated**
  51:5
**collected**  52:13
  53:14
**collecting**  68:4
**college**  31:3,6
  31:20
**colorado**  3:3
**combined**
  89:22
**come**  7:24
  48:24 76:4,13
  97:21 98:21
  115:20
**comes**  40:17
  57:24
**comfortable**
  16:21 85:7,13
  91:4
**coming**  18:13
  48:15 68:5
  76:24 97:2
**commencem...**
  125:3
**commencing**
  1:18
**commission**
  127:17
**committee**  74:7
**communicable**
  83:13
**communicated**
  12:22
**communication**
  14:10

**community**
  15:21,23 17:9
  17:10 19:10
  28:5 80:4,16
  80:18,20 82:8
  83:9,13 98:10
  115:11 123:4
**companies**
  101:24
**company**  1:9
  1:11,12 5:10
  7:17 52:21
  88:2,6 89:19
  101:5
**compare**
  110:23
**comparing**
  51:7
**comparison**
  72:13,14
**composed**  90:8
**concentrate**
  11:16
**concern**  14:14
  16:5
**concerned**
  14:18 16:25
**concerning**
  20:8 124:1
**concerns**  11:25
  12:9 18:20
  19:11
**concluded**
  124:20

**concludes**
  124:15
**condition**   96:3
  110:6
**conditioners**
  16:17
**conditions**   98:5
**conducted**
  124:2
**confirm**   115:5
**conflict**   69:1,11
  70:10,16 71:3
  120:13,18
**conflicts**   102:1
  120:24 121:25
**consistent**
  30:14
**consultative**
  121:7
**contact**   98:21
**contained**   71:2
**containing**
  90:17 116:25
**contains**
  119:13
**contaminated**
  117:11
**contamination**
  80:15
**continue**   24:6
  24:10 36:24
  95:15
**continued**   34:6
  34:15

**continuing**
  21:13 24:5
**contribute**
  106:16
**contributed**
  51:2 52:7 53:2
**contributing**
  72:7 100:18
**contribution**
  52:10
**contributions**
  59:2 62:23
  70:20 74:9
  75:2 100:4
**control**   38:12
  39:19,24 40:6
  40:9 41:3,11
  41:15 42:2
  109:13,25
  110:1,12
**cooperative**
  64:19 88:1,14
**cootenai**   4:13
**copy**   13:7,10,15
  38:24
**corporation**
  1:10,11,13
**correct**   6:20,25
  8:19 9:13 10:6
  11:17 12:2,19
  14:5,8 15:18
  17:21 18:16,24
  21:2,9 23:16
  24:19 25:2,9
  26:3,20 27:3,9

  28:7 29:22
  30:8 31:8,22
  32:2,14 33:3,4
  33:13 34:3,4,8
  34:9,12,13,17
  34:18 35:11
  36:3,11 37:16
  38:14 39:21
  40:8,12,14
  42:4,6,23,24
  43:5,12,20
  44:17 45:24
  46:7 47:18
  48:20 49:15
  50:11,23 52:8
  52:15 53:16
  55:2 56:10,20
  58:12,22 59:10
  59:16 60:3
  62:12,25 63:20
  65:7,13 66:3
  68:1,10,19
  69:3,14 70:13
  70:22 71:6
  74:11 75:3,22
  106:7 109:15
  109:15 127:5
**corrected**   14:3
**corrections**
  126:4,7 127:6
**correctly**   42:12
  42:16,17 43:9
  44:23 57:12
  58:3 67:19
  109:21

**correlation**
  46:12
**corresponded**
  11:24
**counsel**   2:19,24
  3:4 5:14 48:8
  48:11 68:16
  104:16 125:11
  125:12
**country**   18:14
  42:21 43:1
  44:21 98:20
**county**   4:14 7:6
  8:16 9:20
  15:15 18:4
  19:12 82:13,23
  83:1 124:3
**course**   108:14
**court**   1:1,21
  5:12,16 6:9
  76:10,16,20
  124:8 125:19
  125:21,21,22
  126:19
**court's**   123:23
**courteous**   8:11
  8:12
**courtesy**   83:3
**covered**   98:4
**criteria**   103:17
  108:2,8
**cross**   78:4
  84:12
**crow**   10:5

**ct**  29:21 30:7
  34:20 35:3
  36:1,2 37:8,14
**curious**  86:18
  95:2
**cv**  1:7

**d**

**d**  3:9
**dad**  114:14
**damage**  92:2
**dan**  3:9 5:2
  76:20
**dangers**  98:15
**data**  48:18
  52:13 53:13
  66:14,24 67:6
  67:6,7,12,20,22
  68:4 89:21
  111:22,24
**database**  49:21
**dataset**  50:9
**date**  1:19 5:5
  9:24 55:21
  88:22,24 125:8
  126:9 127:12
**dated**  125:24
**day**  127:16
**days**  126:15
**dead**  106:10,11
**deal**  36:23
  58:25 83:13
  98:3 100:8
**decade**  67:15
**deceased**  1:4,6

**decided**  89:20
**dedicated**
  120:24
**deemed**  126:18
**defendants**
  1:14 3:4 5:24
**degree**  110:21
**delaware**  1:10
**demographics**
  19:25 80:7
**demonstratives**
  4:16 124:8
**denver**  72:11
**departments**
  35:4
**depending**  82:1
**depo**  55:21
**deponent**  4:21
  5:13 127:1
**deposes**  5:23
**deposing**
  126:14
**deposition**  1:17
  4:18 5:7 12:25
  13:8 24:22
  55:6 56:3 78:9
  84:20 87:16
  109:10 123:16
  124:15,20
  126:3,12,16,17
**depositions**
  49:13 84:5
**deposits**  88:15
**deps**  1:25

**describe**  38:4
  74:17
**described**
  34:25 37:24
**describes**  41:1
**describing**
  41:16 44:15
  86:25 110:6
**description**  4:9
**desired**  68:17
**detail**  87:1
  90:24
**detailed**  75:20
**details**  57:17
**determine**
  118:17
**develop**  49:25
  50:4
**developed**  24:1
  26:16 72:22
  94:5
**developing**
  64:2
**development**
  89:24 99:1
**diagnose**  29:11
  29:17 34:15
  45:18 105:15
**diagnosed**
  28:16 35:17,23
  36:12 37:6,11
  45:7 49:7 68:6
**diagnoses**
  48:16,25
  104:18

**diagnosing**
  43:1,17 44:3
  44:10
**diagnosis**  23:13
  24:15 28:23
  29:3 46:5
  53:18 103:25
  106:13,15
**diagnostic**
  30:12
**dick**  9:11
**die**  122:10
**died**  120:8
**different**  17:24
  26:9 60:11
**differently**  38:5
  119:23
**difficult**  8:3
  110:2
**diffuse**  110:7
**dig**  116:24
  117:5,9
**diplomate**  1:19
  125:2,17
**direct**  6:1 39:8
  64:17 68:14
  93:15
**directed**  22:25
**directing**  23:2
**directly**  55:7,13
  55:14 56:7
  58:10,20 64:13
  68:14 76:4
  93:19 94:9

**[director - entitled]** Page 9

**director** 7:8
**disagree** 20:18
  36:8
**disappear**
  94:21
**disclose** 70:18
  74:8,25 121:13
  121:17
**disclosed** 70:1
  120:14
**disclosing**
  102:1
**disclosure** 69:2
  70:17 71:3
**discussed** 61:9
  88:16
**discussing** 48:2
**discussion** 72:7
  72:10 88:19
**disease** 23:12
  24:16 26:1,19
  28:6,17,24
  29:12 34:16
  35:18,24 37:6
  37:12,25 45:11
  45:19 46:4,6
  47:15,17 49:1
  51:8 54:22
  68:6 73:15
  78:22 82:17
  93:17 94:16,21
  94:24 96:5,23
  97:10,23 99:2
  103:25 105:16
  107:5 108:2,9

  120:8 121:9,10
  122:7,16,17
**diseases** 83:14
**distributed**
  18:14 42:21
**district** 1:1,1
**diversified** 80:3
**division** 1:2
**doctor** 9:11
  15:7 38:9 43:1
  43:16 44:2,9
  79:16,18 83:17
  103:23
**doctors** 111:22
**document** 29:6
  38:18 61:6
  62:21 88:12
  89:13 90:24
**documents**
  90:14
**doing** 54:15
  63:24 78:22
  98:11 104:4,9
  126:8
**dollars** 100:16
**donate** 94:10
  95:12
**donating** 102:7
**donation** 62:9
**donations**
  58:10,13,16,20
  59:7,14,23
  60:17 61:18
  93:3 94:6

**door** 107:1,4
**dr** 6:3,14 9:15
  11:23,24 12:21
  33:6,11,24,25
  34:5 41:5,25
  47:10 48:6,14
  50:15,21 51:22
  53:9,13 54:3,7
  54:13,14,16
  63:25 65:25
  66:5,7,8,15,23
  67:11 77:3,10
  77:22 78:6
  79:23 82:18
  86:15 89:4
  90:16 123:23
  124:2
**draw** 82:2
**driver** 52:25
**duly** 5:21 125:4
**dumbfounded**
  19:5
**dying** 100:6

**e**

**e** 1:4 2:1,1,4 3:9
  3:9 4:10 99:13
**earlier** 19:9,18
  31:15 63:19
  101:17 102:8
**early** 22:1 88:7
  89:13,19
**east** 1:18 2:18
  2:23
**economic** 89:23

**economics**
  89:14
**educate** 98:19
  120:6
**educational**
  120:10
**educator** 83:19
**effect** 89:23
**effective** 96:6
**effort** 71:10
**ehh** 45:20 46:2
  47:12
**eight** 82:19
  86:16
**either** 55:7 56:7
  97:14
**electronic**
  13:15
**elements** 10:17
  29:18
**elmo** 124:10
**emergency**
  80:11
**employee**
  125:10,12
**encompasses**
  81:24
**ended** 21:22
  48:18 80:17
**enjoy** 83:24
**enjoyed** 83:21
**entered** 49:21
**entire** 120:24
**entitled** 36:19

entity  94:5
environmental
    53:3 113:21
    114:23
epa   14:11
    15:16 71:10
    72:4 73:11
    74:6,19,24
epidemiologic
    120:10
epidemiology
    72:17,21,24
equipment
    34:21
er   22:14,15
errata   4:22
    126:6,9,11,14
    127:7 128:1
estate   1:4,6
esther   90:22
et   5:9,10 98:21
evaluate   26:19
evaluated
    15:19
evaluations
    14:11
eventually
    67:14
everybody   49:5
everything's
    12:17 14:4
evidence   23:24
    29:19 30:5
    64:17 107:22

evidently   119:7
exact   33:15
exactly   61:22
    61:23 64:21
    81:12 107:11
examination
    6:1 24:7 36:19
    78:4 125:4
examinations
    4:4
examined
    84:12 107:13
example   59:7
    85:6 87:15
    113:20
except   72:22
    127:6
excuse   39:9
    45:23 77:4
exhibit   61:10
    62:17,21 87:11
    87:16 88:21
    99:4,11,12
    124:7,18
exhibits   4:8,18
exist   97:6
expected   73:16
    73:24
experience   80:3
    105:18
experienced
    17:22
expert   121:7,15
experts   111:16
    112:19,20,21

expires   127:17
explain   109:18
expose   110:20
exposure   14:19
    16:5 30:16
    53:4 75:20
    95:23 106:17
    113:21 117:15

### f

facilities   42:22
fact   11:24 12:7
    16:10 17:3,12
    18:1,2 19:2
    31:5 34:19
    37:10 60:9,13
    61:17 62:20
    68:19 73:10
    94:14 97:19
    119:18,24
    121:13
factors   71:11
fail   126:17
fair   9:7,16,21
    10:1 12:10
    16:6,18 18:3,9
    19:16 22:11
    28:1,18 38:8
    51:4 67:15
    81:15 82:4
    83:7 89:7
    92:19 93:24
    97:18 100:2,9
    112:1 114:16
    122:8 123:11

falls   1:2
familiar   61:11
families   80:9
family   78:8
far   18:11 36:7
    47:21 73:19
    75:10 89:9
    94:13 116:18
    117:8
fat   45:12
fe   95:3 101:18
features   97:3
federal   45:20
fee   32:4
feeling   14:13
feet   117:6
fibers   71:19
    72:8 119:15
fibrosis   110:7
fibrous   90:10
    90:17
fickle   94:23
fields   116:13
figure   82:19
    86:16
figured   82:18
file   104:13
filing   83:11
fill   80:18
filled   82:8
financial   57:19
financially   64:6
    125:12
find   96:8 112:5
    117:6 122:6

**[finding - given]**                                            Page 11

**finding**  23:12
  25:25
**findings**  45:5
**fine**  12:17 14:4
  15:4 33:22
  46:14 77:18
**finish**  41:7,9
  66:2 75:16
  76:8
**finished**  18:7
**finishing**  66:10
**firefighters**
  98:20
**firm**  2:3,11 3:7
  6:24 59:8
  62:24 63:8,11
  63:17 64:12
  68:21,22 93:16
  99:20,21 100:1
  100:17
**firms**  65:4,6
  68:8,16,20,21
  98:1,7 102:19
  121:8
**first**  1:18 2:18
  5:21 10:20
  18:25 79:1,13
  79:15 91:23
  92:21 96:15
  97:21 98:1,13
**fish**  9:6
**fits**  20:9
**five**  89:20
**flathead**  4:13

**flies**  10:5
**folks**  60:22
  76:22
**follow**  29:10
  89:15 90:1
  100:2 123:18
**following**  96:2
**follows**  5:24
**foregoing**
  125:7 127:4
**forgive**  74:21
**form**  22:19
  45:19,20 49:8
  102:8 127:6
**formal**  20:25
  21:3 32:17,19
**former**  98:3
**forms**  46:2
  47:12 88:7
  101:18
**forth**  80:16
  125:8
**found**  37:14,25
**foundation**
  36:18 47:23
  54:24,24 56:16
  56:24 57:21
  58:18 59:15
  60:1,16 61:18
  61:25 62:1
  92:23 94:4
  95:6,7,9 100:8
  101:19,23
  102:9

**four**  60:13
**frame**  14:12
  24:5
**frank**  54:14
  66:7 121:4
**freezer**  93:18
  93:20 94:19,25
  100:18
**front**  2:23 39:3
**frustrating**
  70:7
**full**  61:3
**fund**  32:1 62:2
  63:17 64:13
  119:19 120:1
**funded**  69:12
  70:19
**funding**  55:7
  56:7 71:4
  92:22 101:14
  101:19,25
**fundraising**
  55:1,3
**funds**  56:17,24
  57:21 59:24
**funneled**  61:18
**further**  6:6
  52:19 89:23
  125:6,10
**future**  50:3

**g**

**g**  3:9
**gabrielle**  2:22
**gap**  80:18

**gears**  19:20
**gee**  2:22 20:6
  20:16 21:12,19
  23:17 24:9
  36:4,13,25
  43:6 46:9,23
  47:1,3,19 63:1
  65:8,14,17,21
  73:1,4 74:12
  74:20 76:10
  77:6 123:17,20
  124:13
**generate**  96:4
**gentleman**  33:5
  33:11
**geologic**  4:12
  87:18
**geology**  4:12
  87:25
**getting**  15:12
  45:5 84:19
  98:3 112:22
  115:17 119:19
  120:4
**ggee**  2:22
**give**  58:14 79:9
  84:4 93:25
  94:1,2,9,18
  95:4 96:18,21
  100:15,16
  101:7,9,10
  113:15 122:5,6
**given**  16:2
  21:20 38:22
  52:20 89:12

93:4 99:19,21
99:22 109:10
127:5
**gives** 94:15
**giving** 51:8
102:7
**glasses** 70:4
**go** 6:5 8:4 9:5,5
14:25 15:2
26:25 47:1
64:15 76:22
90:23 92:5
111:23 113:7
114:3
**goal** 96:10
**goals** 95:21
100:22
**goes** 103:3
**going** 13:7 15:3
20:6 21:12
22:2,17 23:2
23:17 24:21
36:4,15 38:17
46:18 47:4,7
47:19 48:3
56:2 63:1 65:8
65:17 66:18
68:11 69:21
73:22 74:12
76:23 77:10,15
77:24 78:2
83:19 101:13
104:8,14
110:18,20,22
124:16

**golkow** 1:24
3:10 5:3
**golkow.com**
1:25
**good** 6:3,13,16
8:24 9:1 79:20
83:23
**google** 111:22
**gorgeous** 8:23
9:3
**gotcha** 70:6
112:4
**government**
45:20
**grace** 11:25
12:1,8,13,16
14:2 15:12
18:8
**gracious**
123:14
**grandfather**
114:12
**grant** 32:9 35:8
35:12,14 71:17
72:22,23
**grants** 32:1
71:9
**great** 1:2 83:22
88:1,6 124:5
**gregory** 121:4
**grilled** 103:11
**grogan** 1:12
**group** 38:12
39:19,24 40:6
40:9 41:4,11

41:15 42:2
49:23 52:23
66:9 109:13,25
110:1,12,18,20
**growth** 89:24
**guard** 86:6
**guess** 40:13
50:24 107:8
110:24
**guideline** 29:6
29:19
**guidelines** 29:2
29:2,9 30:4
31:10,12
107:22
**guys** 54:11
120:24

## h

**h** 1:6 3:9
**half** 84:24
**hall** 2:21
**hallboothsmi...**
2:22
**hand** 13:7 15:6
38:18 73:22
78:18
**handled** 60:22
64:6,23 102:16
**handling** 16:21
18:6 102:20
**handwritten**
4:16
**happen** 94:11
**happened**
61:23 93:23

**happening**
60:21 64:25
**hard** 84:13
98:17
**hazards** 10:21
18:5 98:22
102:3
**head** 17:4
113:24 116:3
**heads** 8:10,13
**heal** 96:22
100:17 101:11
122:6
**health** 7:6 8:16
9:20 12:1
15:15 18:4,20
19:11,12 25:2
26:11,16 27:2
80:15 82:13,23
96:1,3 98:5
124:3
**hear** 7:23 52:1
58:6
**heard** 64:18
79:23 80:6
115:6
**hearing** 7:23
84:14
**heberling**
62:24 63:10,17
64:12
**held** 1:17 5:8
**help** 8:6 80:23
83:11 84:17
90:25 95:4,13

96:19,22 97:6
97:8,15 100:16
100:19 101:8
101:11 113:15
119:19 122:6
**helped** 119:8,9
119:25,25
**helping** 82:11
97:14
**helps** 100:20
**hemphill** 1:5
**hereinbefore**
125:8
**hey** 14:21
112:3
**hidden** 112:21
112:25
**hide** 121:20,23
**highest** 115:6
**history** 106:17
**hit** 70:4
**hna** 26:10
**hold** 9:24 70:2
**homes** 17:6
116:20,21
**honest** 97:20
**honestly** 87:1
**hope** 89:22
**hoping** 96:3,8
**horrible** 78:22
122:7
**hospital** 22:12
22:15,16,19,25
23:4,9 24:14
25:1,5 27:7,12

52:18,20,22
80:12,23
116:16
**hospitals** 35:2
**hour** 73:6
92:12
**houston** 2:6,7
**hstr** 52:25
**huh** 16:19
27:24 79:11
85:20 87:10
88:23 89:16
92:4 99:17
116:9
**human** 94:24
**humbled** 19:7
**humbling**
82:16
**hundred** 47:11
73:15,24
**hundreds**
28:16 34:15
45:6 46:1
**hunt** 9:6
**hurt** 96:16
100:13 101:9
122:4
**hygiene** 101:19
101:23

**i**

**identification**
51:19 62:18
87:12 124:19
**identified**
95:22

**identify** 96:15
100:13 101:9
122:4
**illinois** 1:20
125:19
**illness** 73:14
**immature**
81:13
**impacted** 96:7
**imperative**
126:13
**important**
84:17 98:8
**incidence** 73:14
73:16,24
**included** 10:17
50:1 53:12
63:15 69:1
**including** 71:1
**index** 4:1
**indicate** 69:12
**indirectly** 55:8
55:14 56:7
**individuals**
95:25
**industrial**
101:19,23
118:8
**industries** 80:8
**information**
12:23 15:14
16:2 19:5
54:20 64:4
66:25 73:12
75:25 76:4,12

96:1 106:20
**infrastructure**
80:21
**inhalation**
112:14
**initial** 22:18
118:21
**initially** 32:3
**initiated** 54:13
**initiative** 51:1
**institute** 27:1
**instruct** 36:15
46:11,18 47:20
48:4 65:17
68:11
**instructing**
36:21 65:19
**instruction**
6:11
**instructions**
126:1
**insulation** 1:10
**intelligencer**
18:23
**interest** 38:10
63:23 69:1,11
70:10,16 71:3
120:14,19,25
122:1
**interested**
63:25 125:12
**internal** 80:1
**internet** 112:5
**internist** 9:15
79:23

**internists** 23:15 24:18 26:3
**interpretations** 35:20
**interpreted** 36:1 37:8,14 44:20
**intervention** 96:6,9
**investigate** 64:2
**investigations** 4:13 87:19
**investigative** 85:16
**investigator** 50:19 53:10
**involve** 21:15
**involved** 14:10 60:20 62:4 64:1 93:16
**involving** 31:14
**ipad** 13:13
**irons** 9:11,15 11:23,24 12:21 79:23
**issue** 118:1
**issues** 79:5 80:21
**it'll** 8:6 110:21
**items** 40:22

**j**

**jackson** 1:3 5:9
**jail** 83:10

**janice** 75:7
**jeresek** 2:17
**jersey** 1:21 125:21
**jinnifer** 2:17 99:14
**jmariman** 2:17
**job** 82:10 104:9 121:24
**johns** 4:14 87:20
**joint** 12:8
**journal** 51:17 118:7
**journalist** 85:16
**journals** 111:16 112:16
**joyce** 1:6 79:8 106:9 107:4,18 107:24 116:10
**juan** 3:7
**judge** 23:22
**judith** 1:4
**july** 4:14 31:15 43:25 69:6,17 69:25 88:25 89:1
**june** 38:22 41:24,24 61:7 64:10 67:10
**jury** 84:7 88:5 92:18 99:12 104:7 105:24 108:3 109:18

111:13

**k**

**kalispell** 1:18 2:18 5:8 6:23 35:2
**kansas** 1:21 125:21
**keep** 15:3 20:12 23:2 52:19 110:19
**kicks** 70:5
**kind** 7:3 9:4 15:10 20:1 22:18 23:4 26:15 45:8 72:13 79:18 82:22 86:10 111:22
**knew** 46:5 47:15 56:13 91:9,23
**knight** 3:1,1,2 4:5 6:2,10,12 7:16 13:12,17 13:21 14:24 15:5 20:11,18 20:20 21:12,17 21:20,21 23:17 23:21 24:11,12 25:7,8 36:4,8 36:10,13,17 37:2,4 39:3,6 41:21 42:15 43:6,10,11 44:6,8 46:9,14

46:21,24 47:2 47:9 48:5 55:20,22,24 56:1 62:19 63:6 65:12,19 65:22 68:18 73:5,9 74:15 74:22 76:2,8 76:12,17,21 77:2,9,14,17 99:7,7,8,12 103:11 109:11 112:3 113:20
**knightnicastr...** 3:2
**know** 10:2,21 11:15 12:20 15:20,20,21 16:14 25:10 31:10 33:15,19 42:19 50:24 52:5 54:20 57:12,17,17 58:5,23 59:18 61:3 63:3,21 63:22,24 64:7 64:21 71:7,21 71:23 73:20 75:4,11,14 81:13,22,23 83:9,11 86:5,6 86:8,12,13,25 87:8 88:5 90:17,21 91:16 91:20 93:8,15

**[know - list]**

93:21 94:11,13
97:13,22 98:2
98:12,22
101:17 102:6
104:12,14
106:16,18
110:13 115:9
115:14 116:4
117:8,10,18
122:15
**knowing** 86:1
**knowledge**
18:5 48:3
86:11,22 91:2
91:5,17 93:13
95:2 97:24
111:2
**known** 19:9,18
21:24
**knows** 84:7
**kovacich** 63:8

**l**

**laboratory**
66:9
**lack** 49:22
**lacks** 73:7
**lady** 99:14
**lamellar** 37:19
37:23 38:13
39:20 40:7
41:1,17 42:3
43:2,8,17 44:3
44:10 45:7
108:17,17
109:14 110:3,7

112:10
**lanier** 2:3,3,11
2:11 3:7 4:6,16
6:5,11 13:10
15:2 25:6
38:24 41:7
42:13 44:5,7
46:8,17 55:17
55:21,23,25
68:11 73:6
76:1,5,7,19,23
77:4,12,19
78:5,7 87:13
99:5,8,10,24
123:13,19
124:5
**lanierlawfirm...**
2:4,5,6,12
**largely** 32:1
**late** 11:23
17:13
**latency** 86:9
**law** 1:18 2:3,11
2:16 3:7 6:23
59:8 65:4,5
68:8,16,20,21
68:21 93:16
98:1,7 99:20
99:21,25
100:17 121:8
**lawful** 5:21
**lawlor** 3:9 5:2
**lawsuit** 78:8
109:1

**lawyer** 70:19
79:6 85:2 91:3
103:2,2
**lawyer's** 4:23
129:1
**lawyers** 55:8
55:15 56:8,17
56:25 57:22,24
58:11,16,21
59:15,24 60:17
61:20 70:1
71:5 74:10
75:2 84:13
97:14,17,20,25
102:13,15
103:3,8,10
119:7,19,25
121:15
**laying** 36:17
**lead** 53:10
**leading** 21:7
24:2
**learn** 31:9 90:4
**learned** 10:25
19:4 90:7
**left** 33:24 34:5
52:22
**legal** 103:24
**letter** 12:8,12
**letterhead** 12:9
**letting** 52:4
**libby** 7:5,7 8:17
8:21 9:2,10,20
10:3,15,25
15:16 18:4,21

18:22 19:15
28:5 35:2
42:20 51:9,18
53:4 54:22
67:24 71:11,18
72:8,14,24
81:16,19 84:22
85:17 97:21
98:15 113:21
115:6,20 116:2
117:14 119:13
**life** 45:22,22
**light** 88:2 89:18
**liked** 8:22
**limitation** 98:6
**limited** 123:25
**limiting** 123:23
**lincoln** 4:14
124:3
**line** 13:8,19,19
13:20,23 25:6
25:7,16,16
38:25 39:9,10
44:5,6 55:19
55:20 56:3,4
57:5,8 61:16
62:6 64:8 66:2
66:21 69:22
82:2 114:11
128:3 129:3
**lines** 39:16 57:6
63:9
**list** 63:12,15
68:15

**listen**  77:15
84:15
**listening**
105:24
**literature**
38:16 40:11,24
41:16 102:3
108:16 110:11
111:9,25 112:6
112:10
**litigation**  1:24
3:10 5:4
**little**  7:10 8:4
92:7 101:14
**lived**  116:2
123:6
**living**  83:4
103:4
**llc**  3:1
**loaded**  17:14
**local**  35:1,25
37:7,12 45:5
80:20
**lodge**  20:13,16
21:13
**loewen**  33:11
33:25 34:5
66:8 121:4
**long**  86:9
**longer**  101:14
**look**  13:16
25:15 33:14
59:19 63:4
69:19,22 71:22
85:16 88:12,21

98:9 99:3
113:18 121:6
**looked**  15:22
43:23 84:18
99:11 107:12
114:19
**looking**  30:10
35:19 45:11
57:15 60:10
62:13,20 86:2
117:20 120:17
**lost**  80:8,9
**lot**  31:10 54:15
84:21 87:1
108:15 116:21
120:12 122:15
**lots**  16:15
**louisiana**  1:21
125:22
**loved**  19:17
**lumber**  1:12
**lung**  12:6 82:21
97:10 106:5
108:2,9 122:16
**lungs**  38:2

**m**

**m**  4:14
**mackay**  3:1
**made**  17:9
32:13 62:23
63:16 64:12
83:2 126:7
**mail**  4:10 99:13
**main**  101:24

**maintain**  95:13
**make**  7:22 8:4
29:3 64:5
82:22 94:20
95:21 103:4
111:10 126:4
**making**  48:18
**malignancy**
122:19
**manage**  57:19
**march**  1:15 5:5
125:24
**mariman**  2:17
13:14 14:21
15:4 76:6,14
99:14,23
**mark**  2:3 4:16
46:22 78:6
87:15 124:6,10
**marked**  62:17
62:21 87:11
124:18
**material**  17:20
**matter**  5:9
97:19
**mcgarvey**  1:18
2:16 6:23
62:24 63:10,16
64:12 68:22
**mcgarveylaw...**
2:17
**md**  1:17 5:13
5:20 38:21
125:4 127:12

**mean**  25:19
43:21 72:22
87:2 91:8,17
94:1 102:23
105:19 106:1
111:8 115:19
**meaning**  59:16
**means**  108:4
111:14
**meant**  25:21
**mechanisms**
96:5
**medicaid**  45:22
**medical**  7:8
20:25 23:19
27:13,15 79:15
79:18 83:21
98:10 102:2
111:16 121:7
121:15
**medicare**  45:22
**medicine**  80:1
80:11 83:20
84:3 96:22
118:8
**meeting**  72:4
72:11 74:7,18
74:24
**meetings**  74:6
**member**  31:2
**members**  28:5
**memory**  13:9
73:23 84:12
**mentioned**  36:6
63:9 103:22

mesothelial
  106:5
mesothelioma
  53:18 74:2
  105:23 106:1
  106:10,11,12
  106:15,24
  107:6,19,24
  108:11,13,23
  109:1 114:20
  115:7,17
  122:11,18
mesotheliomas
  53:5 113:22
  116:1
met  7:14 15:20
  78:13
mhsl  99:22
mid  8:18
middle  116:7
miles  10:5
mill  91:10
miller  121:5
million  115:16
mind  38:19
mine  10:4,8,16
  11:1 18:8,13
  91:22
mined  11:2
mines  4:11
  87:25
mining  10:16
minus  93:18,19
minute  74:16
  77:20

misquoted
  109:8,8
missed  40:20
  82:16,17
mission  28:3
missions  28:4
missoula  2:23
missouri  1:21
  125:19
misspoke  52:2
mix  54:1
  122:20
mixture  119:14
mom  114:9
moment  15:1
  88:9 123:17
money  55:13
  57:24 58:14
  65:3 71:17
  89:14 93:12,15
  94:1,2,15,19
  95:4,9,12,15
  99:21,22 102:7
monies  61:25
  99:19
monitoring
  97:10
montana  1:1,11
  1:12,18 2:18
  2:23 4:11,14
  5:8 18:4 67:25
  68:9 80:8
  81:20 87:19,24
  115:6 119:13

month  82:25
months  59:6,6
  59:13 66:20
morning  6:3
mortality  54:4
  63:18,24 64:3
  64:13 65:23
  66:10,24 67:13
  67:23 69:3
  120:5
mount  43:22
mountain  1:19
  11:4,9
move  123:21
moved  8:17,21
  80:10,23
moving  80:17
multiple  59:14

## n

n  2:1,22
name  5:2 7:15
  78:6 99:6
  114:15
named  9:11
  33:6,11
names  102:15
national  27:1
  59:8 98:18
naturally
  104:15
ncra  125:17
near  123:6,10
nearby  116:16
necessarily
  109:20

necessary
  126:4
need  30:9 41:5
  46:17 51:11
  61:22 82:6
  112:4
needed  75:5
  82:7
nefarious  104:8
neither  125:10
  125:11
network  25:2
never  15:20
  30:24 31:6,19
  38:11 39:18
  40:2,5 42:1
  78:13 103:22
  106:14,25
  107:13 109:12
  110:1 111:4
new  1:21 31:24
  94:19 125:21
news  12:17
newsletter
  59:23
nicastro  3:1
nine  59:6,13
  66:20
niosh  14:11
  27:2 32:13
  35:9 117:23
nods  113:24
  116:3
noncancerous
  108:5,9

**nonmalignant**
  108:2,4
**normal**  45:12
**normally**
  100:21
**north**  2:6 11:1
**northern**  88:1
  88:6 95:3
  100:25 101:4
  101:18 102:7,8
**northwest**  4:13
  87:19
**notary**  125:23
  127:19
**notating**
  118:25
**note**  97:12
  123:18
**noted**  5:14
  126:10 127:7
**notes**  4:23
  129:1
**noticed**  78:9
**number**  10:17
  50:12 87:16
  98:25 99:13
  124:7

**o**

**o**  3:9
**oath**  40:18 44:1
  55:10 56:16
  58:1 66:20
  67:10 69:24
**object**  20:7
  23:18 36:5

43:7 46:10
47:20 63:1
65:8 74:12
**objected**  76:15
**objection**  20:13
  21:13 24:6
  36:9
**objections**  6:7
**obvious**  108:6
**obviously**
  17:24 57:12
  95:5
**occasion**  19:3
**occasions**  27:20
  28:21
**occupational**
  27:2
**occurring**
  86:14
**offend**  84:8
**offer**  121:15
**offered**  93:17
  98:8
**office**  67:1,7,8
**officer**  7:6 8:16
  9:20 15:15
  18:4 19:13
  27:13,16 82:14
  82:23 124:4
**offices**  1:17
  6:23
**official**  73:7
  76:20
**officials**  89:17
  89:19

**oh**  35:12 51:25
  61:13 69:15
  70:3 72:1 74:1
  74:2 83:18
  87:4 91:19
  105:3 114:13
  116:6
**okay**  6:22 7:2
  7:19 8:1,21 9:9
  9:18,23 10:12
  11:7,14,21
  14:16 15:6,8
  16:8,15 17:18
  18:1,11,19
  19:22 20:11,18
  21:4,11 22:17
  23:1,3,5,21
  24:8 25:18,22
  26:13 27:5,23
  28:1,20 29:7,8
  29:15 30:15
  31:2,24 32:6,7
  32:16,20,25
  33:10,20 34:14
  34:24 35:7
  36:17,25 38:8
  39:13 40:21
  41:23 46:1
  47:2,3 59:3
  62:15 69:21
  70:24 72:1,19
  75:6 77:8,18
  77:21 79:10
  84:10,10 88:10
  92:5,9 93:10

111:4 114:13
119:5 123:13
124:14
**old**  12:17 89:1
  89:3,5 90:16
**once**  49:20
  58:24 63:22
  64:24 80:5
  84:16 96:11
  106:18 120:4
**ones**  81:13
  97:21
**ongoing**  16:5
  95:24 97:9
**operate**  31:12
**operated**  32:3
**operating**  10:9
**opinions**  51:8
**opportunity**
  8:25 83:23
**opposite**
  102:10
**order**  6:9 23:11
  24:14 29:10
  76:11,16 113:3
  123:23
**orders**  83:12
**ore**  10:16 11:3
  11:8,15,18
  18:6 91:12
  119:13 120:3
**organization**
  26:17 28:2
  29:16 55:4
  93:17 98:19

| | | | |
|---|---|---|---|
| **original** 126:14 | **painful** 122:18 | **pattern** 82:20 | 84:17 94:8,8,9 |
| **originally** 23:1 | **panel** 32:13 | 86:13 | 95:22 96:7,15 |
| 23:7 105:9 | 35:9 117:22 | **pause** 14:25 | 98:2,9,10,19,20 |
| **ought** 115:20 | **pardon** 48:9 | **pay** 82:22 | 100:13 101:9 |
| 118:17 | 73:4 | 93:17 119:9 | 102:13,24 |
| **outcome** 54:21 | **parkway** 2:6 | **payment** 63:16 | 104:12 106:22 |
| **outdoor** 9:6 | **part** 14:15 | 64:12 | 110:19 113:15 |
| **outside** 10:5 | 22:19 26:21 | **pc** 2:3,11 | 114:19 120:6,8 |
| 11:2 20:17,25 | 45:16 49:2 | **pediatric** 20:1 | 122:5,10,21,22 |
| 32:12 36:7 | 50:9 51:24 | 79:22 | 123:3 |
| 65:9 110:5 | 52:12 53:14 | **pediatrician** | **peppered** |
| 123:22 | 65:25 67:23 | 9:14 81:1 82:7 | 104:17 |
| **overall** 14:18 | 69:12 70:19 | 86:11 105:20 | **peppering** |
| **own** 17:15 | 72:10,12 75:17 | **pediatrics** 21:1 | 103:15,16 |
| 53:14 | 75:17 89:13 | 79:21 80:1,10 | **percent** 7:24 |
| | 117:3 122:3,13 | 81:5 | 119:14 120:2 |
| **p** | **participate** | **peer** 38:12 | **performed** 35:3 |
| **p** 2:1,1 3:9 | 49:9 | 39:19 40:3,6 | 35:25 |
| **p.c.** 2:21 | **parties** 125:11 | 40:11,25 41:18 | **period** 18:12 |
| **p.m.** 1:18 5:6 | **partner's** 91:24 | 42:2 108:16 | 24:14 33:24 |
| 47:6 78:1 | **passed** 54:16 | 109:13 110:4,9 | 60:13 65:6 |
| 124:20 | **patient** 45:9,21 | 110:10 111:9 | 68:4 85:13 |
| **pacific** 88:2 | 46:3,5 47:16 | 111:14,25 | 86:9,9 |
| **page** 4:2,9 13:8 | 67:24 75:6,21 | 112:5,9,16 | **personal** 1:3,5 |
| 25:6 38:20,25 | 76:3 91:24 | 113:9 | 48:3 |
| 39:3,10 44:5 | 103:24 120:7 | **peipens** 118:25 | **phase** 101:2 |
| 55:18 56:3 | **patients** 35:1 | **people** 9:5 | **picked** 66:8 |
| 57:5 59:21 | 35:18,24 37:6 | 19:15 28:16 | **piece** 15:14 |
| 61:16 62:6 | 37:11 38:2 | 32:11 34:16 | **piles** 17:4 |
| 64:8 66:20 | 45:4,6 47:14 | 38:1 43:21 | **place** 9:3,4 |
| 71:25 88:15 | 48:15 49:17,19 | 48:14,17,24 | 23:10 24:16 |
| 90:5 109:10 | 50:8 52:13 | 49:23,23 54:20 | 25:23 88:20 |
| 128:3 129:3 | 54:2 65:5 68:5 | 65:1 68:15 | 125:8 |
| **pages** 127:5 | 68:8 106:14 | 78:21 82:1,11 | **placed** 17:5 |
| **paid** 93:18 | 121:10,14 | 83:21,24 84:4 | |

**[places - propounded]**                                    Page 20

**places** 17:6
**plaintiff** 7:11
    20:8 21:16
    23:19 55:8,15
    56:8,17,25
    57:22 58:11,16
    58:20 59:8,15
    60:17 61:19
    65:4,5 68:8
    69:13,25 70:19
    71:4 74:9 75:2
    97:14,17
    119:19 124:1
**plaintiffs** 1:7
    2:19 62:10
    119:24
**plan** 24:25
**planning** 83:18
**play** 101:2
**please** 13:11
    38:25 39:23
    41:9 55:19
    76:9 109:18
    126:3,8
**pleura** 38:1,1
**pleural** 37:19
    37:23 38:13
    39:20 40:7
    41:1,17 42:3
    43:2,17 44:4
    44:11 45:7,12
    108:17 109:14
    110:3,7,8,22
    112:10 122:17

**plus** 86:13
**point** 10:23
    17:23 20:5
    32:5 54:25
    65:10 66:19
    74:6,23 88:20
    94:6
**points** 33:1
**pollute** 102:2
**pool** 49:3,10,13
**poor** 121:24
**population**
    51:9 54:22
    73:3 81:19
    89:25 120:7,9
**portion** 72:17
**positive** 23:11
    23:12,13 24:15
    25:25
**possibly** 110:13
**potential** 15:22
    96:4
**potentially**
    46:1
**power** 88:2
    89:18
**practice** 8:25
    9:19 11:22
    20:1,24 21:6
    32:1,5 53:23
    79:22 91:25
**practices** 20:4
**predecessor**
    99:23,25

**preparation**
    89:12
**prepared** 87:24
    88:13 89:6,14
**present** 3:6
    86:22 91:21
**preserve** 20:14
**pretty** 80:9
    81:21 121:24
**preventing**
    99:1
**prevention**
    98:25
**previously**
    79:24
**primary** 32:4
    50:18
**prior** 49:13
    125:3
**prisoners** 83:10
**probably** 57:15
    61:1 64:16
    83:19 85:23
    89:2 97:2 98:8
    115:10,14
**problem** 13:6
    14:9 80:19
    85:18,21
**problems** 12:6
    15:22 83:12
    95:23
**proceeding**
    31:14,18
**process** 11:15
    27:1 75:18

    91:11 97:11
    119:2,3
**processed** 11:8
    11:18 18:6
**processing**
    42:22 91:11
**product** 11:9
**products** 18:7
    18:12
**profession**
    83:23
**profit** 1:11,13
**program** 22:15
    26:5,7,12,15
    64:2 89:21
    118:22
**progress** 4:12
    87:18
**progressed**
    107:5
**progression**
    51:9,19
**progressive**
    122:18
**project** 22:24
    50:1,4 51:1
**projects** 71:9
**promote** 89:23
**pronounce**
    43:8
**proper** 28:23
**properly** 29:11
**propounded**
    127:6

**prospecting**
89:22
**protect** 19:14
**protocol** 23:9
24:16 25:24
75:18
**provide** 29:2
64:19,20 67:20
95:24
**provided** 64:4
67:7 68:15
97:9 102:15
121:6
**provider** 46:2
47:12
**provides** 26:17
**public** 18:20
80:15 119:8
125:23 127:19
**publication**
112:9
**publications**
40:10
**published**
18:23 38:15
41:16 48:19
51:16 54:10
67:14 69:1,10
70:25 71:2
85:19 110:5
111:15,18
113:2,4 114:22
120:19,20,23
**publishing**
102:10

**pubmed** 111:23
**pull** 13:16
111:25
**pulmonologist**
33:1 34:1,7
**pulmonologists**
23:14 24:18
26:3
**pulmonology**
21:7 32:17
**pure** 110:19
117:6
**purpose** 71:17
83:8 95:16
100:12 122:4
**purposes** 96:25
113:14
**pursuant** 6:8
6:18
**put** 17:14 24:16
25:23 108:7
124:9
**pyroxenite**
90:8

**q**

**qualification**
26:25
**qualified** 32:22
**qualifies** 105:9
**qualify** 45:21
**question** 10:24
15:11 38:9
39:17 42:11,14
43:13 44:22
48:7,11 50:20

58:15 60:11
69:17,23 76:9
79:2,9,20
83:16 84:14
86:19 95:14
101:1 109:9
112:4 119:22
**questions** 6:2
6:12 7:3 13:21
15:5 20:12,20
21:21 24:12
25:8,20 36:10
36:22 37:4
39:6 41:6,12
41:21 42:15
43:11 44:8
47:9 48:5 56:1
60:14 61:2
62:19 63:6
65:12,22 68:18
73:9 74:22
75:15 76:2,25
77:2,9,11,14
78:5 85:1,4,10
87:13 92:12,22
92:25 93:3
99:10,24
103:11 104:18
104:21 106:9
107:15,21
108:1,16,20
117:13,19
123:21 127:6
**quick** 75:15

**quickly** 8:2
**quite** 71:23
80:3,19 113:12
117:9,11
**quizzed** 120:12

**r**

**r** 2:1 3:9,9
**rachel** 2:11
**rachel.lanier**
2:12
**radiographic**
51:20
**radiologist**
30:18 34:1,11
**radiologists**
31:11 35:25
37:7,13,13
45:5,8
**radiology** 21:8
30:22,25 31:3
31:6 35:4
51:17
**radiology's**
31:20
**rail** 116:4
117:1,2
**railcars** 11:10
**railroad** 79:5
85:2 87:9
88:14 89:18
91:3,6,21 95:3
116:24 123:7
123:10
**railroad's**
86:21 89:5

**[railway - relative]** Page 22

**railway** 1:9
5:10 7:17 88:2
88:6
**raised** 18:21
**raising** 11:25
**ran** 22:15
28:10 57:18
116:10 123:9
**rate** 115:7
**rates** 73:14
**raw** 10:16 11:8
**ray** 29:21 30:7
34:20 105:5
117:24
**rays** 26:18
32:10,12 35:3
35:8 36:1,2
37:8 51:8
52:17,24
104:24 118:17
**read** 24:17,22
25:16 26:15
31:6,19 39:15
42:9,12,16,17
44:23 57:6
58:3 67:19
104:23 105:5
109:20 118:18
126:3 127:4
**reader** 26:24
26:24 32:12,21
35:19 104:19
105:2,3,4,10
117:20 118:1

**readers** 32:13
35:10 103:16
104:23,25
105:7,7,13
107:16 117:20
117:21,23
118:17,19
**reading** 114:18
**reads** 23:14
26:2 32:21
**ready** 84:20
**real** 93:7 95:18
111:12
**realize** 82:16
**really** 7:4 15:10
24:4 83:6
95:21 96:9
98:2 102:20
110:12 122:21
**realtime** 1:20
125:2,17
**reason** 89:11
107:2 126:5
**reasons** 89:14
97:24
**reassured**
91:10
**recall** 13:3
31:16 51:16
55:9,16 57:1
63:2 72:2
**receipt** 126:15
**receive** 12:21
55:13 56:7
58:10 61:17

75:25
**received** 12:22
58:20 59:13,25
60:16 71:16,17
**receiving** 48:16
59:7 65:3 71:4
74:9 75:1
**recently** 35:17
60:15
**recommend**
104:15
**record** 5:2,15
6:6 14:25
46:20 47:5,6,8
76:22,24 77:25
78:1,3 107:10
108:7 109:7
124:9,16
**records** 20:8
23:20 45:9
67:24 107:12
123:25
**recourse**
103:24
**reduce** 83:12
**reduced** 91:12
**refer** 56:3 57:4
59:20 61:15
68:15 102:14
**reference** 53:12
**referenced**
113:20
**referred** 27:17
49:12,22

**referring** 25:4
65:5 68:7
102:13 103:7
103:10
**refine** 11:15
**refresh** 73:23
**refreshes** 13:9
**refusing** 48:10
**regard** 66:13
84:25
**registered** 1:19
125:2,17
**relate** 47:24
74:13
**related** 15:23
19:11 24:15
28:17 29:20
30:6 34:16
35:18,24 37:12
37:24 38:13
39:20 40:6
42:3 45:18
46:4,6 47:14
47:16,23 49:1
54:21 73:15
103:25 105:15
108:3,9,17
109:14 120:8
**relates** 23:25
**relating** 110:2
**relationship**
109:4
**relative** 125:10
125:11

Golkow Technologies,
A Veritext Division

[released - right]                                        Page 23

| released 97:23 | representing | result 90:3 | 27:11,17,23 |
|---|---|---|---|
| releases 49:2 | 5:3 7:17 | retrospective | 28:3,9,12,25 |
| 50:9 | requested 69:8 | 51:19 | 30:19,20,24 |
| relevant 24:3 | require 107:22 | return 126:13 | 31:5,18 32:16 |
| relied 31:25 | required 23:10 | revelation | 32:18,23,24 |
| 52:12 74:17 | 23:13 24:16 | 80:15 | 33:5,17,20,23 |
| remember 7:15 | 25:24 26:1 | reviewed 38:12 | 35:5,16,21 |
| 61:13,14 69:4 | 28:23 32:10 | 39:19 40:3,6 | 37:2,20,22 |
| 69:15,20 73:18 | 35:7 104:4 | 40:11,25 41:18 | 38:3,8,17 39:7 |
| 73:19 85:3,9 | requirements | 42:2 47:22 | 39:15,18,22 |
| 86:24 92:11,14 | 29:19 30:3 | 108:16 109:13 | 40:1 42:9,18 |
| 92:24 93:5 | 32:9 103:18 | 110:4,10 111:9 | 42:23,24 44:13 |
| 103:13,20 | requires | 111:14,16,25 | 45:13,16 48:6 |
| 104:20 108:19 | 103:23 | 112:5,9,16 | 48:13,23 49:6 |
| 109:16 117:3 | research 49:3 | 113:1,9 | 49:12 50:6,14 |
| 117:16 119:10 | 49:10,11,13,21 | reviewing | 50:16 51:6,10 |
| 120:15 | 49:25 66:9 | 26:18 117:23 | 52:11 53:6,8 |
| repeat 29:23 | 93:20 96:4,21 | rewarding 84:1 | 53:19 54:5,9 |
| repeating 8:8 | 100:16 101:10 | richard 79:23 | 54:23 55:5 |
| report 4:12 | 113:15 122:6 | right 6:13 7:12 | 56:12 57:11,14 |
| 87:18 | reserved 6:7 | 8:15,22 9:3,12 | 58:1,6,8,19 |
| reported 45:9 | residence | 9:25 10:8,10 | 59:12,20 60:4 |
| reporter 1:20 | 116:20 | 10:19 11:5,7 | 60:18 61:6 |
| 1:20,21,22 | residency | 11:12,14 12:7 | 63:14 66:16,18 |
| 5:12,16 76:20 | 30:21 | 14:24 15:25 | 67:9,18 68:3 |
| 125:2,3,3,17,17 | responded | 16:7,10,13,16 | 68:23,25 69:9 |
| 125:18,19,19 | 13:23 | 16:24 17:1,2,7 | 69:16 70:8,10 |
| 125:20,21,21 | response 12:15 | 17:11,16,18 | 70:11,14,23 |
| 125:22 | 13:25 14:1,6 | 19:2,8,19,19,23 | 71:12,20 72:2 |
| represent | 26:4 56:8 | 20:3,5,21 | 72:6,9,12,16,25 |
| 33:17 78:7 | 57:23 67:16 | 21:22,25 22:20 | 73:23,25 74:3 |
| 97:18 | responsible | 22:23 23:7 | 74:5 75:24 |
| representative | 23:8 | 24:13,21 25:3 | 77:18,19 78:19 |
| 1:3,5 | rest 63:10 | 25:11,14 26:6 | 79:12 80:13,25 |
| | | 26:8,23 27:5 | 81:25 82:3,12 |

83:7 84:18,25
85:14 86:4,7
86:19 89:11
90:25 91:15,19
91:19 92:2,16
93:2,24 96:12
96:14 99:16
100:9,24
102:17 103:6
105:11,13
106:6 107:9
111:1,19
112:17,23
113:13,16
114:25 115:1,3
116:7,10,11,14
118:12,13,20
118:23 121:18
122:25 123:5,8
124:13
**ring** 101:20
**risk** 83:12
91:12
**road** 2:12
79:14 92:6
**robinson** 1:10
1:12
**role** 75:17
**room** 80:11
**route** 56:17,24
57:21
**routinely** 35:17
35:23 37:7,11
**run** 36:19 77:1
98:23

**runs** 104:19
**rural** 80:3,7

**s**

**s** 2:1 4:10
**safe** 18:15 87:6
90:15 110:15
**safety** 27:2
**salient** 97:2
**sam** 2:4,6
**sam.taylor** 2:5
**samples** 93:20
**sampling**
117:10
**santa** 95:3
101:18
**saw** 80:18 82:6
98:2
**saying** 67:3
**says** 5:23 67:3
73:23 121:3
**scan** 29:21 30:7
34:20 37:14
**scans** 35:3 36:1
36:2 37:8
**scarring** 82:20
86:14
**school** 83:21
123:10
**science** 96:22
111:15
**scope** 20:17
36:7 47:21
65:9 123:22
**screen** 28:5

**screened** 75:11
106:19
**screening**
32:11 35:14
75:20 76:3
95:23 97:11
118:22 119:2,3
**sdt** 4:10
**seats** 99:15
**seattle** 18:23
22:8
**second** 15:14
25:15 70:2
79:3 96:18
101:2
**section** 69:11
120:18,24
121:25
**see** 36:25 38:20
38:23 39:1,7
39:12 40:19
44:18 46:12
51:15,25 60:6
62:8 71:22
74:1 81:22
85:22 87:14,21
88:3,15,17,21
90:12 101:3
107:2 111:17
113:19,23
117:5 118:9
119:16 121:1
121:11
**seeing** 83:10
86:24 117:3

**seek** 68:16
104:16 114:15
**seeking** 102:2
**seemed** 92:12
**seen** 14:23 61:5
106:14,19,22
122:22 123:2
**select** 50:12
**selected** 118:16
**selective** 94:7
**senate** 73:13
74:7
**send** 35:1,8
**sending** 45:4
**sense** 114:18
**sent** 12:12
14:22
**separate** 23:4
70:24 96:11
**separated** 27:7
27:12
**separately**
64:23
**served** 83:8
**service** 32:4
83:1
**services** 1:24
3:10 5:4 121:7
**set** 125:8
**setup** 25:1
**seven** 10:4
**several** 33:16
50:15,21 121:8
**severely** 96:7

**[shake - stepped]**

| | | | |
|---|---|---|---|
| **shake** 78:17 | **simply** 10:24 | **sitting** 68:21 | **split** 7:3 |
| **share** 13:14 | 14:9 42:11 | **situation** 79:25 | **sponsor** 89:20 |
| **shared** 95:19 | 44:23 50:20 | 82:16 109:23 | **square** 98:3 |
| **sheet** 126:6,9 | 67:16 | **situations** | **staff** 33:1 34:2 |
| 126:11,14 | **sinai** 43:22 | 106:17 | 34:7,11 |
| 127:7 | **single** 36:6 | **slideshow** | **stand** 114:6 |
| **shipped** 11:10 | **sir** 11:19 12:2 | 86:25 | **standard** 28:22 |
| **shorthand** 1:21 | 12:24 13:22 | **slow** 8:7 | 29:6 31:11 |
| 125:3,18,19,20 | 18:3 24:13,21 | **slower** 8:4 | 104:11 |
| **shortly** 14:12 | 27:3,16 31:13 | **small** 28:2 83:2 | **standardized** |
| 22:9 | 32:18,23 35:13 | 115:11 | 26:18 |
| **show** 13:5 | 35:17,21 37:10 | **smith** 2:21 | **standards** |
| 25:12 51:11 | 38:23 39:11,22 | **society** 28:22 | 29:14 31:7,20 |
| 90:15 | 40:1,16 41:2 | 103:12 | 103:19 |
| **showed** 91:24 | 43:5,20,25 | **soft** 90:9 | **start** 7:21 8:15 |
| 91:25 99:12 | 44:17,22 45:14 | **soil** 16:17 | 48:1 77:21 |
| 117:10 | 50:16 53:6 | 116:25 117:7 | 79:12 |
| **shown** 24:23 | 54:5 56:2,5,10 | **somebody** | **started** 9:10 |
| 29:21 30:6 | 57:10,20 58:1 | 27:21 75:10,11 | 20:1 54:12 |
| 61:6,9 | 58:12,15 59:5 | 94:2 103:4 | 79:21 80:25 |
| **shows** 87:17 | 60:5,9,15,18 | **soon** 80:9 | **starting** 76:25 |
| **sic** 57:22 | 61:5,12,16 | **sorry** 5:13 22:3 | **state** 4:11 6:6 |
| **side** 97:12 | 62:6,12,25 | 29:24 43:14 | 126:5 |
| 103:5 | 63:7 64:8 66:3 | 56:21 | **states** 1:1 115:8 |
| **sidebar** 103:9 | 66:18 67:9,18 | **sort** 83:14 | **statistically** |
| **sign** 49:2 50:8 | 68:1,19,23 | **sound** 60:4 | 115:15 |
| 126:8 | 69:16,23,24 | **sounded** | **statutes** 98:5 |
| **signature** | 70:14 71:6,20 | 102:19 | **stay** 14:18 |
| 125:15 | 72:3,9,16 | **space** 126:6 | 101:14 |
| **signed** 49:8 | 73:17,25 75:3 | **specialist** 86:1 | **stenographic** |
| **significant** | 103:10 119:18 | **specific** 26:11 | 5:15 |
| 54:21 | 119:24 123:13 | **specifically** | **stenographic...** |
| **signing** 83:11 | **site** 33:9 | 21:10 63:17 | 125:7 |
| 126:9 | **sites** 43:3,18 | 66:13 71:13 | **stepped** 82:9 |
| | 44:12 | 100:25 101:15 | |

**[sticking - testimony]**                                     Page 26

| | | | |
|---|---|---|---|
| **sticking**  121:24 | 74:20 87:15,17 | 77:23 84:2 | **talked**  22:8 |
| **stimulate**  89:24 | 90:4,4 100:18 | 95:11,11,22 | 63:18 92:6 |
| **stimulating** | 109:13,25 | 105:21 115:10 | **talking**  13:18 |
| 89:22 | 110:1,12 111:5 | **surfaced**  82:15 | 30:4 49:18,20 |
| **stipend**  83:2 | 113:9,21 | **surrounding** | 70:9 71:23 |
| **stop**  79:13 | 117:13,16,22 | 81:24 | 74:3 |
| **store**  93:20 | 118:2,5 119:6 | **surrounds** | **taylor**  2:4 |
| **street**  2:23 3:2 | 119:9,12 120:5 | 40:25 | **team**  112:19 |
| 94:2 | 120:10,11,14 | **swear**  5:17 | **teamed**  50:15 |
| **strike**  103:8 | 120:19,20,23 | **switch**  19:20 | 50:21,25 |
| 123:21 | **stupid**  85:23 | **switched**  20:23 | **tell**  5:22 25:14 |
| **structural**  30:9 | **subcommittee** | **switzerland** | 93:22 96:13 |
| 30:13 | 73:13 74:24 | 105:8 | 101:22 108:3 |
| **studied**  43:23 | **subject**  126:10 | **sworn**  5:21 | 109:22,22 |
| 52:24 | **submit**  32:10 | 125:4 127:15 | 112:21 |
| **studies**  23:25 | 32:12 | **system**  27:6 | **tells**  87:23 |
| 47:22 50:10 | **subpoena**  6:19 | **t** | **ten**  82:19 86:16 |
| 79:4 92:8 | **subscribed** | | 110:19 |
| 101:25 113:6 | 127:15 | **tail**  20:2 | **tenure**  33:2 |
| 113:19,19 | **substance** | **take**  15:1 25:14 | **term**  37:18,22 |
| 124:2 | 16:12 127:7 | 46:10,15 58:13 | 49:22 74:16 |
| **study**  36:6,14 | **sudden**  94:20 | 58:15 65:1 | **terms**  60:25 |
| 36:18 37:1 | 119:21 | 77:20 80:21 | **test**  105:8,14 |
| 38:12 39:19 | **suffer**  122:21 | 81:3 93:12 | **testified**  28:21 |
| 40:6,25 41:11 | **suite**  2:7,12,23 | 95:11 110:18 | 31:19 33:18 |
| 41:15 42:2 | 3:2 | 110:20 | 35:16 55:5 |
| 43:7 46:8 50:2 | **summer**  84:24 | **taken**  16:3 | 58:9 59:5,12 |
| 51:24 53:1 | **support**  95:24 | 19:14 52:17,24 | 60:14 61:11 |
| 54:4,9,13 | 96:18 100:15 | 93:14,15 95:9 | 71:8 73:12,14 |
| 63:18,24 64:5 | 101:10 122:5 | 105:8,14 125:7 | **testify**  6:18 |
| 64:13 65:11,23 | **sure**  7:22 8:4 | **takes**  86:9 | 67:10 125:4 |
| 66:11,24 67:13 | 13:6,17 20:9 | **talk**  7:9 19:20 | **testifying**  55:9 |
| 67:23 68:25 | 29:25 43:15 | 20:7,21 46:15 | 57:1 |
| 69:3,12 70:18 | 46:23 60:7 | 79:3,8 92:7 | **testimony** |
| 70:24 72:23 | 71:23 72:1 | 98:19 100:24 | 31:13 38:21 |
| | | 103:7 106:8 | |

40:4 56:15,19
56:23 57:25
61:7,10,16
62:22 64:9
66:19 74:25
121:16 123:24
125:7
**tests**  84:12
**texas**  1:20 2:7
125:20
**thank**  8:10,13
15:9 20:19
21:17 22:5
24:11 26:13
32:7 36:8 37:2
39:22 41:2
42:18 44:25
48:13 55:25
56:12 63:14
78:20,22,23
99:8 109:5
123:15 124:12
**thanks**  21:19
**therapeutic**
96:9
**thickening**
37:19,23 38:13
39:20 40:7
41:1,17 42:3
43:2,18 44:4
44:11 45:7
108:18 109:14
110:3,8,22
112:11

**thin**  110:7
**thing**  64:15
79:7 83:14
84:2 85:23
104:3 106:16
109:24
**things**  8:8,9 9:6
11:11 14:3,19
16:17 64:18
78:24 86:18
92:17 96:13
100:21 124:9
**think**  19:3,13
19:24 44:19
45:1 55:11
58:23 65:24
73:5 80:6 83:3
84:7,16 85:17
91:8 98:7
107:8 109:24
115:25
**thinking**  93:9
**third**  79:7
96:21 114:11
**thirty**  126:15
**thomas**  1:4
**thoracic**  28:22
37:13 103:12
**thought**  8:23
17:19 29:1
51:25 54:19
83:22 87:5
**three**  7:4 77:20
78:24 96:13,24
97:1 104:12

117:22 118:19
123:24
**throw**  52:21
**thursday**  1:15
**tick**  117:21
**tight**  24:4
**time**  1:19 5:6
6:8 7:5,7 8:16
9:22 10:2,15
10:25 14:12
15:15 18:12,18
19:20 21:14
24:4,14 33:15
33:23 38:10
47:5,8 54:25
56:13 60:12
61:3 65:6 68:3
73:5,8 74:23
75:4 76:1,5,6,7
76:19,25 77:5
77:25 78:3,25
81:20 85:13
88:20 91:9,23
93:23 103:22
115:2 123:15
124:3,16 125:8
**times**  30:12
73:16,24 93:22
**titled**  51:17
53:3
**today**  6:18
68:22 109:11
123:15
**today's**  5:5
124:15

**together**  50:18
50:21 51:3
**token**  109:6
112:8
**told**  17:13
85:15
**tom**  106:10,25
**took**  27:12
82:18 86:16
**top**  10:15 11:3
97:2
**topics**  20:10
23:22 123:24
**total**  62:9 115:3
115:3
**totally**  86:6
**tourist**  9:4
**town**  10:5 11:2
11:2 16:23
17:1,4 18:21
81:22 103:1,2
116:8
**towns**  43:4,19
44:13 80:8
**townsgate**  2:12
**toxic**  119:14,20
**toxicity**  71:11
71:18 72:8
120:6
**toxicology**
72:20 112:15
**track**  116:11,12
**track's**  116:11
**trained**  30:17

**training** 20:25
21:3 32:17
**transaction**
57:19
**transactions**
58:25 61:24
65:2
**transcript**
125:7 126:16
126:17
**transcription**
127:5
**transferred**
52:19 64:21
**tremolite** 90:10
**trial** 6:8 101:3
**tried** 64:18,19
98:17 119:19
**trouble** 114:9
**truck** 17:14
**true** 11:6 26:12
37:5,10 47:10
63:12
**truth** 5:22,22
5:23 125:5,5,5
**try** 79:8 98:14
98:19,24 120:6
**trying** 41:19
97:3,8,15,17
109:19 121:15
121:20,23
**turn** 45:19
**two** 40:20
41:12 68:20,21
75:15 99:14

102:19 103:3
110:23 115:12
115:22 118:18
**type** 29:20
111:24

| u |
| --- |

**uh** 16:19 79:11
85:20 87:10
88:23 89:16
92:4 99:17
116:9
**ultimately**
54:10 99:13
102:4 114:19
**under** 40:18
41:3 44:1
55:10 56:16
57:25 66:19
67:10 69:24
87:25 88:13
89:5
**underlying**
66:13,24 67:12
67:22
**understand**
6:17 7:23
16:11 28:20
71:10 73:21
78:11 84:14
91:2 92:17
107:7,9
**understanding**
18:17 62:4
71:18 91:14

**understood**
10:14 11:8
14:20 18:11
21:17 24:9
29:7 53:24
75:13 76:17
77:17 109:20
**united** 1:1
115:8
**unsafe** 17:20
**use** 17:6 23:13
24:17 26:2
52:20 117:22
118:16
**used** 50:9 74:16
99:20 126:18
**useful** 111:17
**uses** 16:15
54:23
**using** 85:7
**usually** 50:18
**utilized** 29:13

| v |
| --- |

**v** 3:9
**vague** 86:24
**vaguely** 59:1
**valuable** 54:19
**variety** 90:11
**various** 17:5
**verbatim** 125:7
**vermiculite**
10:4,18 11:3
11:16 16:11,22
17:5 18:21
19:12 42:20

85:1,7,22
86:23 87:5
88:15 90:6,8,9
90:17 91:5,7
98:23 119:12
120:3 122:23
**versus** 5:10
**vicinity** 10:7
**victims** 78:21
97:6,15,18
**video** 5:7
**videographer**
5:1,3 47:4,7
77:24 78:2
124:14
**videotaped**
1:17
**view** 9:2
**village** 2:13
**vision** 95:18
**volunteer**
95:19
**vs** 1:8

| w |
| --- |

**w** 2:3
**w.r.** 11:25 12:1
12:8,13,16
14:2 15:12
18:8
**walder** 1:6 7:10
20:8 21:16
75:6,16 78:7
79:8 106:9
107:4 109:2
116:10 124:1

**walder's** 23:19
107:18,24
**walked** 106:25
107:4
**walnut** 3:2
**want** 7:2,3,9,22
19:20 20:13
30:1 39:8
46:15 50:4
52:21 54:17
78:24 79:1,3,7
82:2 83:15
84:8 88:8 92:7
92:16,17 93:7
100:24 109:7
**wanted** 54:17
54:18 62:2
94:10
**watch** 122:10
**way** 15:24 18:2
25:20,20 26:18
36:20 40:14,17
57:24 67:5
70:18 75:12
97:5 98:9,14
100:11 112:20
113:5 122:7
**ways** 117:9
**we've** 7:14
34:25 43:24
47:22 63:18
76:14 88:20
92:6 93:15
98:17 110:1
115:25

**wells** 1:3,4 5:9
78:7 106:10,25
109:2
**went** 61:25
64:22 82:20
102:4 123:9
**west** 2:6
**western** 4:14
**westlake** 2:13
**wet** 91:10
**whitehouse**
33:6,24 50:15
50:21 51:22
53:9,13 54:3,7
54:13,16 63:25
65:25 66:5,15
66:23 67:11
82:18 86:15
121:4
**willingly**
100:17
**willis** 4:14
87:19
**wilson** 3:7
**witness** 2:24
5:18 13:18
36:22 39:1,4
41:10 63:3
65:16 68:13
73:2 77:8,13
77:23 113:24
116:3 126:1
**wml** 2:4
**word** 15:12
19:6 119:8,20

119:25 120:1
**words** 7:24
89:17 94:18
**work** 10:3
42:19 45:3
54:16 66:4,23
67:6 72:14,18
72:20,21 73:11
78:20 84:19
100:19 122:23
**worked** 30:24
43:22 51:3
54:4,11,14
66:12,14 67:4
67:8,12 121:14
123:7,9
**worker's**
117:23
**workers** 12:1,6
51:18 52:18
98:4 117:14
**working** 16:22
22:12,14 64:1
80:11 81:17
84:13 98:18
**world** 26:16
96:22
**worried** 17:25
**worries** 123:19
**worry** 12:16,18
14:3 15:13
91:13
**worth** 101:5
**written** 43:24
86:19 96:12

123:3
**wrong** 40:4,19
42:7,8 58:4,5
111:8
**wrote** 12:8

|  x  |
| --- |

**x** 26:18 29:21
30:7 32:10,12
34:20 35:3,8
36:1,2 37:8
51:8 52:17,24
104:24 105:5
117:24 118:17

|  y  |
| --- |

**y'all** 94:7 95:9
97:8 111:23
115:21 117:22
**yard** 17:15
116:4,25 117:1
117:2 123:10
**yeah** 9:13
11:13 13:2,24
16:9 22:4,6,21
23:6 25:17
27:25 28:14
30:2 33:8
36:13 39:5,14
40:1 44:24
51:5 53:20
54:6,7,8 56:14
62:16 63:13
65:16,16 66:6
70:12 72:4,18
74:4 77:16

**[yeah - zonolite]**                                                          Page 30

| | z |
|---|---|
| 81:12,15 82:5 | |
| 82:13 84:15 | **z**   1:13 |
| 87:7 90:22 | **zonolite**   52:17 |
| 94:13 95:1 | |
| 97:9,19 98:24 | |
| 102:25 104:11 | |
| 105:1,4,17 | |
| 106:23 110:15 | |
| 113:4,12 | |
| 114:22 115:4 | |
| 115:13,18,23 | |
| 116:6,15,18 | |
| 119:1,4 121:19 | |
| 122:2 | |
| **year**   31:15 39:1 | |
| 39:2 51:13 | |
| 58:9 61:7,8,10 | |
| 64:10 69:6,17 | |
| 69:25 83:5 | |
| 89:20 90:16 | |
| 115:12,22 | |
| **years**   28:10,11 | |
| 28:13,15 33:15 | |
| 33:16,18 34:6 | |
| 34:15 54:11 | |
| 60:13 62:8 | |
| 82:19 84:22,23 | |
| 86:16 89:3,4 | |
| 104:13 110:23 | |
| 115:20 | |
| **young**   80:9 | |
| 99:14 114:8 | |