Chad M. Knight
Anthony M. Nicastro
Cole Anderson
KNIGHT NICASTRO MACKAY, LLC
304 W. 10th Street
Kansas City, MO 64105
Email: knight@knightnicastro.com
       nicastro@knightnicastro.com
       anderson@knightnicastro.com
Telephone: (720) 770-6235
Facsimile: (816) 396-6233
**ATTORNEYS FOR DEFENDANT**
**BNSF RAILWAY COMPANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana Corporation for profit; GROGAN ROBINSON LUMBER COMPANY, a Montana Corporation for profit; and DOES A-Z,<br><br>Defendants. | Case No.:  4:21-cv-00097-BMM<br><br>**DEFENDANT BNSF RAILWAY COMPANY'S NOTICE REGARDING OBJECTIONS TO BRAD BLACK, MD'S TESTIMONY** |

**DEFENDANT BNSF RAILWAY COMPANY'S NOTICE REGARDING OBJECTIONS TO BRAD BLACK, MD'S TESTIMONY**
PAGE 1

KNIGHT NICASTRO MACKAY, LLC
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235

Now Comes Defendant BNSF Railway Company and files this Notice regarding Dr. Black's Testimony. The Court's Order references the parties filing simultaneous objections to Dr. Blacks testimony. BNSF provided deposition designations to the Plaintiffs, but the Plaintiffs did not provide any counter designations. Therefore, BNSF cannot file any objections to testimony designated by the Plaintiffs and BNSF reserves its right to lodge objections if necessary if late designations are tendered and accepted by the Court.

Dated this 4th day of April, 2024.

        KNIGHT NICASTRO MACKAY, LLC

        By:   /s/ Anthony M. Nicastro
           Anthony M. Nicastro
           *Attorneys for Defendant*
           *BNSF Railway Company*

**DEFENDANT BNSF RAILWAY COMPANY'S NOTICE REGARDING OBJECTIONS TO BRAD BLACK, MD'S TESTIMONY**
**PAGE 2**

**KNIGHT NICASTRO MACKAY, LLC**
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Roger Sullivan
Jinnifer Jeresek Mariman
Ethan Welder
McGARVEY LAW
345 First Avenue East
Kalispell, MT 59901
rsullivan@mcgarveylaw.com
jmariman@mcgarveylaw.com
ewelder@mcgarveylaw.com

Alexandra Bailey Abston (PHV)
Rachel Lanier (PHV)
Sam Taylor, II (PHV)
LANIER LAW FIRM, P.C.
10940 W. Sam Houston Parkway N.
Suite 100
Houston, TX 77064
Alex.abston@lanierlawfirm.com
Rachel.lanier@lanierlawfirm.com
Sam.taylor@lanierlawfirm.com
*Attorneys for Plaintiffs*

KNIGHT NICASTRO MACKAY, LLC

By:  /s/ Anthony M. Nicastro
      Anthony M. Nicastro

**DEFENDANT BNSF RAILWAY COMPANY'S NOTICE REGARDING OBJECTIONS TO BRAD BLACK, MD'S TESTIMONY**
PAGE 3

KNIGHT NICASTRO MACKAY, LLC
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235