Chad M. Knight
Anthony M. Nicastro
Cole R. Anderson
KNIGHT NICASTRO MACKAY, LLC
304 W. 10th Street
Kansas City, MO 64105
Email: knight@knightnicastro.com
   nicastro@knightnicastro.com
   anderson@knightnicastro.com
Telephone: (720) 770-6235
Facsimile: (816) 396-6233
**ATTORNEYS FOR DEFENDANT
BNSF RAILWAY COMPANY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; and DOES A-Z,<br><br>Defendants. | Case No.: 4:21-cv-00097-BMM<br><br>**DEFENDANT BNSF RAILWAY COMPANY'S MOTION FOR CONTINUANCE AND CHANGE OF VENUE** |

**DEFENDANT BNSF RAILWAY COMPANY'S MOTION FOR CONTINUANCE AND CHANGE OF VENUE**
PAGE 1

**KNIGHT NICASTRO MACKAY, LLC**
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235

COMES NOW, Defendant BNSF Railway Company ("BNSF"), by and through its counsel of record, Knight Nicastro MacKay, LLC, and hereby submits its Motion for Continuance and Change of Venue:

## MOTION

BNSF respectfully requests that the Court grant this Motion to continue the trial and transfer it to a venue outside of the State of Montana.

In support of this Motion, Defendant submits its accompanying brief in support.

Dated this 7th day of April, 2024.

        KNIGHT NICASTRO MACKAY, LLC

        By: /s/ Anthony M. Nicastro
           Chad M. Knight
           Anthony M. Nicastro
           Cole R. Anderson
           *Attorneys for Defendant*
           *BNSF Railway Company*

**DEFENDANT BNSF RAILWAY COMPANY'S**
**MOTION FOR CONTINUANCE AND CHANGE**
**OF VENUE**
**PAGE 2**

**KNIGHT NICASTRO MACKAY, LLC**
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Roger Sullivan
Jinnifer Jeresek Mariman
Ethan Welder
John F. Lacey
McGARVEY LAW
345 First Avenue East
Kalispell, MT 59901
rsullivan@mcgarveylaw.com
jmariman@mcgarveylaw.com
ewelder@mcgarveylaw.com
jlacey@mcgarveylaw.com

Alexandra Bailey Abston *(PHV)*
Rachel Lanier *(PHV)*
Sam Taylor, II *(PHV)*
Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N., Ste. 100
Houston, TX 77064
Alex.abston@lanierlawfirm.com
Rachel.lanier@lanierlawfirm.com
Sam.taylor@lanierlawfirm.com
*Attorneys for Plaintiffs*

                KNIGHT NICASTRO MACKAY, LLC

                By: /s/ Anthony M. Nicastro
                    Anthony M. Nicastro
                    *Attorneys for Defendant*

**DEFENDANT BNSF RAILWAY COMPANY'S
MOTION FOR CONTINUANCE AND CHANGE
OF VENUE
PAGE 3**

**KNIGHT NICASTRO MACKAY, LLC**
304 WEST 10TH STREET
KANSAS CITY, MO 64105
P: (720) 770-6235