Chad M. Knight
Anthony M. Nicastro
Cole Anderson
KNIGHT NICASTRO MACKAY, LLC
304 W. 10th Street
Kansas City, MO 64105
Email: knight@knightnicastro.com
　　　　nicastro@knightnicastro.com
　　　　anderson@knightnicastro.com
Telephone: (720) 770-6235
Facsimile: (816) 396-6233
**ATTORNEYS FOR DEFENDANT**
**BNSF RAILWAY COMPANY**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana Corporation for profit; GROGAN ROBINSON LUMBER COMPANY, a Montana Corporation for profit; and DOES A-Z,<br><br>Defendants. | Case No.:  4:21-cv-00097-BMM<br><br>**DEFENDANT BNSF RAILWAY COMPANY'S THIRD SUPPLEMENTAL PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS** |

Based on Plaintiffs' designations from John Swing's deposition, Defendant tenders the following supplemental instruction:

| Court's Instr. # | Def. Instr. # |  | Comments (Attorneys' and Court's) |
|---|---|---|---|
|  | 101 | W  O  G  R | Punitive Damages Conduct |

Instruction No. ____

In determining the proper amount of punitive damages, you are only to consider the conduct of the Great Northern Railroad and Burlington Northern in the 1950s, 1960s and 1970s.