UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF THOMAS E. WELLS, DECEASED; AND JUDITH HEMPHILL, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF JOYCE H. WALDER, DECEASED,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　Defendant. | Case No. CV-21-097-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

__X__　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED Pursuant to the Jury Verdict reached in the matter of Judith Hemphill as Personal Representative for the Estate of Joyce H. Walder, deceased, Judgment is entered in favor of Plaintiff and against the Defendant.

　　　Dated this 22nd day of April, 2024.

　　　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK



By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk