## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana Corporation for profit; GROGAN ROBINSON LUMBER COMPANY, a Montana Corporation for profit; and DOES A-Z,<br><br>Defendants. | Case No.:  4:21-cv-00097-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WAIVE THE BOND REQUIREMENT AND FOR STAY OF PROCEEDINGS TO ENFORCE JUDGMENT** |

Before the Court is BNSF's Unopposed Motion to Waive the Bond Requirement and For Stay of Proceedings to Enforce Judgment. Pursuant to Federal Rule of Civil Procedure 62, the Court finds good cause for BNSF's unopposed request.

IT IS HEREBY ORDERED that BNSF's Motion is GRANTED. No bond is required and the proceedings to enforce judgment are STAYED pending resolution of the appeal.

Dated this 3rd day of June, 2024.


_____
Brian Morris, Chief District Judge
United State District Court