# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased, | **CV-21-97-GF-BMM** |
| Plaintiffs, | **ORDER** |
| v. |  |
| BNSF RAILWAY COMPANY, |  |
| Defendant. |  |

The Clerk of Court is **HEREBY ORDERED** to enter Judgment in accordance with the Jury's verdicts (Doc. 390); (Doc. 392), dated April 22, 2024, as follows:

1. The Clerk of Court shall enter Judgment against BNSF and in favor of Plaintiffs on Plaintiffs' strict liability claims. The Clerk shall indicate the jury's award of compensatory damages as being $8,000,000.00, or $4,000,000.00 per Plaintiff. The Judgement shall additionally include taxable costs, totaling $53,651.10. The Judgment shall indicate that jury's award includes post-judgement interest from the date of that judgment is entered until the date the judgment is paid at a rate of 5.00%, compounded annually.

2.  The Clerk of Court shall enter Judgement against Plaintiffs and in favor of BNSF on Plaintiffs' negligence claims.

3.  The Clerk of Court shall enter Judgment against Plaintiffs and in favor of BNSF on Plaintiffs' punitive damages claims.

4.  The Clerk of Court is then directed to close this case.

DATED this 15th Day of July 2024.

_____
Brian Morris, Chief District Judge
United States District Court