UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　　Defendant. | Case No. CV-21-97 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED The Clerk Of Court Is Hereby Ordered To Enter Judgment In Accordance With The Jury'S Verdicts (Doc. 390); (Doc. 392), Dated April 22, 2024, As Follows:

　　　1. The Clerk Of Court Shall Enter Judgment Against Bnsf And In Favor Of Plaintiffs On Plaintiffs' Strict Liability Claims. The Clerk Shall Indicate The Jury'S Award Of Compensatory Damages As Being $8,000,000.00, Or $4,000,000.00 Per Plaintiff. The Judgement Shall Additionally Include Taxable Costs, Totaling $53,651.10. The Judgment Shall Indicate That Jury'S Award Includes Post-Judgement Interest From The Date Of That Judgment Is Entered Until The Date The Judgment Is Paid At A Rate Of 5.00%, Compounded Annually.

　　　2. The Clerk Of Court Shall Enter Judgement Against Plaintiffs And In Favor Of Bnsf On Plaintiffs' Negligence Claims.

　　　3. The Clerk Of Court Shall Enter Judgment Against Plaintiffs And In Favor Of Bnsf On Plaintiffs' Punitive Damages Claims. 4. The Clerk Of Court Is Then Directed To Close This Case.

Dated this 16th day of July, 2024.

                TYLER P. GILMAN, CLERK

                By: <u>/s/ Kelsey Hanning</u>
                Kelsey Hanning, Deputy Clerk