# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>Defendants. | **CV-21-97-GF-BMM**<br><br>**ORDER** |

Pursuant to the Opinion of the 9th Circuit dated February 24, 2026 (Doc. 444), IT IS HEREBY ORDERED that the Clerk of Court will enter Judgment accordingly.

DATED this 16th day of April 2026.

Brian Morris, Chief District Judge
United States District Court