UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS, as Personal Representative for the Estate of THOMAS E. WELLS, deceased; and JUDITH HEMPHILL, as Personal Representative for the Estate of JOYCE H. WALDER, deceased,,<br><br>     Plaintiffs,<br><br>  vs.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>     Defendants. | Case No. CV-21-97-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☒　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Pursuant to USCA Opinion [444] and USCA Mandate [445], the District Court's judgment is reversed and remanded. Judgment is entered for BNSF.

　　Dated this 16th day of April, 2026

　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　By:　/s/ M. Stewart
　　　　　　　　Deputy Clerk